## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Securities and Exchange Commission

                        Plaintiff,

v.                                                     Case No.: 1:19−cv−08454
                                                          *SEALED*
                                                          Honorable Andrea R. Wood

Todays Growth Consultant Inc., et al.

                        Defendant.

## NOTICE OF MANDATORY INITIAL DISCOVERY

The Court is participating in the Mandatory Initial Discovery Pilot (MIDP). The key features and deadlines are set forth in this Notice which includes a link to the (MIDP) <u>Standing Order</u> and a <u>Checklist</u> for use by the parties. In cases subject to the pilot, all parties must respond to the mandatory initial discovery requests set forth in the <u>Standing Order</u> before initiating any further discovery in this case. Please note: The discovery obligations in the <u>Standing Order</u> supersede the disclosures required by Rule 26(a)(1). Any party seeking affirmative relief must serve a copy of the following documents (Notice of Mandatory Initial Discovery and the Standing Order) on each new party when the Complaint, Counterclaim, Crossclaim, or Third−Party Complaint is served.