

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



**FILED**
JAN 06 2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | |
| v. | |
| TODAYS GROWTH CONSULTANT INC. (dba "The Income Store"), | Case No. 19-cv-08454 |
| and | |
| KENNETH D. COURTRIGHT, III, | |
| Defendants. | |

## NOTICE OF MOTION

Please take notice that on Tuesday, January 14, 2020, at 9:00 a.m., the undersigned will appear before the Honorable Andrea R. Wood, or any judge sitting in her stead, in Courtroom 1925, and present **Receiver's Motion for Authorization to Employ Damian & Valori, LLP, Rachlis Duff & Peel, LLC, and Semanoff Ormsby Greenberg & Torchia, LLC as Counsel.**

Dated: January 6, 2020

Melanie E. Damian, Receiver

By: /s/ Kevin B. Duff

Kevin B. Duff
Rachlis Duff & Peel, LLC
542 South Dearborn Street, Suite 900
Chicago, IL 60605
Phone (312) 733-3950
Fax     (312) 733-3952
kduff@rdaplaw.net

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2020, I caused for the foregoing **Notice** and **Receiver's Motion for Authorization to Employ Damian & Valori, LLP, Rachlis Duff & Peel, LLC, and Semanoff Ormsby Greenberg & Torchia, LLC as Counsel to be filed** with the Clerk of the United States District Court for the Northern District of Illinois, in person. Copies of the foregoing pleadings were served upon the following:

Suzanne J. Romajas
Patrick Feeney
Michael Brennan
U.S. Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549-5971
romajass@sec.gov
feeneypl@sec.gov
brennanmi@sec.gov

*Attorneys for Plaintiff*

Michael J. Polachek
Law Office of Michael J. Polachek, Ltd.
1000 Hart Road, Suite 300
Barrington, IL 60010
mpolachek@PolachekLawFirm.com

*Attorney for Defendants*

/s/ Kevin B. Duff

Rachlis Duff & Peel, LLC
542 South Dearborn Street, Suite 900
Chicago, IL 60605
Phone (312) 733-3950
Fax (312) 733-3952
kduff@rdaplaw.net