UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

FEB - 4 2020

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

SECURITIES AND EXCHANGE COMMISSION

Plaintiff,

vs.

TODAYS GROWTH CONSULTANT INC.
d/b/a "The Income Store"

and

KENNETH D. COURTRIGHT, III,

Defendant.

Case Action No: 1:19-CV-08454

### LANDMARK CREDIT UNION, AS THIRD-PARTY RESPONDEDNT ASSET STATEMENT

**NOW COMES** the Third-Party Respondent, Landmark Credit Union ("Landmark"), by its Legal Analyst, Samantha Fellin, as and for its Answer to the Plaintiff's Order Appointing Receiver state as follows:

1. Landmark Credit Union maintains the following accounts on behalf of Kenneth D. Courtright, III:

    a. Savings Account with a gross value of $5.00.

    b. Boat Loan with a balance of $41,858.84 due to Landmark.

2. The total amount on freeze for the court is $5.00.

I hereby declare under penalty of perjury that the foregoing is true and correct.

By: /s/ Saotell

Samantha Fellin
Legal Analyst
Landmark Credit Union
5445 S. Westridge Dr.
New Berlin, WI 53151
Phone: 262-796-4500 ext. 6773
SamanthaFellin@landmarkcu.com

State of Wisconsin
County of Waukesha
Subscribed and sworn to before me on January 31, 2020

_____
Notary Public/Court Official

Bailey Larsen
Name Printed or Typed
My commission/term expires: is permanent

Cc: Kenneth Dante Murena *via email*
Securities and Exchange Commission *via email*

2