# EXHIBIT A

Melanie E. Damian, Esq., as Receiver
DAMIAN & VALORI, LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
STANDARDIZED FUND ACCOUNTING REPORT
CIVIL – RECEIVERSHIP FUND FOR SEC v. TODAY'S GROWTH CONSULTANT, INC, ET AL.
Reporting Period 12/30/2019 to 1/30/2020

| | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (As of 12/30/2020): | $ - | $ - | $ - |
| | **Increases in Fund Balance:** | | | |
| Line 2 | Business Income | $ - | $ - | $ - |
| Line 3 | Cash and Securities [1] | $ 159,520.23 | $ 159,520.23 | $ 159,520.23 |
| Line 4 | Interest/Dividend Income | | | |
| Line 5 | Business Asset Liquidation | | $ - | $ - |
| Line 6 | Personal Asset Liquidation | $ - | $ - | $ - |
| Line 7 | Third-Party Litigation Income | $ - | $ - | $ - |
| Line 8 | Miscellaneous - Other | $ - | $ - | $ - |
| | **Total Funds Available (Lines 1-8):** | | | $ 159,520.23 |
| | **Decreases in Fund Balance:** | | | |
| Line 9 | Disbursements to Investors | | | |
| Line 10 | Disbursements for Business Operations [2] | $ 60,110.30 | $ 60,110.30 | $ 60,110.30 |
| Line 10a | Disbursements to Receiver or Other Professionals | $ - | $ - | $ - |
| Line 10b | Business Asset Expenses | | $ - | |
| Line 10c | Personal Asset Expenses: | $ - | $ - | $ - |
| Line 10d | Investment Expenses | $ - | $ - | $ - |
| Line 10e | Third-Party Litigation | $ - | $ - | $ - |
| Line 10f | Tax Administrator Fees and Bonds | $ - | $ - | $ - |
| Line 10g | Federal and State Tax Payments | $ - | $ - | $ - |
| | **Total Disbursements for Receivership Operations** | | | $ 60,110.30 |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: | $ - | $ - | $ - |
| Line 11a | Distribution Plan Development Expenses: | $ - | $ - | $ - |
| Line 11b | Distribution Plan Implementation Expenses: | $ - | $ - | $ - |
| Line 12 | Disbursements to Court/Other | $ - | $ - | $ - |

| Line 12a | Investment Expenses/Court Registry Investment System (CRIS) Fees | $ - | $ - | $ - |
|---|---|---|---|---|
| Line 12b | Federal Tax Payments | $ - | $ - | $ - |
| | Total Disbursements to Court/Other | | | |
| | **Total Funds Disbursed (Lines 9-11)** | | | $ 60,110.30 |
| Line 13 | **Ending Balance (As of January 30, 2020)** | | | $ 99,409.93 |
| Line 14 | **Ending Balance of Fund – Net Assets:** | | | |
| Line 14a | Cash & Cash Equivalents | | | $ 99,409.93 |
| Line 14b | Investments | | | $ - |
| Line 14c | Other Assets or Uncleared Funds | | | |
| | **Total Ending Balance of Fund – Net Assets** | | | $ 99,409.93 |

[1] Funds were received into the Receivership accounts for Today's Growth Consultant, Inc at City National Bank. See Receipts attached hereto as Exhibit 1.

[2] Funds were disbursed to administer the receivership estate and its assets. See Expenses attached hereto as Exhibit 2.

Respectfully submitted,

Damian & Valori LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone: 305-371-3960
Facsimile: 305-371-3965

/s/ Melanie E. Damian
Melanie E. Damian
*Court-Appointed Receiver*

Attachment 1 to Exhibit A to Receiver's Initial Report
Sec v. Today's Growth Consultant, et al. - Receipts of Fiduciary Account

| Date of Check | Check # | Amount | From | Notes |
|---|---|---|---|---|
| 1/6/2020 | | $ 2,760.00 | Cash | |
| 1/8/2020 | 567186 | $ 84.80 | Sheet Music Plus | Income Store |
| 1/8/2020 | 565942 | $ 1,123.50 | Sheet Music Plus | Income Store |
| 1/8/2020 | 56624 | $ 114.01 | Sheet Music Plus | Income Store |
| 1/8/2020 | 7161 | $ 218.20 | New Leaf Wellness LLC | Income Store |
| 1/8/2020 | 9501 | $ 467.70 | Networx Systems | Income Store |
| 1/8/2020 | | $ 65.36 | Amazon Europe | Income Store |
| 1/9/2020 | | $ 185.91 | Today's Growth Consultant | PNC Bank |
| 1/9/2020 | | $ 19,811.08 | Today's Growth Consultant | PNC Bank |
| 1/9/2020 | | $ 255.44 | Today's Growth Consultant | PNC Bank |
| 1/9/2020 | | $ 75,032.00 | Today's Growth Consultant | PNC Bank |
| 1/9/2020 | | $ 669.40 | Today's Growth Consultant | PNC Bank |
| 1/9/2020 | | $ 58,588.97 | Today's Growth Consultant | PNC Bank |
| 1/14/2020 | | $ 55.75 | Quinstreet | |
| 1/14/2020 | | $ 42.00 | Dynata LLC | |
| 1/20/2020 | | $ 5.50 | Dynata LLC | |
| 1/20/2020 | | $ 0.61 | Care2.com | |
| 1/20/2020 | | $ 40.00 | CDL Marketing | |
| **Total** | | **$ 159,520.23** | | |

Attachment 2 to Exhibit A to Receiver's Initial Report
Sec v. Today's Growth Consultant, et al. - Expenses of Fiduciary Account

| Date | Payable | Amount | Description |
|---|---|---|---|
| 1/9/2020 | Comcast | $ 2,501.80 | 939801446 |
| 1/9/2020 | PPL | $ 999.82 | 93530-98039 |
| 1/9/2020 | PPL | $ 358.32 | 93330-98033 |
| 1/9/2020 | Crime Intervention Alarm | $ 212.00 | 701 |
| 1/9/2020 | Amazon Web Services | $ 1,844.45 | |
| 1/14/2020 | GoDaddy | $ 163.37 | |
| 1/15/2020 | Beningo, Chelsea Leigh | $ 822.98 | Payroll |
| 1/15/2020 | Clough, Tiffany A | $ 1,153.85 | Payroll |
| 1/15/2020 | Davis, Jozlyn | $ 512.00 | Payroll |
| 1/15/2020 | Evry, Nathaniel | $ 2,608.44 | Payroll |
| 1/15/2020 | Harris, Markus | $ 1,733.47 | Payroll |
| 1/15/2020 | Hellyer, Kyle A | $ 1,638.86 | Payroll |
| 1/15/2020 | Hershey, Jason | $ 2,649.25 | Payroll |
| 1/15/2020 | Hostetler, Jonathan L | $ 426.46 | Payroll |
| 1/15/2020 | Juba, Michael | $ 579.65 | Payroll |
| 1/15/2020 | Latrell, Joseph | $ 3,822.37 | Payroll |
| 1/15/2020 | Longcore, William | $ 5,760.00 | Payroll |
| 1/15/2020 | McGinness, Brendan M | $ 2,608.44 | Payroll |
| 1/15/2020 | Merrill, Emily | $ 2,637.11 | Payroll |
| 1/15/2020 | Moore, Tyler D | $ 3,313.17 | Payroll |
| 1/15/2020 | Osgood, Brandon | $ 692.31 | Payroll |
| 1/15/2020 | Reno, Dan | $ 2,174.29 | Payroll |
| 1/15/2020 | Rzucidlo, Phillip | $ 2,235.81 | Payroll |
| 1/15/2020 | Swisher, Nicholas J | $ 800.53 | Payroll |
| 1/29/2020 | Evry, Nathaniel | $ 2,898.27 | Payroll |
| 1/29/2020 | Harris, Markus | $ 2,070.19 | Payroll |
| 1/29/2020 | Hellyer, Kyle | $ 1,485.57 | Payroll |
| 1/29/2020 | Latrell, Joe | $ 4,347.40 | Payroll |
| 1/29/2020 | Moore, Tyler | $ 3,602.13 | Payroll |
| 1/29/2020 | Rzucidlo, Phil | $ 2,484.23 | Payroll |
| 1/30/2020 | Hartford Insurance | $ 973.75 | Insurance |
| | **Total** | **$ 60,110.30** | |