# EXHIBIT A

Melanie E. Damian, Esq., as Receiver
DAMIAN & VALORI, LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
STANDARDIZED FUND ACCOUNTING REPORT
CIVIL – RECEIVERSHIP FUND FOR SEC v. TODAY'S GROWTH CONSULTANT, INC, ET AL.
Reporting Period 2/1/2020 to 6/30/2020

|  |  | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (As of 2/1/2020): | $ - | $ - | $ 99,358.59 |
|  | **Increases in Fund Balance:** |  |  |  |
| Line 2 | Business Income | $ - | $ - | $ - |
| Line 3 | Cash and Securities [1] | $ 910,343.14 | $ 910,343.14 | $ 910,343.14 |
| Line 4 | Interest/Dividend Income |  |  |  |
| Line 5 | Business Asset Liquidation |  | $ - | $ - |
| Line 6 | Personal Asset Liquidation | $ - | $ - | $ - |
| Line 7 | Third-Party Litigation Income | $ - | $ - | $ - |
| Line 8 | Miscellaneous - Other | $ - | $ - | $ - |
|  | **Total Funds Available (Lines 1-8):** |  |  | $ 1,009,701.73 |
|  | **Decreases in Fund Balance:** |  |  |  |
| Line 9 | Disbursements to Investors |  |  |  |
| Line 10 | Disbursements for Business Operations [2] | $ 404,472.15 | $ 404,472.15 | $ 404,472.15 |
| Line 10a | Disbursements to Receiver or Other Professionals | $ - | $ - | $ - |
| Line 10b | Business Asset Expenses |  | $ - |  |
| Line 10c | Personal Asset Expenses: | $ - | $ - | $ - |
| Line 10d | Investment Expenses | $ - | $ - | $ - |
| Line 10e | Third-Party Litigation | $ - | $ - | $ - |
| Line 10f | Tax Administrator Fees and Bonds | $ - | $ - | $ - |
| Line 10g | Federal and State Tax Payments | $ - | $ - | $ - |
|  | **Total Disbursements for Receivership Operations** |  |  | $ 404,472.15 |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: | $ - | $ - | $ - |
| Line 11a | Distribution Plan Development Expenses: | $ - | $ - | $ - |
| Line 11b | Distribution Plan Implementation Expenses: | $ - | $ - | $ - |
| Line 12 | Disbursements to Court/Other | $ - | $ - | $ - |

| Line 12a | Investment Expenses/Court Registry Investment System (CRIS) Fees | $ - | $ - | $ - |
|---|---|---|---|---|
| Line 12b | Federal Tax Payments | $ - | $ - | $ - |
| | **Total Disbursements to Court/Other** | | | |
| | **Total Funds Disbursed (Lines 9-11)** | | | $ 404,472.15 |
| Line 13 | **Ending Balance (As of June 30, 2020)** | | | $ 605,229.58 |
| Line 14 | **Ending Balance of Fund – Net Assets:** | | | |
| Line 14a | Cash & Cash Equivalents | | | $ 605,229.58 |
| Line 14b | Investments | | | $ - |
| Line 14c | Other Assets or Uncleared Funds | | | |
| | **Total Ending Balance of Fund – Net Assets** | | | $ 605,229.58 |

[1] Funds were received into the Receivership accounts for Today's Growth Consultant, Inc at City National Bank. See Receipts attached hereto as Exhibit 1.

[2] Funds were disbursed to administer the receivership estate and its assets. See Expenses attached hereto as Exhibit 2.

Respectfully submitted,

Damian & Valori LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone: 305-371-3960
Facsimile: 305-371-3965

/s/ Melanie E. Damian
Melanie E. Damian
*Court-Appointed Receiver*

Attachment 1 to Exhibit A to Receiver's Report
Sec v. Today's Growth Consultant, et al. - Receipts of Fiduciary Account

| Date of Check | Check # | Amount | From | Notes |
|---|---|---|---|---|
| 2/6/2020 | | $ 0.10 | Google | |
| 2/11/2020 | | $ 10,000.00 | EMPIRE FLIPPERS, LLC | |
| 2/11/2020 | | $ 122.50 | CDL Marketing | |
| 2/11/2020 | | $ 99.23 | Sheet Music Plus | |
| 2/11/2020 | | $ 152,994.27 | PNC | |
| 3/6/2020 | | $ 200,215.62 | PNC | |
| 3/12/2020 | | $ 10,400.00 | Assets sold | |
| 3/18/2020 | | $ 224.21 | Sheet Music Plus | |
| 3/30/2020 | | $ 60.00 | CDL Marketing | |
| 4/8/2020 | | $ 446.62 | Sheet Music Plus | |
| 4/8/2020 | | $ 12.40 | Amazon Credit | |
| 4/28/2020 | | $ 40.00 | CDL Marketing | |
| 5/4/2020 | | $ 127.48 | Sheet Music Plus | |
| 5/20/2020 | | $ 26.50 | Dynata LLC | |
| 5/20/2020 | | $ 65.00 | Endurance Interational Group | |
| 5/27/2020 | | $ 89.02 | Citbank | |
| 5/27/2020 | | $ 132.50 | CDL Marketing | |
| 5/29/2020 | | $ 10,000.00 | SMITHAMUNDSEN LLC | |
| 6/2/2020 | | $ 392,820.48 | PNC | |
| 6/30/2020 | | $ 132,467.21 | PNC | |
| Total of Receipts | | $ 910,343.14 | | |

**Attachment 2 to Exhibit A to Receiver's Report**
**Sec v. Today's Growth Consultant, et al. - Expenses of Fiduciary Account**

| Date | Payable | Amount | Description |
|---|---|---|---|
| 2/6/2020 | Transperfect Legal solutions | $ 23,323.09 | |
| 2/7/2020 | Google | $ 8,049.89 | |
| 2/13/2020 | Evry, Nathaniel | $ 2,898.27 | Payroll |
| 2/13/2020 | Harris, Markus | $ 2,070.19 | Payroll |
| 2/13/2020 | Hellyer, Kyle | $ 1,485.57 | Payroll |
| 2/13/2020 | Latrell, Joe | $ 4,347.40 | Payroll |
| 2/13/2020 | Moore, Tyler | $ 3,602.13 | Payroll |
| 2/13/2020 | Rzucidlo, Phil | $ 2,484.23 | Payroll |
| 2/18/2020 | Wedi Payments | $ 1,393.00 | |
| 2/26/2020 | Go.Daddy and Webpages | $ 10,785.09 | |
| 2/28/2020 | Evry, Nathaniel | $ 2,898.27 | Payroll |
| 2/28/2020 | Harris, Markus | $ 2,070.19 | Payroll |
| 2/28/2020 | Hellyer, Kyle | $ 1,485.57 | Payroll |
| 2/28/2020 | Latrell, Joe | $ 4,347.40 | Payroll |
| 2/28/2020 | Moore, Tyler | $ 3,602.13 | Payroll |
| 2/28/2020 | Rzucidlo, Phil | $ 2,484.23 | Payroll |
| 3/5/2020 | Shopify, Twilio, GoDaddy | $ 7,293.97 | |
| 3/6/2020 | Google | $ 57.64 | |
| 3/9/2020 | Google | $ 8,049.38 | |
| 3/13/2020 | Evry, Nathaniel | $ 2,898.27 | Payroll |
| 3/13/2020 | Harris, Markus | $ 2,070.19 | Payroll |
| 3/13/2020 | Hellyer, Kyle | $ 1,485.57 | Payroll |
| 3/13/2020 | Latrell, Joe | $ 4,347.40 | Payroll |
| 3/13/2020 | Moore, Tyler | $ 3,602.13 | Payroll |
| 3/13/2020 | Beningo, Chelsea | $ 2,484.56 | Payroll |
| 3/13/2020 | Froderman, Jen | $ 2,135.78 | Payroll |
| 3/13/2020 | Hightower, Frankie | $ 1,722.40 | Payroll |
| 3/18/2020 | PPL | $ 1,098.23 | 93530-98048 |
| 3/18/2020 | PPL | $ 184.14 | 93330-98042 |
| 3/18/2020 | Prometheum Technologies | $ 960.00 | 11019 |
| 3/18/2020 | Comcast | $ 105.79 | 2/9/2020 |
| 3/18/2020 | Crime Intervention | $ 207.00 | 200401 |
| 3/18/2020 | Shopify, Twilio, GoDaddy | $ 23,300.00 | Citicard |
| 3/27/2020 | Evry, Nathaniel | $ 2,898.27 | Payroll |
| 3/27/2020 | Harris, Markus | $ 2,070.19 | Payroll |
| 3/27/2020 | Hellyer, Kyle | $ 1,485.57 | Payroll |
| 3/27/2020 | Latrell, Joe | $ 4,347.40 | Payroll |
| 3/27/2020 | Moore, Tyler | $ 3,602.13 | Payroll |
| 3/27/2020 | Beningo, Chelsea | $ 2,484.56 | Payroll |
| 3/27/2020 | Froderman, Jen | $ 2,135.78 | Payroll |
| 3/27/2020 | Hightower, Frankie | $ 1,722.40 | Payroll |
| 4/2/2020 | Liquid Web LLC | $ 15,721.76 | |
| 4/2/2020 | Shopify, Twilio, GoDaddy | $ 7,771.81 | |
| 4/2/2020 | Shopify, Twilio, GoDaddy | $ 7,293.97 | |
| 4/7/2020 | Google | $ 8,049.38 | |
| 4/8/2020 | Google | $ 56.44 | |
| 4/10/2020 | Evry, Nathaniel | $ 2,898.27 | Payroll |
| 4/10/2020 | Harris, Markus | $ 2,070.19 | Payroll |

**Attachment 2 to Exhibit A to Receiver's Report**
**Sec v. Today's Growth Consultant, et al. - Expenses of Fiduciary Account**

| Date | Payable | Amount | Description |
|---|---|---|---|
| 4/10/2020 | Hellyer, Kyle | $ 1,485.57 | Payroll |
| 4/10/2020 | Latrell, Joe | $ 4,347.40 | Payroll |
| 4/10/2020 | Moore, Tyler | $ 3,602.13 | Payroll |
| 4/10/2020 | Beningo, Chelsea | $ 2,484.56 | Payroll |
| 4/10/2020 | Froderman, Jen | $ 2,135.78 | Payroll |
| 4/10/2020 | Hightower, Frankie | $ 1,722.40 | Payroll |
| 4/10/2020 | Kennick, Elizabeth | $ 400.00 | Payroll |
| 4/10/2020 | Yost, Alyssa | $ 300.00 | Payroll |
| 4/8/2020 | Transperfect Legal solutions | $ 2,470.61 | inv # 166302 |
| 4/8/2020 | PPL | $ 335.54 | 93330-98042 |
| 4/8/2020 | PPL | $ 2,002.98 | 93530-98048 |
| 4/22/2020 | Shopify, Twilio, GoDaddy | $ 11,191.16 | |
| 4/24/2020 | Evry, Nathaniel | $ 2,898.27 | Payroll |
| 4/24/2020 | Harris, Markus | $ 2,070.19 | Payroll |
| 4/24/2020 | Hellyer, Kyle | $ 1,485.57 | Payroll |
| 4/24/2020 | Latrell, Joe | $ 4,347.40 | Payroll |
| 4/24/2020 | Moore, Tyler | $ 3,602.13 | Payroll |
| 4/24/2020 | Beningo, Chelsea | $ 2,484.56 | Payroll |
| 4/24/2020 | Froderman, Jen | $ 2,135.78 | Payroll |
| 4/24/2020 | Hightower, Frankie | $ 1,722.40 | Payroll |
| 4/24/2020 | Kennick, Elizabeth | $ 200.00 | Payroll |
| 4/24/2020 | Yost, Alyssa | $ 600.00 | Payroll |
| 4/27/2020 | Liquid Web LLC | $ 15,709.47 | |
| 4/28/2020 | Zoom | $ 449.70 | |
| 5/6/2020 | Google | $ 8,049.38 | |
| 5/6/2020 | Google | $ 56.81 | |
| 5/8/2020 | Evry, Nathaniel | $ 2,898.27 | Payroll |
| 5/8/2020 | Harris, Markus | $ 2,070.19 | Payroll |
| 5/8/2020 | Hellyer, Kyle | $ 1,485.57 | Payroll |
| 5/8/2020 | Latrell, Joe | $ 4,347.40 | Payroll |
| 5/8/2020 | Moore, Tyler | $ 3,602.13 | Payroll |
| 5/8/2020 | Beningo, Chelsea | $ 2,484.56 | Payroll |
| 5/8/2020 | Froderman, Jen | $ 2,135.78 | Payroll |
| 5/8/2020 | Hightower, Frankie | $ 1,722.40 | Payroll |
| 5/8/2020 | Neun, Fawn/Vagabondage Press | $ 640.00 | Payroll |
| 5/8/2020 | Yost, Alyssa | $ 600.00 | Payroll |
| 5/12/2020 | Shopify, Twilio, GoDaddy | $ 11,530.77 | |
| 5/22/2020 | Evry, Nathaniel | $ 2,898.27 | Payroll |
| 5/22/2020 | Harris, Markus | $ 2,070.19 | Payroll |
| 5/22/2020 | Hellyer, Kyle | $ 1,715.36 | Payroll |
| 5/22/2020 | Latrell, Joe | $ 4,347.40 | Payroll |
| 5/22/2020 | Moore, Tyler | $ 3,602.13 | Payroll |
| 5/22/2020 | Beningo, Chelsea | $ 2,484.36 | Payroll |
| 5/22/2020 | Froderman, Jen | $ 2,135.78 | Payroll |
| 5/22/2020 | Hightower, Frankie | $ 1,722.40 | Payroll |
| 5/22/2020 | Neun, Fawn/Vagabondage Press | $ 800.00 | Payroll |
| 5/22/2020 | Yost, Alyssa | $ 600.00 | Payroll |
| 6/1/2020 | Shopify, Twilio, GoDaddy | $ 4,342.86 | |

**Attachment 2 to Exhibit A to Receiver's Report**
**Sec v. Today's Growth Consultant, et al. - Expenses of Fiduciary Account**

| Date | Payable | Amount | Description |
|---|---|---|---|
| 6/5/2020 | Evry, Nathaniel | $ 2,898.27 | payroll |
| 6/5/2020 | Harris, Markus | $ 2,070.19 | payroll |
| 6/5/2020 | Hellyer, Kyle | $ 1,715.36 | payroll |
| 6/5/2020 | Latrell, Joe | $ 4,347.40 | payroll |
| 6/5/2020 | Moore, Tyler | $ 3,602.13 | payroll |
| 6/5/2020 | Beningo, Chelsea | $ 2,484.56 | payroll |
| 6/5/2020 | Froderman, Jen | $ 2,135.78 | payroll |
| 6/5/2020 | Hightower, Frankie | $ 1,722.40 | payroll |
| 6/5/2020 | Neun, Fawn/Vagabondage Press | $ 800.00 | payroll |
| 6/5/2020 | Yost, Alyssa | $ 600.00 | payroll |
| 6/2/2020 | PPL | $ 44.54 | payroll |
| 6/4/2020 | Hartford | $ 3,457.00 | payroll |
| 6/8/2020 | Neun, Fawn/Vagabondage Press | $ 800.00 | payroll |
| 6/8/2020 | Transperfect Legal solutions | $ 1,530.00 | |
| 6/8/2020 | Shopify, Twilio, GoDaddy | $ 10,625.60 | |
| 6/19/2020 | Evry, Nathaniel | $ 2,898.27 | payroll |
| 6/19/2020 | Harris, Markus | $ 2,070.19 | payroll |
| 6/19/2020 | Hellyer, Kyle | $ 1,715.36 | payroll |
| 6/19/2020 | Latrell, Joe | $ 4,347.40 | payroll |
| 6/19/2020 | Moore, Tyler | $ 3,602.13 | payroll |
| 6/19/2020 | Beningo, Chelsea | $ 2,484.56 | payroll |
| 6/19/2020 | Froderman, Jen | $ 2,135.78 | payroll |
| 6/19/2020 | Hightower, Frankie | $ 1,722.40 | payroll |
| 6/19/2020 | Neun, Fawn/Vagabondage Press | $ 1,600.00 | payroll |
| 6/19/2020 | Yost, Alyssa | $ 600.00 | payroll |
| | Total of expenses | $ 404,472.15 | |