UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION,** | )<br>)<br>) |
| **Plaintiff,** | ) Civil Action No. 1:19-CV-08454 |
| v. | ) Judge Andrea R. Wood |
| **TODAY'S GROWTH CONSULTANT, INC. (d/b/a THE INCOME STORE),** | ) |
| and | ) |
| **KENNETH D. COURTRIGHT, III,** | ) |
| **Defendants.** | ) |

**ORDER GRANTING RECEIVER'S FIRST INTERIM APPLICATION FOR
AN ORDER APPROVING AND AUTHORIZING PAYMENT OF FEES
AND EXPENSES OF RECEIVER AND HER PROFESSIONALS**

THIS CAUSE came before the Court upon the *Receiver's First Interim Application For An Order Approving and Authorizing Payment of Fees and Expenses of Receiver and Her Professionals* (the "Application"). (Dkt. No. 60.) The Court, having reviewed the Application, noting that the fees and costs requested therein are reasonable, necessary and commensurate with the skills and experience required for the activities performed and described therein, and otherwise being fully advised in the matter, finds good cause to approve the Application and grant the relief requested therein.

Accordingly, it is -

**ORDERED** as follows:

1. The Application is **GRANTED.**

2. The total amount of fees and costs that the Receiver and his Lead Counsel, Damian & Valori LLP, incurred during the Application Period in the amount of $81,437.33 (comprised of $69,681.40 in fees and $11,755.93 in costs) is hereby **APPROVED.**

3. The total amount of all of the fees and costs that the Illinois Counsel, Rachlis Duff & Peel, LLC, incurred during the Application Period in the amount of $23,289.36 (comprised of $22,822.00 in fees, and $467.36 in costs) is hereby **APPROVED**.

4. The total amount of all of the fees and costs that the Pennsylvania Counsel, Semanoff Ormsby Greenberg & Torchia, LLC, incurred during the Application Period in the amount of $36,611.68 (comprised of $35,255.00 in fees, and $1,356.68 in costs) is hereby **APPROVED**.

5. The total amount of all of the fees and costs that the Forensic Accountant, Kapila Mukamal LLP, incurred during the Application Period in the amount of $28,311.72 (comprised of $28,268.00 in fees, and $43.72 in costs) is hereby **APPROVED**.

6. The Receiver is **AUTHORIZED** to pay from the funds in the Receivership Estate eighty percent (80%) of the fees and the full amount of costs requested in this application as follows:

   a) The Receiver and her Lead Counsel, Damian & Valori LLP in the amount of **$$67,501.05** (comprising $55,745.12 in fees (80% of $69,681.40) and $11,755.93 in costs);

   b) Rachlis Duff & Peel, LLC in the amount of **$18,724.96** (comprising $18,257.60 in fees (80% of $22,822.00) and $467.36 in costs);

   c) Semanoff Ormsby Greenberg & Torchia, LLC in the amount of **$29,560.68** (comprising $28,204.00 in fees (80% of $35,255.00) and $1,356.68 in costs); and

   d) Kapila Mukamal, LLP in the amount of **$22,658.12** (comprising $22,614.00 in fees (80% of $28,268.00) and $43.72 in costs).

7. The Court reserves final approval of all fees approved herein until such time as the Receiver is discharged of her duties in this matter and/or final disbursement of funds held by the Estate.

8. Upon considering the final fee application, after the final distribution to investors, the Court, at its discretion, shall authorize the Receiver to pay the total amounts of fees that were held back (*i.e.*, the 20% holdback) during the Receivership.

**DONE AND ORDERED** on this 27th day of August, 2020, in the Northern District of Illinois.

_____
HONORABLE ANDREA R. WOOD
UNITED STATES DISTRICT COURT JUDGE