Melanie E. Damian, Esq., as Receiver
DAMIAN & VALORI, LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
STANDARDIZED FUND ACCOUNTING REPORT
CIVIL – RECEIVERSHIP FUND FOR SEC v. TODAY'S GROWTH CONSULTANT, INC, ET AL.
Reporting Period 7/1/2020 to 9/30/2020

| | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (As of 7/1/2020): | $ - | $ - | $ 605,229.58 |
| | **Increases in Fund Balance:** | | | |
| Line 2 | Business Income | $ - | $ - | $ - |
| Line 3 | Cash and Securities [1] | $ 406,150.79 | $ 406,150.79 | $ 406,150.79 |
| Line 4 | Interest/Dividend Income | | | |
| Line 5 | Business Asset Liquidation | | $ - | $ - |
| Line 6 | Personal Asset Liquidation | $ - | $ - | $ - |
| Line 7 | Third-Party Litigation Income | $ - | $ - | $ - |
| Line 8 | Miscellaneous - Other | $ - | $ - | $ - |
| | **Total Funds Available (Lines 1-8):** | | | $ 1,011,380.37 |
| | **Decreases in Fund Balance:** | | | |
| Line 9 | Disbursements to Investors | | | |
| Line 10 | Disbursements for Business Operations [2] | $ 279,707.84 | $ 279,707.84 | $ 279,707.84 |
| Line 10a | Disbursements to Receiver or Other Professionals | $ 379,998.96 | $ 379,998.96 | $ 379,998.96 |
| Line 10b | Business Asset Expenses | | $ - | |
| Line 10c | Personal Asset Expenses: | $ - | $ - | $ - |
| Line 10d | Investment Expenses | $ - | $ - | $ - |
| Line 10e | Third-Party Litigation | $ - | $ - | $ - |
| Line 10f | Tax Administrator Fees and Bonds | $ - | $ - | $ - |
| Line 10g | Federal and State Tax Payments | $ - | $ - | $ - |
| | **Total Disbursements for Receivership Operations** | | | $ 659,706.80 |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: | $ - | $ - | $ - |
| Line 11a | Distribution Plan Development Expenses: | $ - | $ - | $ - |
| Line 11b | Distribution Plan Implementation Expenses: | $ - | $ - | $ - |
| Line 12 | Disbursements to Court/Other | $ - | $ - | $ - |

**EXHIBIT A**

| | | | | |
|---|---|---|---|---|
| Line 12a | Investment Expenses/Court Registry Investment System (CRIS) Fees | $           - | $           - | $           - |
| Line 12b | Federal Tax Payments | $           - | $           - | $           - |
| | **Total Disbursements to Court/Other** | | | |
| | **Total Funds Disbursed (Lines 9-11)** | | | $    659,706.80 |
| Line 13 | **Ending Balance (As of September 30, 2020)** | | | $    351,673.57 |
| Line 14 | **Ending Balance of Fund – Net Assets:** | | | |
| Line 14a | Cash & Cash Equivalents | | | $    351,673.57 |
| Line 14b | Investments | | | $           - |
| Line 14c | Other Assets or Uncleared Funds | | | |
| | **Total Ending Balance of Fund – Net Assets** | | | $    351,673.57 |

[1] Funds were received into the Receivership accounts for Today's Growth Consultant, Inc at City National Bank and PNC Bank. See Receipts attached hereto as Exhibit 1.

[2] Funds were disbursed to administer the receivership estate and its assets. See Expenses attached hereto as Exhibit 2.

Respectfully submitted,

Damian & Valori LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone:  305-371-3960
Facsimile:  305-371-3965

/s/ Melanie E. Damian
Melanie E. Damian
*Court-Appointed Receiver*

**Attachment 1 to Exhibit A to Receiver's Report**
**Sec v. Today's Growth Consultant, et al. - Receipts of Fiduciary Account**

| Date of Check | Check # | Amount | From |
|---|---|---|---|
| 6/30/2020 | | $ 117.63 | Sheet Music |
| 7/1/2020 | | $ 67.73 | Amazon |
| 7/1/2020 | | $ 381.96 | Amazon |
| 7/1/2020 | | $ 414.34 | Amazon |
| 7/1/2020 | | $ 2,090.59 | Amazon |
| 7/1/2020 | | $ 40.00 | CDL Marketing |
| 7/23/2020 | 1161 | $ 46,889.24 | Keller Auctioneers LLC |
| 6/29/2020 | 10470 | $ 151.19 | Ezoic Inc |
| 5/29/2020 | 10450 | $ 45,977.66 | Ezoic Inc |
| 7/1/2020 | 574365 | $ 91.20 | Sheet Music Plus |
| 7/28/2020 | | $ 523.60 | Defend Heal |
| 7/30/2020 | 2534 | $ 10,000.00 | James Huffman |
| 7/28/2020 | 574913 | $ 95.44 | Sheet Music Plus |
| 7/28/2020 | 10622 | $ 861.17 | Ezoic Inc |
| 7/28/2020 | 10640 | $ 195.15 | Ezoic Inc |
| 8/11/2020 | | $ 219,709.87 | PNC |
| 8/11/2020 | | $ 33,775.33 | PNC |
| 8/24/2020 | 681700194 | $ 20.00 | CDL Marketing |
| 9/1/2020 | 1166 | $ 23,144.76 | Keller Auctioneers LLC |
| 9/1/2020 | 6683 | $ 600.00 | Maria & Alfredo Perez |
| 9/4/2020 | | $ 230.55 | Ezoic Inc |
| 9/4/2020 | | $ 745.38 | Ezoic Inc |
| 9/17/2020 | 631045 | $ 130.00 | Endurance International Group |
| 9/30/2020 | | $ 19,898.00 | PNC |

Total of Receivership Receipts    $    406,150.79

**Attachment 2 to Exhibit A to Receiver's Report**
**Sec v. Today's Growth Consultant, et al. - Expenses of Fiduciary Account**

| Date | Payable | Amount | Description |
|---|---|---|---|
| 7/1/2020 | The Ground Guys | $ 590.42 | |
| 7/1/2020 | Shopify, Twilio, GoDaddy | $ 18,163.43 | |
| 6/8/2020 | Google | $ 8,049.38 | |
| 6/8/2020 | Google | $ 56.95 | |
| 7/3/2020 | Employee | $ 2,898.27 | payroll |
| 7/3/2020 | Employee | $ 2,070.19 | payroll |
| 7/3/2020 | Employee | $ 1,715.36 | payroll |
| 7/3/2020 | Employee | $ 4,347.60 | payroll |
| 7/3/2020 | Employee | $ 3,602.13 | payroll |
| 7/3/2020 | Employee | $ 2,484.56 | payroll |
| 7/3/2020 | Employee | $ 2,135.78 | payroll |
| 7/3/2020 | Employee | $ 1,722.40 | payroll |
| 7/3/2020 | Employee | $ 1,600.00 | payroll |
| 7/3/2020 | Employee | $ 600.00 | payroll |
| 7/1/2020 | PPL | $ 232.90 | 93530-98048 |
| 7/1/2020 | PPL | $ 141.58 | 93330-98042 |
| 7/1/2020 | Crime Intervention Alarm | $ 207.00 | July-September 2020 |
| 7/6/2020 | Liquid Web LLC | $ 16,632.76 | |
| 7/6/2020 | Shopify, Twilio, GoDaddy | $ 1,900.00 | |
| 7/6/2020 | Google | $ 59.56 | |
| 7/6/2020 | Google | $ 8,049.38 | |
| 7/17/2020 | Employee | $ 2,898.27 | payroll |
| 7/17/2020 | Employee | $ 2,070.19 | payroll |
| 7/17/2020 | Employee | $ 1,715.36 | payroll |
| 7/17/2020 | Employee | $ 4,347.40 | payroll |
| 7/17/2020 | Employee | $ 3,602.13 | payroll |
| 7/17/2020 | Employee | $ 2,484.56 | payroll |
| 7/17/2020 | Employee | $ 2,135.78 | payroll |
| 7/17/2020 | Employee | $ 1,722.40 | payroll |
| 7/17/2020 | Employee | $ 1,600.00 | payroll |
| 7/17/2020 | Employee | $ 600.00 | payroll |
| 7/27/2020 | The Ground Guys | $ 261.82 | 6/16/20-7/15/20 |
| 7/31/2020 | Employee | $ 2,898.27 | payroll |
| 7/31/2020 | Employee | $ 2,070.19 | payroll |
| 7/31/2020 | Employee | $ 1,715.36 | payroll |
| 7/31/2020 | Employee | $ 4,347.90 | payroll |
| 7/31/2020 | Employee | $ 3,602.13 | payroll |
| 7/31/2020 | Employee | $ 2,484.56 | payroll |
| 7/31/2020 | Employee | $ 2,135.78 | payroll |
| 7/31/2020 | Employee | $ 1,722.40 | payroll |
| 7/31/2020 | Employee | $ 1,600.00 | payroll |

**Attachment 2 to Exhibit A to Receiver's Report**
**Sec v. Today's Growth Consultant, et al. - Expenses of Fiduciary Account**

| Date | Payable | Amount | Description |
|------|---------|--------|-------------|
| 7/31/2020 | Employee | $ 600.00 | payroll |
| 7/31/2020 | Shopify, Twilio, GoDaddy | $ 23,860.06 | |
| 8/3/2020 | PPL | $ 429.64 | 93530-98048 |
| 8/3/2020 | PPL | $ 157.84 | 93330-98042 |
| 8/6/2020 | Google | $ 8,049.38 | |
| 8/6/2020 | Google | $ 56.48 | |
| 8/13/2020 | Shopify, Twilio, GoDaddy | $ 5,000.00 | |
| 8/14/2020 | Employee | $ 2,898.27 | payroll |
| 8/14/2020 | Employee | $ 2,070.19 | payroll |
| 8/14/2020 | Employee | $ 1,715.36 | payroll |
| 8/14/2020 | Employee | $ 4,347.90 | payroll |
| 8/14/2020 | Employee | $ 3,602.13 | payroll |
| 8/14/2020 | Employee | $ 2,484.56 | payroll |
| 8/14/2020 | Employee | $ 2,135.78 | payroll |
| 8/14/2020 | Employee | $ 1,722.40 | payroll |
| 8/14/2020 | Employee | $ 1,600.00 | payroll |
| 8/14/2020 | Employee | $ 600.00 | payroll |
| 8/24/2020 | The Ground Guys | $ 261.82 | 7/16/20-8/15/20 |
| 8/28/2020 | Employee | $ 2,898.27 | payroll |
| 8/28/2020 | Employee | $ 2,070.19 | payroll |
| 8/28/2020 | Employee | $ 1,715.36 | payroll |
| 8/28/2020 | Employee | $ 4,347.40 | payroll |
| 8/28/2020 | Employee | $ 3,602.13 | payroll |
| 8/28/2020 | Employee | $ 2,484.56 | payroll |
| 8/28/2020 | Employee | $ 2,135.78 | payroll |
| 8/28/2020 | Employee | $ 1,722.40 | payroll |
| 8/28/2020 | Employee | $ 1,600.00 | payroll |
| 8/28/2020 | Employee | $ 600.00 | payroll |
| 8/25/2020 | Lancaster Area Sewer | $ 478.74 | 5/1/20-7/31/20 |
| 8/31/2020 | Shopify, Twilio, GoDaddy | $ 16,364.64 | |
| 9/3/2020 | Google | $ 8,049.38 | |
| 9/3/2020 | Google | $ 57.12 | |
| 9/11/2020 | Employee | $ 2,898.27 | payroll |
| 9/11/2020 | Employee | $ 2,070.19 | payroll |
| 9/11/2020 | Employee | $ 1,715.36 | payroll |
| 9/11/2020 | Employee | $ 4,347.40 | payroll |
| 9/11/2020 | Employee | $ 3,602.13 | payroll |
| 9/11/2020 | Employee | $ 2,484.56 | payroll |
| 9/11/2020 | Employee | $ 2,135.78 | payroll |
| 9/11/2020 | Employee | $ 922.01 | payroll |
| 9/11/2020 | Employee | $ 1,600.00 | payroll |

**Attachment 2 to Exhibit A to Receiver's Report**
**Sec v. Today's Growth Consultant, et al. - Expenses of Fiduciary Account**

| Date | Payable | Amount | Description |
|---|---|---|---|
| 9/11/2020 | Employee | $ 1,400.00 | payroll |
| 9/17/2020 | The Ground Guys | $ 261.82 | 8/21/20-9/4/20 |
| 9/17/2020 | Renewal of Enitity | $ 102.69 | Corp Registration TGC |
| 9/25/2020 | Employee | $ 2,898.27 | payroll |
| 9/25/2020 | Employee | $ 2,070.19 | payroll |
| 9/25/2020 | Employee | $ 1,715.36 | payroll |
| 9/25/2020 | Employee | $ 4,347.40 | payroll |
| 9/25/2020 | Employee | $ 3,602.13 | payroll |
| 9/25/2020 | Employee | $ 2,484.56 | payroll |
| 9/25/2020 | Employee | $ 2,135.78 | payroll |
| 9/25/2020 | Employee | $ 922.01 | payroll |
| 9/25/2020 | Employee | $ 1,600.00 | payroll |
| 9/25/2020 | Employee | $ 1,400.00 | payroll |
| | Total of Expenses | $ 279,707.84 | |

**Professional Fee DE 98 8/27/20**

| | | | |
|---|---|---|---|
| 8/28/2020 | Damian & Valori | $ 67,501.45 | 1/31/2020 |
| 8/28/2020 | Rachlis Duff & Peel | $ 18,257.60 | 1/31/2020 |
| 9/3/2020 | Rachlis Duff & Peel | $ 467.36 | 1/31/2020 |
| 8/28/2020 | Semanoff Ormsby Greenberg | $ 29,560.68 | 1/31/2020 |
| 8/28/2020 | Kapila Mukamal | $ 22,658.12 | 1/31/2020 |
| | | $ 138,445.21 | |

**Professional Fee DE 97 8/27/20**

| | | | |
|---|---|---|---|
| 8/28/2020 | Damian & Valori | $ 150,455.20 | 6/30/2020 |
| 8/28/2020 | Rachlis Duff & Peel | $ 10,241.67 | 6/30/2020 |
| 8/28/2020 | Semanoff Ormsby Greenberg | $ 2,175.75 | 6/30/2020 |
| 8/28/2020 | Kapila Mukamal | $ 78,681.13 | 6/30/2020 |
| | | $ 241,553.75 | |

|  |  |
|---|---|
| Total of Professional Fees | $ 379,998.96 |

**GRAND TOTAL OF EXPENSES**     $ **659,706.80**