# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | No. 19-cv-08454 |
| v. | ) ) | Judge Andrea R. Wood |
| TODAYS GROWTH CONSULTANT, INC., et al., | ) ) ) | |
| Defendants. | ) ) | |

**ORDER GRANTING RECEIVER'S THIRD INTERIM APPLICATION FOR AN ORDER APPROVING AND AUTHORIZING PAYMENT OF FEES AND EXPENSES OF RECEIVER AND HER PROFESSIONALS**

THIS CAUSE came before the Court upon the *Receiver's Third Application for an Order Approving and Authorizing Payment of Fees and Expenses of Receiver and Her Professionals* (the "Application") (Dkt. No. 107.) The Court, having reviewed the Application, noting that the fees and costs requested therein are reasonable, necessary and commensurate with the skills and experience required for the activities performed and described therein, and otherwise being fully advised in the matter, finds good cause to approve the Application and grant the relief requested therein.

Accordingly, it is **ORDERED** as follows:

1. The Application is **GRANTED.**

2. The total amount of fees and costs that the Receiver[1] and her Lead Counsel, Damian & Valori LLP, incurred in fulfilling the Receiver's duties during the Application Period in the amount of $80,604.53 is hereby **APPROVED.**

3. The Receiver is **AUTHORIZED** to use the Estate's funds to pay the Receiver and her Lead Counsel, Damian & Valori LLP, the amount of $64,703.13 (comprising $63,605.60 in fees (80% of $79,507) and $1,097.53 in costs) for work performed fulfilling the Receiver's duties.

4. The total amount of fees and costs that the Receiver's Illinois Counsel, Rachlis Duff & Peel, LLC, incurred in assisting the Receiver to fulfill her duties during the Application Period in the amount of $11,324.75 is hereby **APPROVED.**

5. The Receiver is **AUTHORIZED** to use the Estate's funds to pay the Receiver's Illinois Counsel, Rachlis Duff & Peel, LLC, the amount of $9,095.75 (comprising $8,916 in fees (80% of $11,145) and $179.75 in costs) for work performed in assisting the Receiver to fulfill her duties.

6. The total amount of fees and costs that the Receiver's Pennsylvania Counsel, Semanoff Ormsby Greenberg & Torchia, LLC, incurred in assisting the Receiver to fulfill her duties during the Application Period in the amount of $225 is hereby **APPROVED.**

7. The Receiver is **AUTHORIZED** to use the Estate's funds to pay the Receiver's Pennsylvania Counsel, Semanoff Ormsby Greenberg & Torchia, LLC, the amount of $180 (comprising $180 in fees (80% of $225) and no costs) for work performed in assisting the Receiver to fulfill her duties.

---

[1] Capitalized terms not defined herein shall have the same ascribed meaning as in the Application.

8. The total amount of fees and costs that the Receiver's Forensic Accountant, Kapila Mukamal, LLP, incurred in assisting the Receiver to fulfill her duties during the Application Period in the amount of $56,445.63 is hereby **APPROVED**.

9. The Receiver is **AUTHORIZED** to use the Estate's funds to pay to her Forensic Accountant, Kapila Mukamal, LLP, the amount of $45,270.83 (comprising $44,699.20 in fees (80% of $55,874) and $571.63 in costs) for work performed in assisting the Receiver to fulfill her duties.

10. The Court reserves final approval of all fees approved herein until such time as the Receiver is discharged of her duties in this matter and/or final disbursement of funds held by the Estate.

**DONE AND ORDERED**, this 8th day of December, 2020, in the Northern District of Illinois.

_____
ANDREA R. WOOD
UNITED STATES DISTRICT COURT JUDGE