UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NO. 19-cv-08454

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,
v.

TODAYS GROWTH CONSULTANT INC.
(dba "The Income Store"),

and

KENNETH D. COURTRIGHT, III,

    Defendants.
_____/

**RECEIVER'S UNOPPOSED MOTION TO APPROVE
REVISED LEGAL NOTICE OF CLAIMS ADMINISTRATION
PROCESS AND PARTIAL PLAN OF DISTRIBUTION**

Melanie E. Damian, in her capacity as the Receiver (the "Receiver") for Today's Growth Consultant, Inc. (dba The Income Store) ("TGC"), pursuant to this Court's Notification of Docket Entry dated December 8, 2020 [ECF No. 110], hereby files her unopposed Motion to approve revised Legal Notice of Claims Administration Process and Partial Plan of Distribution, and states as follows:

On February 28, 2020, the Receiver filed her Motion to Approve Claims Process and Partial Distribution Plan (the "Claims Process Motion"). *See* ECF No. 53.

On November 30, 2020, this Court entered an Order granting the Receiver's Claims Process Motion but requiring the Receiver to include additional information in the Legal Notice of Claims Administration Process and Partial Plan of Distribution (the "Legal Notice") prior to

disseminating it and the Proof of Claim and Release Form (collectively, the "Claims Package") to all known investors/creditors of TGC by the December 15, 2020 deadline. *See* ECF No. 109.

Specifically, the Court ordered the Receiver to include in the Legal Notice the following information: (i) the total amount of money Defendants received in investments and loans and the total amount of payments they made to creditors and investors (*i.e.*, the total value of potential claims against the Estate); (ii) the total number of potential claimants; (iii) the total number of websites the Receiver is holding on behalf of the Estate; (iv) the mean and median monthly income from each website the Receiver is holding on behalf of the Estate from the date on which the Receiver took control of those websites, and the average monthly costs of maintaining each website; (v) the total amount of cash on hand the Receiver is holding on behalf of the Estate; (vi) an estimate of, or, at a minimum, a brief description of the Estate's other assets, including unliquidated claims against third parties; and (vii) the date by which the Receiver expects to conclude liquidation of the Estate's assets, or, at a minimum, a brief description of the remaining the steps the Receiver must take before such liquidation will be completed. *See* ECF No. 109. The Court further ordered the Receiver amend the summary of upcoming deadlines in the Legal Notice to provide claimants with brief descriptions of what each claimant must do on each upcoming deadline and what will occur on same. *See id.*

The Receiver with the assistance of her professionals revised the Legal Notice to include the foregoing information (the "Revised Legal Notice") and provide additional information to facilitate the transfer of the websites to the investors who elect to receive websites in lieu of a monetary distribution. A copy of the Revised Legal Notice is attached hereto as **Exhibit A** and, contemporaneously herewith, the Receiver submitted a copy of the Revised Legal Notice to the Court via E-Courtesy for review.

Pursuant to this Court's Notification of Docket Entry [ECF No. 110], the Receiver moves for an Order finding that the Receiver's Revised Legal Notice conforms with the Court's Order [ECF No. 109] and authorizing the Receiver to send the Revised Legal Notice (as part of the Claims Package) to all known investors/creditors of TGC by the December 15, 2020 deadline.

WHEREFORE, the Receiver respectfully requests that this Court enter an Order granting (i) the instant Motion, finding that the Receiver's Revised Legal Notice conforms with the requirements of this Court's Order [ECF No. 109], and authorizing the Receiver to send the Revised Legal Notice (as part of the Claims Package) to all known investors/creditors of TGC, and (ii) such further relief as this Court deems just and proper.

### CERTIFICATION OF CONFERENCE

The undersigned counsel certifies that prior to filing this Motion he conferred with counsel for Plaintiff Securities and Exchange Commission and Defendant Kenneth Courtright by sending email correspondence attaching a copy of the Revised Legal Notice and requesting they confirm whether they have any objection to its form. Counsel for the Plaintiff and Defendant Courtright confirmed to undersigned counsel that they have no objection to the Revised Legal Notice.

Respectfully submitted this 9th day of December, 2020.

                      Respectfully submitted,

                      /s/Kenneth Dante Murena
                      Kenneth Dante Murena, Esq.
                      Florida Bar No. 147486
                      DAMIAN & VALORI LLP
                      1000 Brickell Avenue, Suite 1020
                      Miami, Florida 33131
                      Telephone: (305) 371-3960
                      Facsimile: (305) 371-3965
                      Email: kmurena@dvllp.com
                      *Counsel for Melanie E. Damian,*
                      *Court-Appointed Receiver*
                      *(Admitted pro-hac vice)*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via electronic transmission via this Court's CM/ECF filing system on December 9, 2020 on all counsel or parties who have appeared in the above-styled action.

/s/Kenneth Dante Murena
Kenneth Dante Murena,
*Counsel for Melanie E. Damian,*
*Court-Appointed Receiver*
*(Admitted pro-hac vice)*