Melanie E. Damian, Esq., as Receiver
DAMIAN & VALORI, LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
STANDARDIZED FUND ACCOUNTING REPORT
CIVIL – RECEIVERSHIP FUND FOR SEC v. TODAY'S GROWTH CONSULTANT, INC, ET AL.
Reporting Period 10/1/2020 to 12/31/2020

|  |  | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (As of 10/1/2020): | $ - | $ - | $ 351,673.57 |
|  | **Increases in Fund Balance:** |  |  |  |
| Line 2 | Business Income | $ - | $ - | $ - |
| Line 3 | Cash and Securities [1] | $ 238,465.27 | $ 238,465.27 | $ 238,465.27 |
| Line 4 | Interest/Dividend Income |  |  |  |
| Line 5 | Business Asset Liquidation |  | $ - | $ - |
| Line 6 | Personal Asset Liquidation | $ - | $ - | $ - |
| Line 7 | Third-Party Litigation Income | $ - | $ - | $ - |
| Line 8 | Miscellaneous - Other | $ - | $ - | $ - |
|  | **Total Funds Available (Lines 1-8):** |  |  | $ 590,138.84 |
|  | **Decreases in Fund Balance:** |  |  |  |
| Line 9 | Disbursements to Investors |  |  |  |
| Line 10 | Disbursements for Business Operations [2] | $ 275,111.50 | $ 275,111.50 | $ 275,111.50 |
| Line 10a | Disbursements to Receiver or Other Professionals | $ 119,249.71 | $ 119,249.71 | $ 119,249.71 |
| Line 10b | Business Asset Expenses |  | $ - |  |
| Line 10c | Personal Asset Expenses: | $ - | $ - | $ - |
| Line 10d | Investment Expenses | $ - | $ - | $ - |
| Line 10e | Third-Party Litigation | $ - | $ - | $ - |
| Line 10f | Tax Administrator Fees and Bonds | $ - | $ - | $ - |
| Line 10g | Federal and State Tax Payments | $ - | $ - | $ - |
|  | **Total Disbursements for Receivership Operations** |  |  | $ 394,361.21 |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: | $ - | $ - | $ - |
| Line 11a | Distribution Plan Development Expenses: | $ - | $ - | $ - |
| Line 11b | Distribution Plan Implementation Expenses: | $ - | $ - | $ - |
| Line 12 | Disbursements to Court/Other | $ - | $ - | $ - |

**EXHIBIT A**

| Line 12a | Investment Expenses/Court Registry Investment System (CRIS) Fees | $ - | $ - | $ - |
|---|---|---|---|---|
| Line 12b | Federal Tax Payments | $ - | $ - | $ - |
| | **Total Disbursements to Court/Other** | | | |
| | **Total Funds Disbursed (Lines 9-11)** | | | $ 394,361.21 |
| Line 13 | **Ending Balance (As of December 31, 2020)** | | | $ 195,777.63 |
| Line 14 | **Ending Balance of Fund – Net Assets:** | | | |
| Line 14a | Cash & Cash Equivalents | | | $ 195,777.63 |
| Line 14b | Investments | | | $ - |
| Line 14c | Other Assets or Uncleared Funds | | | |
| | **Total Ending Balance of Fund – Net Assets** | | | $ 195,777.63 |

[1] Funds were received into the Receivership accounts for Today's Growth Consultant, Inc at City National Bank and PNC Bank. See Receipts attached hereto as Exhibit 1.

[2] Funds were disbursed to administer the receivership estate and its assets. See Expenses attached hereto as Exhibit 2.

Respectfully submitted,

Damian & Valori LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone: 305-371-3960
Facsimile: 305-371-3965

/s/ Melanie E. Damian
Melanie E. Damian
*Court-Appointed Receiver*

**Attachment 1 to Exhibit A to Receiver's Report**
**Sec v. Today's Growth Consultant, et al. - Receipts of Fiduciary Account**

| Date of Check | Check # | Amount | From |
|---|---|---|---|
| 9/29/2020 | 11000 | $260.43 | Ezoic Inc |
| 9/29/2020 | 10982 | $481.92 | Ezoic Inc |
| 9/29/2020 | 578288 | $88.40 | Sheet Music Plus |
| 10/15/2020 | 577615 | $115.31 | Sheet Music Plus |
| 10/20/2020 | 1186 | $48,649.19 | Keller Auctioneers LLC |
| 10/20/2020 | | $91.65 | Defend Heal |
| 10/20/2020 | 689633128 | $40.00 | CNB |
| 11/2/2020 | 11193 | $226.73 | Ezoic Inc |
| 11/2/2020 | 11174 | $180.71 | Ezoic Inc |
| 11/2/2020 | 578962 | $108.91 | Sheet Music Plus |
| 11/2/2020 | | $63,213.72 | PNC |
| 11/12/2020 | 691799927 | $4,142.08 | Network Systems |
| 11/12/2020 | 50040246 | $90.51 | Clickbank |
| 11/20/2020 | 693812131 | $12.50 | CDL Marketing Group |
| 12/2/2020 | | $25.65 | Clickbank |
| 12/4/2020 | 11425 | $225.26 | Ezoic Inc. |
| 12/4/2020 | 11424 | $463.02 | Ezoic Inc. |
| 12/4/2020 | 579616 | $173.77 | Sheet Music Plus |
| 12/21/2020 | 697715804 | $450.43 | Network Systems Inc |
| 12/31/2020 | | $119,425.08 | PNC |
| | | $238,465.27 | |

**Attachment 2 to Exhibit A to Receiver's Report**
**Sec v. Today's Growth Consultant, et al. - Expenses of Fiduciary Account**

| Date | Payable | Amount | Description |
|---|---|---|---|
| 10/6/2020 | Google | $ 8,049.38 | |
| 10/6/2020 | Google | $ 57.13 | |
| 10/6/2020 | Crime Intervention Alarm | $ 207.00 | October - December 2020 |
| 10/9/2020 | Contractor | $ 2,898.27 | bi-weekly payment |
| 10/9/2020 | Contractor | $ 2,070.19 | bi-weekly payment |
| 10/9/2020 | Contractor | $ 1,715.36 | bi-weekly payment |
| 10/9/2020 | Contractor | $ 4,347.40 | bi-weekly payment |
| 10/9/2020 | Contractor | $ 3,602.13 | bi-weekly payment |
| 10/9/2020 | Contractor | $ 2,484.56 | bi-weekly payment |
| 10/9/2020 | Contractor | $ 2,135.78 | bi-weekly payment |
| 10/9/2020 | Contractor | $ 922.01 | bi-weekly payment |
| 10/9/2020 | Contractor | $ 1,600.00 | bi-weekly payment |
| 10/9/2020 | Contractor | $ 1,400.00 | bi-weekly payment |
| 10/5/2020 | PPL | $ 727.45 | 93530-98048 |
| 10/5/2020 | PPL | $ 245.74 | 93330-98042 |
| 10/6/2020 | Lancaster Area Sewer Authority | $ 11.78 | |
| 10/6/2020 | Twilio Go Daddy Paypal | $ 8,411.08 | |
| 10/7/2020 | Twilio Go Daddy Paypal | $ 16,326.28 | |
| 10/7/2020 | Crime Intervention Alarm | $ 433.00 | |
| 10/20/2020 | The Grounds Guys | $ 261.82 | |
| 10/23/2020 | Contractor | $ 2,898.27 | bi-weekly payment |
| 10/23/2020 | Contractor | $ 2,070.19 | bi-weekly payment |
| 10/23/2020 | Contractor | $ 1,715.36 | bi-weekly payment |
| 10/23/2020 | Contractor | $ 4,347.40 | bi-weekly payment |
| 10/23/2020 | Contractor | $ 3,602.13 | bi-weekly payment |
| 10/23/2020 | Contractor | $ 2,484.56 | bi-weekly payment |
| 10/23/2020 | Contractor | $ 2,135.78 | bi-weekly payment |
| 10/23/2020 | Contractor | $ 922.01 | bi-weekly payment |
| 10/23/2020 | Contractor | $ 1,600.00 | bi-weekly payment |
| 10/23/2020 | Contractor | $ 1,400.00 | bi-weekly payment |
| 10/23/2020 | Good's Service | $ 1,099.22 | |
| 10/26/2020 | Twilio Go Daddy Paypal | $ 19,976.48 | |
| 11/2/2020 | PPL | $ 241.92 | 93530-98048 |
| 11/2/2020 | PPL | $ 155.04 | 93330-98042 |
| 11/6/2020 | Google | $ 8,049.38 | |
| 11/6/2020 | Google | $ 57.42 | |
| 11/6/2020 | Contractor | $ 2,898.27 | bi-weekly payment |
| 11/6/2020 | Contractor | $ 2,070.19 | bi-weekly payment |
| 11/6/2020 | Contractor | $ 1,715.36 | bi-weekly payment |
| 11/6/2020 | Contractor | $ 4,347.40 | bi-weekly payment |
| 11/6/2020 | Contractor | $ 3,602.13 | bi-weekly payment |

**Attachment 2 to Exhibit A to Receiver's Report**
**Sec v. Today's Growth Consultant, et al. - Expenses of Fiduciary Account**

| Date | Payable | Amount | Description |
|---|---|---|---|
| 11/6/2020 | Contractor | $ 2,484.56 | bi-weekly payment |
| 11/6/2020 | Contractor | $ 2,135.78 | bi-weekly payment |
| 11/6/2020 | Contractor | $ 922.01 | bi-weekly payment |
| 11/6/2020 | Contractor | $ 1,600.00 | bi-weekly payment |
| 11/6/2020 | Contractor | $ 1,400.00 | bi-weekly payment |
| 11/17/2020 | Charge Back | $ 90.51 | 8/1/20-10/31/20 |
| 11/16/2020 | Lancaster Area Sewer Authority | $ 99.63 | 10/15/20-11/15/20 |
| 11/19/2020 | Twilio Go Daddy Paypal | $ 20,000.00 | |
| 11/20/2020 | Contractor | $ 2,898.27 | bi-weekly payment |
| 11/20/2020 | Contractor | $ 2,070.19 | bi-weekly payment |
| 11/20/2020 | Contractor | $ 1,715.36 | bi-weekly payment |
| 11/20/2020 | Contractor | $ 4,347.40 | bi-weekly payment |
| 11/20/2020 | Contractor | $ 3,602.13 | bi-weekly payment |
| 11/20/2020 | Contractor | $ 2,484.56 | bi-weekly payment |
| 11/20/2020 | Contractor | $ 2,135.78 | bi-weekly payment |
| 11/20/2020 | Contractor | $ 922.01 | bi-weekly payment |
| 11/20/2020 | Contractor | $ 1,600.00 | bi-weekly payment |
| 11/20/2020 | Contractor | $ 1,400.00 | bi-weekly payment |
| 11/24/2020 | Twilio Go Daddy Paypal | $ 9,340.24 | |
| 11/18/2020 | The Ground Guys | $ 130.91 | |
| 11/24/2020 | PPL | $ 142.99 | 93330-98042 |
| 11/24/2020 | PPL | $ 206.52 | 93530-98048 |
| 12/4/2020 | Google | $ 8,049.38 | |
| 12/4/2020 | Google | $ 57.10 | |
| 12/4/2020 | Contractor | $ 2,898.27 | bi-weekly payment |
| 12/4/2020 | Contractor | $ 2,070.19 | bi-weekly payment |
| 12/4/2020 | Contractor | $ 1,715.36 | bi-weekly payment |
| 12/4/2020 | Contractor | $ 4,347.90 | bi-weekly payment |
| 12/4/2020 | Contractor | $ 3,602.13 | bi-weekly payment |
| 12/4/2020 | Contractor | $ 2,628.89 | bi-weekly payment |
| 12/4/2020 | Contractor | $ 2,135.78 | bi-weekly payment |
| 12/4/2020 | Contractor | $ 922.01 | bi-weekly payment |
| 12/4/2020 | Contractor | $ 1,760.00 | bi-weekly payment |
| 12/4/2020 | Contractor | $ 1,400.00 | bi-weekly payment |
| 12/8/2020 | Teris NYC LLC | $ 7,011.00 | Monthly Relativity |
| 12/8/2020 | Teris NYC LLC | $ 8,721.99 | Data Upload |
| 12/10/2020 | Twilio Go Daddy Paypal | $ 6,000.00 | |
| 12/18/2020 | Contractor | $ 3,445.67 | bi-weekly payment |
| 12/18/2020 | Contractor | $ 2,070.19 | bi-weekly payment |
| 12/18/2020 | Contractor | $ 1,715.36 | bi-weekly payment |
| 12/18/2020 | Contractor | $ 4,347.40 | bi-weekly payment |

**Attachment 2 to Exhibit A to Receiver's Report**
**Sec v. Today's Growth Consultant, et al. - Expenses of Fiduciary Account**

| Date | Payable | Amount | Description |
|---|---|---|---|
| 12/18/2020 | Contractor | $ 3,602.13 | bi-weekly payment |
| 12/18/2020 | Contractor | $ 2,484.56 | bi-weekly payment |
| 12/18/2020 | Contractor | $ 2,455.77 | bi-weekly payment |
| 12/18/2020 | Contractor | $ 922.01 | bi-weekly payment |
| 12/18/2020 | Contractor | $ 1,760.00 | bi-weekly payment |
| 12/18/2020 | Contractor | $ 1,400.00 | bi-weekly payment |
| 12/22/2020 | Twilio Go Daddy Paypal | $ 10,000.00 | |
| 12/22/2020 | The Ground Guys | $ 130.91 | 11/16/20-12/15/20 |
| 12/22/2020 | PPL | $ 132.00 | 93330-98042 |
| 12/22/2020 | PPL | $ 301.79 | 93530-98048 |
| | Total of Expenses | $ 275,111.50 | |

**Professional Fee DE 111 12/8/20**

| Date | Payable | Amount | Description |
|---|---|---|---|
| 12/9/2020 | Damian & Valori | $ 64,703.13 | 9/30/2020 |
| 12/9/2020 | Rachlis Duff & Peel | $ 9,095.75 | 9/30/2020 |
| 12/9/2020 | Semanoff Ormsby Greenberg | $ 180.00 | 9/30/2020 |
| 12/9/2020 | Kapila Mukamal | $ 45,270.83 | 9/30/2020 |
| | Total of Professional Fees | $ 119,249.71 | |

**GRAND TOTAL OF EXPENSES**  $ 394,361.21