UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NO. 19-cv-08454

SECURITIES AND EXCHANGE COMMISSION,

     Plaintiff,

v.

TODAYS GROWTH CONSULTANT INC.
(dba "The Income Store"),

and

KENNETH D. COURTRIGHT, III,

      Defendants.

_____/

**RECEIVER'S MOTION FOR AUTHORIZATION TO EMPLOY
CORR CRONIN LLP AND ABEND & SILBER PLLC AS LOCAL COUNSEL
IN WASHINGTON AND NEW YORK FOR THE RECEIVER'S RECOVERY ACTIONS**

     Melanie E. Damian, Esq., as the Court-appointed Receiver (the "Receiver") of Defendant, Today's Growth Consultant Inc. ("TGC"), through undersigned counsel, hereby files her Motion for Authorization to Employ Corr Cronin LLP and Abend & Silber, PLLC ("the Firms"), as Local Counsel in Washington and New York for the Receiver's Recovery Actions, *nunc pro tunc*, and states as follows:

     1.     This action commenced on December 27, 2019, with the filing of the Securities and Exchange Commission's ("SEC") Complaint against Defendants, the SEC's Emergency *Ex Parte* Motion for a Temporary Restraining Order Freezing Assets and Imposing Other Ancillary Relief, and for an Order Appointing a Receiver, and the SEC's Memorandum in Support of its Emergency *Ex Parte* Motion for a Temporary Restraining Order Freezing Assets and Imposing Other Ancillary Relief, and for an Order Appointing a Receiver.

2.      Subsequently, on December 27, 2019, this Court entered a Temporary Restraining Order Freezing Assets and Imposing and Other Emergency Relief (the "TRO") and an Order Appointing Receiver (the "Appointment Order", and together with the TRO, the "Orders"), appointing Melanie E. Damian, Esq. as Receiver of all assets of the Defendants.  Pursuant to the Appointment Order, the Receiver is authorized to, among other things, "engage and employ persons in her discretion to assist her in carrying out her duties and responsibilities hereunder, including, but not limited to, . . . attorneys . . . ."  *See* Appointment Order at ¶¶ 8.G. and 61.  Prior to engaging any such attorneys, the Receiver must first obtain an Order of this Court authorizing such engagement.  *See* Appointment Order at ¶61.  Any attorneys that the Receiver engages with this Court's approval are "entitled to reasonable compensation and expense reimbursement from the Receivership Estate as described in the 'Billing Instructions for Receivers in Civil Actions Commenced by the U.S. Securities. and Exchange Commission' . . . agreed to by the Receiver."

3.      Accordingly, pursuant to the Appointment Order, the Receiver seeks this Court's approval to engage the Firms as local counsel in Washington and New York to provide the Receiver with legal advice and assistance in litigating the Receiver's recently filed recovery actions (the "Actions") in those States, and in otherwise fulfilling her duties under the Court's Orders.

4.      The Receiver proposes to have Jeff Bone, a Partner at Corr Cronin LLP, based in Seattle, Washington, to serve as local counsel to the Receiver in the Western District of Washington where the Receiver commenced an action asserting fraudulent transfer and unjust enrichment claims against an insider and/or affiliate of Defendant TGC.  Mr. Bone has significant experience in complex commercial litigation in both federal and state court.  He is thus qualified

to serve as local counsel for the Receiver and assist with the prosecution of the Receiver's fraudulent transfer and unjust enrichment claims in that District.

5.      Additionally, the Receiver proposes to have Joshua Silber, a Partner at Abend & Silber, PLLC, based in New York, New York, serve as local counsel to the Receiver in the Southern District of New York where the Receiver commenced an action asserting fraudulent transfer and unjust enrichment claims against a third party and/or affiliate of Defendant TGC.  Mr. Silber also has significant commercial litigation experience and is well qualified to serve as the Receiver's local counsel and assist with the prosecution of the Receiver's fraudulent transfer and unjust enrichment claims in that District.

6.      Because the Receiver is pursuing the Actions in Washington and New York on a contingency fee basis, pursuant to this Court's approval [ECF No. 103], the Receiver will not seek reimbursement from the Estate (through a fee application or otherwise) for any payment she makes to the Firms for their fees or costs in representing the Receiver in those Actions. Rather, in consideration for the Firms serving as local counsel for the Receiver, the Receiver proposes to pay the Firms' respective attorneys' fees directly on a periodic basis, and without further order of this Court, regardless of whether there is recovery in the Actions.

7.      The Firms have informed the Receiver that they do not have any conflict with serving as counsel for the Receiver in the Actions commenced in the Western District of Washington and the Southern District of New York.

WHEREFORE, the Receiver respectfully requests that this Court enters the proposed Order attached as **Exhibit A**, approving the Receiver's employment of the law firm of Corr Cronin LLP as local counsel for the Receiver in the Western District of Washington, and the law firm of Abend & Silber, PLLC as local counsel for the Receiver in the Southern District of New York, the

fees and costs of which will be paid by the Receiver rather than by the Estate without further order

of this Court, and for such other and further relief as the Court deems just and proper.

Dated: February 16, 2021.

Respectfully submitted,

DAMIAN & VALORI LLP
*Co-Counsel for the Receiver*
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone: (305) 371-3960
Facsimile: (305) 371-3965

By: */s/ Kenneth Dante Murena*
Kenneth Dante Murena, Esq.
Florida Bar No. 147486
Email: kmurena@dvllp.com

RACHLIS DUFF & PEEL, LLC
*Co-Counsel for the Receiver*
542 S. Dearborn Street, Suite 900
Chicago, Illinois 60605
Telephone: (312) 733-3390
Kevin B. Duff, Esq.
Ill. Bar No. 6210491
Email: kduff@rdaplaw.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via

CM/ECF upon all counsel of record this 16th day of February, 2021.

*/s/ Kenneth Dante Murena*
Kenneth Dante Murena, Esq.