**EXHIBIT A**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NO. 19-cv-08454

SECURITIES AND EXCHANGE COMMISSION,
    Plaintiff,
v.

TODAYS GROWTH CONSULTANT INC.
(dba "The Income Store"),

and

KENNETH D. COURTRIGHT, III,
    Defendants.
_____/

**ORDER AUTHORIZING RECEIVER TO EMPLOY CORR CRONIN LLP
AND ABEND & SILBER PLLC AS LOCAL COUNSEL
<u>IN WASHINGTON AND NEW YORK FOR THE RECEIVER'S RECOVERY ACTIONS</u>**

    THIS CAUSE came before the Court on the Receiver's (the "Receiver") Motion for Authorization to Employ Corr Cronin LLP and Abend & Silber, PLLC, as Local Counsel in Washington and New York for the Receiver's Recovery Actions (the "Motion"). With the Court having considered the Motion, and finding that cause exists to grant the Motion, it is hereby ORDERED as follows:

  1. The Motion is **GRANTED**.

  2. The Receiver is authorized to engage Corr Cronin LLP and Abend & Silber, PLLC (the "Firms") to serve as local counsel for the Receiver in Washington and New York for the Receiver's recovery actions.

  3. The Receiver is authorized to pay the Firms' attorneys' fees directly (not using funds of the Estate) and on a periodic basis without further order of this Court.

    DONE and ORDERED this ___ day of _____, 2021, in the Northern District of Illinois.

                                                 _____
                                               UNITED STATES DISTRICT COURT JUDGE