UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | ) ) ) ) |
| Plaintiff, | ) ) Civil Action No. 1:19-CV-08454 |
| v. | ) ) Hon. Andrea R. Wood ) |
| TODAY'S GROWTH CONSULTANT, INC. (d/b/a THE INCOME STORE), | ) ) ) |
| and | ) ) |
| KENNETH D. COURTRIGHT, III, | ) ) |
| Defendants. | ) ) |

**JOINT MOTION FOR EXTENSION OF RECEIVER'S
DEADLINE TO FILE FOURTH INTERIM APPLICATION FOR
AN ORDER APPROVING AND AUTHORIZING PAYMENT OF
FEES AND EXPENSES OF RECEIVER AND HER PROFESSIONALS**

Melanie E. Damian, Esq., the court-appointed receiver ("Receiver") in the above-captioned action, and Plaintiff Securities and Exchange Commission ("SEC), jointly seek an extension of time through and including May 17, 2021 for the Receiver to file her fourth interim application for approval and authorization of all fees and costs incurred by the Receiver and her professionals, for the reasons that follow:

1.  Pursuant to the Order Appointing Receiver, the Receiver and her court-approved professionals are entitled to reasonable compensation and expense reimbursement from the Receivership Estate as described in the "Billing Instructions for Receivers in Civil Actions Commenced by the [SEC], to which the Receiver agreed. ECF No. 19 at ¶ 62. To receive such

compensation and reimbursement, the Receiver is required, within fifteen (15) days after the end of each calendar quarter, to provide the SEC's counsel with a proposed fee application and the supporting invoices, and, within forty-five (45) days after the end of each calendar quarter, file with the Court an application for compensation and expense reimbursement from the Receivership Estate ("Fee Application").  *See id.* at ¶ 63.

2.	The deadline for the Receiver to file her fourth Fee Application, covering the period from October 1, 2020 through December 31, 2020 ("Fourth Quarter 2020 Fee Application), is February 18, 2021.

3.	The Receiver was unable to provide SEC counsel with a proposed fee application and supporting invoices from all of the Receiver's counsel and supporting experts until this week.

4.	Further, presently, and in large part because of the expenses associated with the claims notice process described to the Court on February 11, 2021, there are not sufficient funds in the Receiver's fiduciary account for the Receivership Estate and the operating accounts of Today's Growth Consultant, Inc. to pay the fees and costs incurred by the Receiver and her professionals during the Fourth Quarter of 2020.

5.	The Receiver anticipates that the Estate will obtain sufficient funds to pay such fees and costs during the first and second quarters of 2021 through Todays Growth Consultants Inc.'s business operations and the sale of the Estate's assets.  As the Receiver stated during the Court's February 11, 2021 status conference, the Receiver intends to file, during the current (first) quarter of 2021, a motion to approve (i) the auction sale of the Estate's assets and (ii) the procedures for marketing the assets and holding the auction to maximize the recovery by the Estate.  The timing of the auction is dependent, in part, on Court approval; but, if that approval is received in the first

quarter of 2021, the Receiver anticipates the auction sale will take place during the second quarter of 2021.

6. The Receiver estimates that the sale will generate significant proceeds and provide the Estate with sufficient funds (i) to make substantial distributions to the claimants whose claims are allowed in the claims process and (ii) to pay all of the outstanding and future fees and costs of the Receiver and her professionals.

7. The SEC has an interest in seeing that the Receiver and her professionals are not paid more than Claimants with Allowed Claims. Although a 20% holdback has been implemented on Receiver payouts to date, the Receiver's fiduciary account for the Receivership Estate is presently insufficient to pay the remaining 80% of the fees and 100% of the expenses incurred in the Fourth Quarter of 2020. Once the auction sale is concluded, however, the SEC can better estimate what assets the Estate will have to distribute to Claimants with Allowed Claims, and better evaluate the Receiver's Fee Application.

8. After discussing their respective concerns, the Receiver and the SEC agree that the Receiver should be permitted to postpone the filing of her Fourth Quarter 2020 Fee Application until May 17, 2021 (the Monday following the forty-five days after the end of the first quarter of 2021), and also seek in that fee application approval and authority to pay the fees and costs that the Receiver and her professionals incur during the First Quarter of 2021. Therefore, the proposed combined fee application would cover the six-month time period from October 1, 2020, through March 31, 2021.

## CERTIFICATION OF CONFERENCE

Undersigned counsel for the Receiver hereby certifies that on February 18, 2021, he sent an email to Defendant Kenneth D. Courtright, III, explaining the need for the relief requested

herein and inquiring as to whether he had any objection thereto. As of the filing of this Motion, Defendant Courtright had not informed undersigned counsel or counsel for the SEC of his position on the requested relief.

WHEREFORE, the Receiver and the SEC respectfully request that the Court (i) grant this Motion and extend the deadline for the Receiver to file her Fourth Quarter 2020 Fee Application as proposed herein, and (ii) grant such further relief as the Court deems just and proper.

Dated: February 18, 20201  Respectfully submitted,

DAMIAN & VALORI, LLP
*Counsel for Melanie E. Damian, Receiver*
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone: (305) 371-3960
Facsimile: (305) 371-3965


*/s/ Kenneth Dante Murena*
Kenneth Dante Murena, Esq.
Florida Bar No. 147486
E-mail: kmurena@dvllp.com

*Admitted Pro Hac Vice and*
*General Admission to N.D. Ill.*

and


  */s/Suzanne J. Romajas*
Suzanne J. Romajas, Esq.
Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549-5971
RomajasS@sec.gov

4

## CERTIFICATE OF SERVICE

I HEARBY CERTIFY that a true and correct copy of the foregoing was served via electronic transmission via this Court's CM/ECF filing system on February 18, 2021 on all counsel or parties who have appeared in the above-styled action.

*/s/ Kenneth Dante Murena*
Kenneth Dante Murena, Esq.
*Counsel for Melanie E. Damian,*
*Court-Appointed Receiver*
(*Admitted Pro Hac Vice and*
*General Admission to N.D. Ill.*)
