**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Securities and Exchange Commission
                                     Plaintiff,

v.                                                                             Case No.: 1:19−cv−08454
                                                                             Honorable Andrea R. Wood

Todays Growth Consultant Inc., et al.
                                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 8, 2021:

      MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing held on 4/8/2021. For the reasons stated on the record, the Receiver's motion for authorization to employ Corr Cronin LLP and Abend & Sibler PLLC as local counsel in Washington and New York for the Receiver's recovery actions [117] and Plaintiff and Receiver's joint motion for extension of Receiver's deadline to file fourth interim application for an order approving and authorizing payment of fees and expenses of receiver and her professionals [118] are granted. The Receiver shall file her Fourth Quarter 2020 Fee Application by 5/17/2021. By 4/12/2021, counsel for the receiver shall provide the Court with copies of 1) exemplar demand letters, including copies of any pre−suit demand letters for Don Shire Ministries, William Longcore and Empire Flippers, LLC and CMS United, Inc, and any letters sent to Mr. Courtright's children's school, and 2) a sample copy of the non−affiliate affidavit the Receiver is requiring from parties participating in the proposed estate asset auction. Receiver's counsel shall email the documents to the courtroom deputy (david_lynn@ilnd.uscourts.gov) with all parties copied to the submission. Receiver's unopposed motion to approve settlement and release agreements with Don Shire Ministries, William Longcore and Empire Flippers, LLC and CMS United, Inc. [121] is terminated as moot. The Receiver shall respond to American Express's Appeal of Receiver's Final Determination [119] by 4/26/2021. Any interested party shall file an objection or statement in support of the Receiver's motion to approve sale of estate assets expedited relief requested [123] by 4/15/2021. Any documentation related to items sold at auction, including documentation itemizing the auctioned items and the amounts received for them, shall be retained, including any such documentation in the possession, custody, or control of the auctioneer. Telephonic status hearing and hearing on American Express's Appeal of Receiver's Final Determination [119] is set for 5/10/2021 at 1:00 PM. Any attorney wishing to appear on behalf of Mr. Courtright shall file an appearance and participate in the hearing on 5/10/2021. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. The call−in number is (888) 557−8511 and the access code is 3547847. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of

court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (dal, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.