UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>               Plaintiff,<br><br>v.<br><br>TODAYS GROWTH CONSULTANT INC.<br>(dba "The Income Store")<br><br>and<br><br>KENNETH D. COURTRIGHT, III,<br><br>               Defendants. | Civil Action No. 1:19-cv-08454<br><br>Hon. Andrea R. Wood |

**PLAINTIFF SEC'S STATEMENT OF POSITION**

Plaintiff Securities and Exchange Commission ("SEC") respectfully submits this statement in ***support*** of the Receiver's motion seeking Court approval for the sale of Defendant Todays Growth Consultant Inc.'s remaining assets, consisting principally of 3,000+ website domains (Dkt. No. 123).

Dated:  April 15, 2021        Respectfully submitted,

                   SECURITIES AND EXCHANGE COMMISSION

                     */s/Suzanne J. Romajas*
                   Suzanne J. Romajas
                   Michael Brennan
                   U.S. Securities and Exchange Commission
                   100 F Street NE
                   Washington, DC 20549-5971
                   Email:  RomajasS@sec.gov
                   Tel: 202-551-4473 (Romajas)

                   Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I, SUZANNE J. ROMAJAS, certify that, on April 15, 2021, I caused the foregoing Statement of Position to be served by CM/ECF upon all parties.

　　　　　　　　　　　　　　　　　　　____/s/Suzanne J. Romajas_____
　　　　　　　　　　　　　　　　　　　　　　　Suzanne J. Romajas