Melanie E. Damian, Esq., as Receiver
DAMIAN & VALORI, LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
STANDARDIZED FUND ACCOUNTING REPORT
CIVIL – RECEIVERSHIP FUND FOR SEC v. TODAY'S GROWTH CONSULTANT, INC, ET AL.
Reporting Period 1/1/2021 to 3/31/2021

|  |  | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (As of 1/1/2021): | $ - | $ - | $ 195,777.63 |
|  | **Increases in Fund Balance:** |  |  |  |
| Line 2 | Business Income | $ - | $ - | $ - |
| Line 3 | Cash and Securities [1] | $ 238,782.56 | $ 238,782.56 | $ 238,782.56 |
| Line 4 | Interest/Dividend Income |  |  |  |
| Line 5 | Business Asset Liquidation |  | $ - | $ - |
| Line 6 | Personal Asset Liquidation | $ - | $ - | $ - |
| Line 7 | Third-Party Litigation Income | $ - | $ - | $ - |
| Line 8 | Miscellaneous - Other | $ - | $ - | $ - |
|  | **Total Funds Available (Lines 1-8):** |  |  | $ 434,560.19 |
|  | **Decreases in Fund Balance:** |  |  |  |
| Line 9 | Disbursements to Investors |  |  |  |
| Line 10 | Disbursements for Business Operations [2] | $ 330,262.42 | $ 330,262.42 | $ 330,262.42 |
| Line 10a | Disbursements to Receiver or Other Professionals | $ - | $ - | $ - |
| Line 10b | Business Asset Expenses |  | $ - |  |
| Line 10c | Personal Asset Expenses: | $ - | $ - | $ - |
| Line 10d | Investment Expenses | $ - | $ - | $ - |
| Line 10e | Third-Party Litigation | $ - | $ - | $ - |
| Line 10f | Tax Administrator Fees and Bonds | $ - | $ - | $ - |
| Line 10g | Federal and State Tax Payments | $ - | $ - | $ - |
|  | **Total Disbursements for Receivership Operations** |  |  | $ 330,262.42 |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: | $ - | $ - | $ - |
| Line 11a | Distribution Plan Development Expenses: | $ - | $ - | $ - |
| Line 11b | Distribution Plan Implementation Expenses: | $ - | $ - | $ - |
| Line 12 | Disbursements to Court/Other | $ - | $ - | $ - |

**EXHIBIT A**

| Line 12a | Investment Expenses/Court Registry Investment System (CRIS) Fees | $ - | $ - | $ - |
|---|---|---|---|---|
| Line 12b | Federal Tax Payments | $ - | $ - | $ - |
| | **Total Disbursements to Court/Other** | | | |
| | **Total Funds Disbursed (Lines 9-11)** | | | $ 330,262.42 |
| Line 13 | **Ending Balance (As of March 31, 2021)** | | | $ 104,297.77 |
| Line 14 | **Ending Balance of Fund – Net Assets:** | | | |
| Line 14a | Cash & Cash Equivalents | | | $ 104,297.77 |
| Line 14b | Investments | | | $ - |
| Line 14c | Other Assets or Uncleared Funds | | | |
| | **Total Ending Balance of Fund – Net Assets** | | | $ 104,297.77 |

[1] Funds were received into the Receivership accounts for Today's Growth Consultant, Inc at City National Bank and PNC Bank. See Receipts attached hereto as Exhibit 1.

[2] Funds were disbursed to administer the receivership estate and its assets. See Expenses attached hereto as Exhibit 2.

Respectfully submitted,

Damian & Valori LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone: 305-371-3960
Facsimile: 305-371-3965

/s/ Melanie E. Damian
Melanie E. Damian
*Court-Appointed Receiver*

**Attachment 1 to Exhibit A to Receiver's Report**
**Sec v. Today's Growth Consultant, et al. - Receipts of Fiduciary Account**

| Date of Check | Check # | Amount | From |
|---|---|---|---|
| 1/4/2021 | | $ 3,780.37 | KOALA SLEEP PTY LTD |
| 1/4/2021 | 3915015 | $ 1,844.45 | Amazon Web Services |
| 1/4/2021 | 11646 | $ 161.64 | Ezoic Inc. |
| 1/4/2021 | 11645 | $ 423.91 | Ezoic Inc. |
| 1/21/2021 | | $ 60.00 | CDL Marketing |
| 1/26/2021 | | $ 150.36 | Sheet Music Plus |
| 1/26/2021 | | $ 164.05 | Sheet Music Plus |
| 1/26/2021 | 702630624 | $ 86.77 | Networx Systems Inc |
| 1/28/2021 | 11881 | $ 433.45 | Ezoic Inc. |
| 1/28/2021 | 11882 | $ 161.56 | Ezoic Inc. |
| 2/9/2021 | | $ 1,824.94 | KOALA SLEEP PTY LTD |
| 2/16/2021 | | $ 1,569.26 | KOALA SLEEP PTY LTD |
| 2/23/2021 | | $ 63,054.76 | PNC Transfer |
| 2/23/2021 | | $ 12,937.83 | PNC Transfer |
| 2/24/2021 | 706365545 | $ 170.60 | Networx Systems Inc |
| 2/22/2021 | 706102625 | $ 20.00 | CDL Marketing |
| 2/23/2021 | 583158 | $ 209.96 | Sheet Music Plus |
| 3/9/2021 | | $ 18.41 | Google |
| 3/10/2021 | | $ 315.88 | HR Remidies |
| 3/11/2021 | | $ 50,000.00 | DON SHIRE MINISTRIES |
| 3/18/2021 | | $ 208.83 | Ezoic Inc. |
| 3/18/2021 | | $ 292.34 | Ezoic Inc. |
| 3/18/2021 | | $ 22,500.00 | Cunninghan Chernicoff Warshawsky |
| 3/24/2021 | | $ 937.74 | KOALA SLEEP PTY |
| 3/31/2021 | 70958318 | $ 139.28 | Networx Systems Inc |
| 3/31/2021 | 709426577 | $ 40.00 | CDL Marketing |
| 3/31/2021 | 584217 | $ 242.63 | Sheet Music Plus |
| 3/31/2021 | 1465941 | $ 4,372.19 | PNC Transfer |
| 3/31/2021 | 1465942 | $ 72,660.96 | PNC Transfer |
| 3/31/2021 | | $ 0.39 | interest |
| **Total Receipts** | | **$ 238,782.56** | |

**Attachment 2 to Exhibit A to Receiver's Report**
**Sec v. Today's Growth Consultant, et al. - Expenses of Fiduciary Account**

| Date | Payable | Amount | Description |
|---|---|---|---|
| 1/4/2021 | Google | $ 8,049.38 | |
| 1/4/2021 | Google | $ 57.13 | |
| 1/4/2021 | Twilio Go Daddy Paypal | $ 4,290.54 | |
| 1/5/2021 | Twilio Go Daddy Paypal | $ 10,000.00 | |
| 1/1/2021 | Contractor | $ 2,898.27 | Bi-weekly payment |
| 1/1/2021 | Contractor | $ 2,070.19 | Bi-weekly payment |
| 1/1/2021 | Contractor | $ 1,715.36 | Bi-weekly payment |
| 1/1/2021 | Contractor | $ 4,347.40 | Bi-weekly payment |
| 1/1/2021 | Contractor | $ 3,602.13 | Bi-weekly payment |
| 1/1/2021 | Contractor | $ 2,484.56 | Bi-weekly payment |
| 1/1/2021 | Contractor | $ 2,135.78 | Bi-weekly payment |
| 1/1/2021 | Contractor | $ 922.01 | Bi-weekly payment |
| 1/1/2021 | Contractor | $ 1,600.00 | Bi-weekly payment |
| 1/1/2021 | Contractor | $ 1,400.00 | Bi-weekly payment |
| 1/15/2021 | Contractor | $ 2,898.27 | Bi-weekly payment |
| 1/15/2021 | Contractor | $ 2,070.19 | Bi-weekly payment |
| 1/15/2021 | Contractor | $ 1,715.36 | Bi-weekly payment |
| 1/15/2021 | Contractor | $ 4,347.40 | Bi-weekly payment |
| 1/15/2021 | Contractor | $ 3,602.13 | Bi-weekly payment |
| 1/15/2021 | Contractor | $ 2,484.56 | Bi-weekly payment |
| 1/15/2021 | Contractor | $ 2,135.78 | Bi-weekly payment |
| 1/15/2021 | Contractor | $ 922.01 | Bi-weekly payment |
| 1/15/2021 | Contractor | $ 1,600.00 | Bi-weekly payment |
| 1/15/2021 | Contractor | $ 1,400.00 | Bi-weekly payment |
| 1/11/2021 | Teris | $ 107.50 | Relativity |
| 1/11/2021 | Teris | $ 7,019.00 | Monthly Relativity |
| 1/12/2021 | Twilio Go Daddy Paypal | $ 19,773.31 | |
| 1/25/2021 | Registration PA | $ 250.00 | |
| 1/29/2021 | Contractor | $ 2,898.27 | Bi-weekly payment |
| 1/29/2021 | Contractor | $ 2,070.19 | Bi-weekly payment |
| 1/29/2021 | Contractor | $ 1,715.36 | Bi-weekly payment |
| 1/29/2021 | Contractor | $ 4,347.90 | Bi-weekly payment |
| 1/29/2021 | Contractor | $ 3,602.13 | Bi-weekly payment |
| 1/29/2021 | Contractor | $ 2,484.56 | Bi-weekly payment |
| 1/29/2021 | Contractor | $ 2,135.78 | Bi-weekly payment |
| 1/29/2021 | Contractor | $ 1,600.00 | Bi-weekly payment |
| 1/29/2021 | Contractor | $ 1,400.00 | Bi-weekly payment |
| 1/25/2021 | Outgo Data Systems | $ 3,600.00 | Lease Deposit |
| 1/26/2021 | PPL | $ 143.00 | |
| 1/26/2021 | PPL | $ 563.53 | |
| 2/1/2021 | Twilio Go Daddy Paypal | $ 16,142.91 | |

**Attachment 2 to Exhibit A to Receiver's Report**
**Sec v. Today's Growth Consultant, et al. - Expenses of Fiduciary Account**

| Date | Payable | Amount | Description |
|---|---|---|---|
| 2/4/2021 | Google | $ 8,049.38 | |
| 2/4/2021 | Google | $ 76.78 | |
| 2/12/2021 | Contractor | $ 2,898.27 | Bi-weekly payment |
| 2/12/2021 | Contractor | $ 2,070.19 | Bi-weekly payment |
| 2/12/2021 | Contractor | $ 1,715.36 | Bi-weekly payment |
| 2/12/2021 | Contractor | $ 4,347.40 | Bi-weekly payment |
| 2/12/2021 | Contractor | $ 3,602.13 | Bi-weekly payment |
| 2/12/2021 | Contractor | $ 2,484.56 | Bi-weekly payment |
| 2/12/2021 | Contractor | $ 2,135.78 | Bi-weekly payment |
| 2/12/2021 | Contractor | $ 1,600.00 | Bi-weekly payment |
| 2/12/2021 | Contractor | $ 1,400.00 | Bi-weekly payment |
| 2/10/2021 | Lancaster Area Sewer Authority | $ 99.63 | 11/1/20-1/31/21 |
| 2/18/2021 | Twilio Go Daddy Paypal | $ 15,000.00 | |
| 2/26/2021 | Contractor | $ 2,898.27 | Bi-weekly payment |
| 2/26/2021 | Contractor | $ 2,070.19 | Bi-weekly payment |
| 2/26/2021 | Contractor | $ 1,715.36 | Bi-weekly payment |
| 2/26/2021 | Contractor | $ 4,347.40 | Bi-weekly payment |
| 2/26/2021 | Contractor | $ 3,602.13 | Bi-weekly payment |
| 2/26/2021 | Contractor | $ 2,484.56 | Bi-weekly payment |
| 2/26/2021 | Contractor | $ 2,135.78 | Bi-weekly payment |
| 2/26/2021 | Contractor | $ 1,600.00 | Bi-weekly payment |
| 2/26/2021 | Contractor | $ 1,400.00 | Bi-weekly payment |
| 3/4/2021 | Google | $ 8,049.38 | |
| 3/4/2021 | Google | $ 76.78 | |
| 3/3/2021 | Twilio Go Daddy Paypal | $ 14,746.61 | |
| 3/3/2021 | Outgo Data Systems | $ 1,800.00 | |
| 3/3/2021 | PPL | $ 133.98 | |
| 3/3/2021 | PPL | $ 691.60 | |
| 3/12/2021 | Contractor | $ 2,898.27 | Bi-weekly payment |
| 3/12/2021 | Contractor | $ 2,070.19 | Bi-weekly payment |
| 3/12/2021 | Contractor | $ 1,715.36 | Bi-weekly payment |
| 3/12/2021 | Contractor | $ 4,347.40 | Bi-weekly payment |
| 3/12/2021 | Contractor | $ 3,602.13 | Bi-weekly payment |
| 3/12/2021 | Contractor | $ 2,484.56 | Bi-weekly payment |
| 3/12/2021 | Contractor | $ 2,135.78 | Bi-weekly payment |
| 3/12/2021 | Contractor | $ 1,600.00 | Bi-weekly payment |
| 3/12/2021 | Contractor | $ 1,400.00 | Bi-weekly payment |
| 3/15/2021 | Twilio Go Daddy Paypal | $ 15,000.00 | |
| 3/17/2021 | Teris | $ 6,931.00 | Monthly Relativity |
| 3/24/2021 | Twilio Go Daddy Paypal | $ 13,500.00 | |
| 3/26/2021 | Contractor | $ 2,898.27 | Bi-weekly payment |

**Attachment 2 to Exhibit A to Receiver's Report**
**Sec v. Today's Growth Consultant, et al. - Expenses of Fiduciary Account**

| Date | Payable | Amount | Description |
|---|---|---|---|
| 3/26/2021 | Contractor | $ 2,070.19 | Bi-weekly payment |
| 3/26/2021 | Contractor | $ 1,715.36 | Bi-weekly payment |
| 3/26/2021 | Contractor | $ 4,347.90 | Bi-weekly payment |
| 3/26/2021 | Contractor | $ 3,602.13 | Bi-weekly payment |
| 3/26/2021 | Contractor | $ 2,484.56 | Bi-weekly payment |
| 3/26/2021 | Contractor | $ 2,135.78 | Bi-weekly payment |
| 3/26/2021 | Contractor | $ 1,600.00 | Bi-weekly payment |
| 3/26/2021 | Contractor | $ 1,400.00 | Bi-weekly payment |
| 3/30/2021 | PPL | $ 86.16 | |
| 3/30/2021 | PPL | $ 865.25 | |
| 3/30/2021 | Outgo Data Systems | $ 1,800.00 | 4/1/2021 |
| 3/31/2021 | Twilio Go Daddy Paypal | $ 14,836.10 | |
| 3/31/2021 | Twilio Go Daddy Paypal | $ 902.62 | |
| | **Total Expenses** | **$ 330,262.42** | |