**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | No. 19-cv-08454 |
| v. | ) ) | Judge Andrea R. Wood |
| TODAYS GROWTH CONSULTANT INC., et al., | ) ) ) | |
| Defendants. | ) ) | |

**ORDER GRANTING RECEIVER'S MOTION
TO MODIFY ORDER GRANTING RECEIVER'S MOTION TO APPROVE
SALE OF ESTATE ASSETS [ECF NO. 131]**

At a status conference hearing held on May 10, 2021, Melanie E. Damian, Esq., as Receiver

("Receiver") of Defendant Today's Growth Consultant, Inc d/b/a The Income Store ("TGC"),

moved *ore tenus* to modify the Court's Order Granting Receiver's Motion to Approve Sale of

Estate Assets [ECF No. 131] ("Asset Sale Order") that was entered on May 7, 2021. The Asset

Sale Order requires the Receiver to, among other things, conduct the online auction sale of TGC's

assets ("Assets") at least forty (40) days after entry of the Court's Asset Sale Order. *See* ECF No.

131. Accordingly, the online auction sale of the Assets was to be held on June 16, 2021 at the

earliest. *See id*. Pursuant to the recommendation of the Receiver's auctioneer, Right of the Dot,

LLC[1], and in the interest of maximizing the Estate's recovery from the sale of the Assets at the

online auction sale, the Receiver seeks to modify the Court's Asset Sale Order to permit the

---

[1] The Court's Asset Sale Order granted the Receiver's motion to retain Right of the Dot, LLC to "facilitate the online auction sale of the Assets and the proposed terms of the online auction sale as outlined in the Receiver's Motion…" ECF No. 131.

Receiver to conduct the online auction sale of the Assets on June 10, 2021, thirty-one (31) days after this Court entered the Asset Sale Order.

Having received no objections to the Receiver's Motion and finding the Motion to be in the best interest of the Receivership Estate, it is hereby **ORDERED** as follows:

1. The Receiver's *ore tenus* Motion to Modify the Court's Order Granting the Receiver's Motion to Approve Sale of Estate Assets [ECF No. 131], seeking to conduct the online sale of the Assets on June 10, 2021, is hereby granted.

2. The original deadline to conduct the online auction sale of the Assets at least forty (40) days after entry of the Court's Order is modified in accordance with the Court's findings in this Order.

3. The proposed terms and remaining dates of the online auction sale process as outlined in this Court's Asset Sale Order are modified to the extent necessary for the Receiver to conduct the online auction sale on June 10, 2021.

4. The Receiver is authorized and empowered to take all steps, expend such sums of money, and do such other things as may be necessary to implement and effect the terms and requirements established by this Order.

5. All other provisions of this Court's Asset Sale Order not addressed in or affected by the substance of this Order remain unchanged, effective, and enforceable.

6.   This Order shall become effective and enforceable immediately upon entry.

**DONE AND ORDERED** in the Northern District of Illinois on May 11, 2021.

_____
ANDREA R. WOOD
UNITED STATES DISTRICT JUDGE

COPIES FURNISHED TO:

Counsel of Record