UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NO. 19-cv-08454

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,
v.

TODAYS GROWTH CONSULTANT INC.
(dba "The Income Store"),

and

KENNETH D. COURTRIGHT, III,

    Defendants.
_____/

## RECEIVER'S UNOPPOSED MOTION FOR AUTHORIZATION TO EMPLOY MIGUEL A. MASPONS AND MASPONS ADVISORY SERVICES AS TRANSACTIONAL COUNSEL

Melanie E. Damian, Esq., as the Court-appointed Receiver (the "Receiver") of Defendant, Today's Growth Consultant Inc. ("TGC"), through undersigned counsel, hereby files her Unopposed Motion for Authorization to Employ Miguel A. Maspons and Maspons Advisory Services as Transactional Counsel, and states as follows:

This action commenced on December 27, 2019, with the filing of the Securities and Exchange Commission's ("SEC") Complaint against Defendants, the SEC's Emergency *Ex Parte* Motion for a Temporary Restraining Order Freezing Assets and Imposing Other Ancillary Relief, and for an Order Appointing a Receiver, and the SEC's Memorandum in Support of its Emergency *Ex Parte* Motion for a Temporary Restraining Order Freezing Assets and Imposing Other Ancillary Relief, and for an Order Appointing a Receiver.

Subsequently, on December 27, 2019, this Court entered a Temporary Restraining Order Freezing Assets and Imposing and Other Emergency Relief (the "TRO") and an Order Appointing Receiver (the "Appointment Order", and together with the TRO, the "Orders"), appointing Melanie E. Damian, Esq. as Receiver of all assets of the Defendants. Pursuant to the Appointment Order, the Receiver is authorized to, among other things, "engage and employ persons in her discretion to assist her in carrying out her duties and responsibilities [the Appointment Order], including, but not limited to, . . . attorneys . . . ." *See* Appointment Order at ¶¶ 8.G. and 61. Prior to engaging any such attorneys, the Receiver must first obtain an Order of this Court authorizing such engagement. *See* Appointment Order at ¶61. Any attorneys that the Receiver engages with this Court's approval are "entitled to reasonable compensation and expense reimbursement from the Receivership Estate as described in the 'Billing Instructions for Receivers in Civil Actions Commenced by the U.S. Securities. and Exchange Commission' . . . agreed to by the Receiver." *See id*.

Accordingly, pursuant to the Appointment Order, the Receiver seeks this Court's approval to engage Miguel A. Maspons, Esq. and his firm Maspons Advisory Services as transactional counsel to provide legal advice and assistance to the Receiver for purposes of the upcoming auction sale of the assets of the Estate and otherwise fulfilling her duties under the Court's Orders.

Mr. Maspons is a Partner at Maspons Advisory Services, which represents domestic and foreign companies in a variety of corporate transactions and in many instances effectively serves as their outside general counsel. Mr. Maspons has significant experience representing companies in a broad range of business transactions, including asset sales, mergers and acquisitions, venture and growth capital investments, divestitures, private equity and venture capital investments,

2

complex joint ventures, entity formations and restructurings, corporate and shareholder disputes, and general corporate matters.

In consideration for Mr. Maspons serving as transactional counsel for the Receiver, the Receiver proposes to pay fees to Maspons Advisory Services based on the time expended by Mr. Maspons and other lawyers and professionals at Maspons Advisory Services who may work on the matter. Pursuant to the Appointment Order, the Receiver will only pay such fees after seeking and obtaining Court approval through fee applications. Mr. Maspons's hourly rate is $500.00. Mr. Maspons may be assisted by junior attorneys and other professionals whose hourly rates shall be less than $500.00. Mr. Maspons has advised the Receiver that, whenever possible, he will utilize junior attorneys and other professionals under his supervision.

Mr. Maspons has informed the Receiver that he does not have any conflict with serving as transactional counsel for the Receiver as proposed herein.

WHEREFORE, the Receiver respectfully requests that this Court enter the proposed Order attached as **Exhibit A**, approving the Receiver's employment of Mr. Maspons and Maspons Advisory Services as transactional counsel for the Receiver, and for such other and further relief as the Court deems just and proper.

## CERTIFICATION OF CONFERENCE

The undersigned counsel certifies that prior to filing this Motion he conferred with counsel for Plaintiff Securities and Exchange Commission and Defendant Kenneth Courtright regarding the relief requested herein by sending a copy of this Motion by email correspondence and asking that they confirm whether they have any objections to such relief. Counsel for Plaintiff and Mr. Courtright advised that they do not have any objection to the relief requested herein.

Dated: May 25, 2021.

        Respectfully submitted,

        DAMIAN & VALORI LLP
        *Counsel for the Receiver*
        1000 Brickell Avenue, Suite 1020
        Miami, Florida 33131
        Telephone: (305) 371-3960
        Facsimile: (305) 371-3965

        By: */s/ Kenneth Dante Murena*
            Kenneth Dante Murena, Esq.
            Florida Bar No. 147486
            DAMIAN & VALORI LLP
            1000 Brickell Ave., Suite 1020
            Miami, Florida 33131
            Telephone: (305) 371-3960
            Facsimile: (305) 371-3965
            Email: kmurena@dvllp.com
            *Counsel for Melanie E. Damian*
            *Court-Appointed Receiver*

            *Admitted Pro Hac and General Admission to Norther District of Illinois*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via CM/ECF upon all counsel of record this 25th day of May, 2021.

        */s/ Kenneth Dante Murena*
        Kenneth Dante Murena, Esq.