# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, : <br> : <br> Plaintiff, : <br> v. : <br> : <br> TODAY'S GROWTH CONSULTANT, INC. : <br> (dba THE INCOME STORE) : <br> : <br> and : <br> : <br> KENNETH D. COURTRIGHT, III, : <br> : <br> Defendants. : <br> : | Civil Action No. 1:19-cv-08454 |

## NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION FOR SUBSTITUTE SERVICE ON EIN CAP, INC. AND BMF CAPITAL, LLC

Plaintiff, Melanie E. Damian as Receiver of Today's Growth Consultant, Inc. (dba "The Income Store"), hereby provides withdrawal of Plaintiff's Motion for Substitute Service on Ein Cap, Inc. and BMF Capital, LLC [ECF 140]. The Motion was inadvertently filed in this matter instead of the Ancillary Proceeding.

DATED: June 2, 2021.

Respectfully submitted,
/s/Kenneth Dante Murena
Kenneth Dante Murena, Esq.
Florida Bar No. 147486
DAMIAN & VALORI LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone: (305) 371-3960
Facsimile: (305) 371-3965
Email: kmurena@dvllp.com

*Counsel for Melanie E. Damian,*
*Court-Appointed Receiver*

*General Admission to the*
*Northern District of Illinois*

and

Kevin B. Duff (kduff@rdaplaw.net)
Ill. Bar No. 6210491
Rachlis Duff & Peel, LLC
542 South Dearborn Street, Suite 900
Chicago, Illinois 60605
Telephone: (312) 733-3950

*Counsel for Melanie E. Damian,*
*Court-Appointed Receiver*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of June 2021, a true and correct copy of the foregoing document was served on all counsel of record via CM/ECF.

/s/Kenneth Dante Murena
Kenneth Dante Murena, Esq.
Florida Bar No. 147486

*General Admission to the*
*Northern District of Illinois*

2