**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> TODAY'S GROWTH CONSULTANT, INC. : <br> (dba THE INCOME STORE) : <br> : <br> and : <br> : <br> KENNETH D. COURTRIGHT, III, : <br> : <br> Defendants. : <br> : | No. 19-cv-08454 <br><br> Judge Andrea R. Wood |

**ORDER GRANTING RECEIVER'S MOTION TO MODIFY ORDER GRANTING
RECEIVER'S MOTION TO APPROVE SALE OF ESTATE ASSETS [ECF NO. 131]
TO AUTHORIZE RECEIVER TO NEGOTIATE SALE OF ASSET
<u>GROUPS TO THIRD PARTIES</u>**

<u>**EXPEDITED RELIEF REQUESTED**</u>

THIS CAUSE came before the Court on the Receiver's Motion to Modify this Court's Order Granting the Receiver's Motion to Approve Sale of Estate Assets [ECF No. 131] to Authorize the Receiver to Negotiate the Sale of Asset Groups to Third Parties ("Motion"). With the Court having considered the Motion and finding that good cause exists to grant the Motion, it is **ORDERED** as follows:

1. The Receiver's Motion to Modify the Court's Order Granting the Receiver's Motion to Approve Sale of Estate Assets [ECF No. 131] to Authorize the Receiver to Negotiate the Sale of the Asset Groups to Third Parties is hereby granted.

2. The Receiver is authorized to negotiate in her discretion the final sale price of any and all of the remaining Receivership Estate Assets and the Receiver is not required to

conduct further auction sales or seek approval from this Court to finalize the sale of the Receivership Estate Assets. The procedures set forth in the Motion for the Receiver's liquidation of the remaining Receivership Estate Assets are both reasonable and appropriate and are hereby approved by this Court.

3. The sale of the Receivership Estate Assets shall be free and clear of all liens, claims, interests and encumbrances that may exist on the Assets, with any such liens, claims, interests or encumbrances attaching to the Receivership Estate's share of the proceeds of the sale(s).

4. The Receiver is authorized to renegotiate in her discretion the commission fee for her retained auctioneer, Right of the Dot, LLC.

5. The Receiver is authorized and empowered to take all steps, expend such sums of money and do such other things as may be necessary to implement and effect the terms and requirements established by this Order.

6. All other provisions of this Court's Asset Sale Order [ECF No, 131] not addressed by and not in conflict with the substance of this Order remain unchanged, effective, and enforceable.

7. The entry of this Order is in the best interest of the Receivership Estate.

8. This Order shall become effective and enforceable immediately upon entry.

**DONE AND ORDERED** in the Northern District of Illinois on August 10, 2021.

_____
ANDREA R. WOOD
UNITED STATES DISTRICT JUDGE