UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Securities and Exchange Commission
                                    Plaintiff,
v.                                                          Case No.: 1:19−cv−08454
                                                            Honorable Andrea R. Wood
Todays Growth Consultant Inc., et al.
                                    Defendant.


# NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, September 7, 2021:


MINUTE entry before the Honorable Andrea R. Wood: Telephonic status and motion hearing held on 9/7/2021. Receiver's unopposed motion to approve settlement and release agreement with Sutton Funding NY, Inc. and authorize payment of contingency fee and costs to Receiver's counsel [166] is granted. For the reasons stated on the record, Receiver's motion to approve settlement and release agreement with Michael Engstrom and authorize payment of contingency fee and costs to Receiver#039;s counsel [163] is granted over Defendant Courtright's objection. The Receiver shall file her Fourth Quarter 2020, First Quarter 2021 and Second Quarter 2021 fee applications, and her Third Quarter 2021 status report by 10/30/2021. Telephonic status hearing set for 11/17/2021 at 11:00 AM. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. The call−in number is (888) 557−8511 and the access code is 3547847. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (dal, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.