IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> TODAY'S GROWTH CONSULTANT, INC. : <br> (dba THE INCOME STORE), : <br> : <br> and : <br> : <br> KENNETH D. COURTRIGHT, III, : <br> : <br> Defendants. : <br> : | No. 19-cv-08454 <br><br> Judge Andrea R. Wood |

**ORDER GRANTING RECEIVER'S MOTION TO APPROVE**
**SETTLEMENT AND RELEASE AGREEMENT WITH SUTTON FUNDING NY, INC.**

This matter came before the Court upon the Receiver's Motion to Approve Settlement and Release Agreement with Sutton Funding NY, Inc. [ECF No. 166] (the "Motion"). The Court, having considered the Motion and the record of this receivership case and being otherwise duly advised in the premises, hereby finds and orders as follows:

     1.    The Receiver's Motion to Approve Settlement and Release Agreement with Sutton Funding NY, Inc. [ECF No. 166] is GRANTED.

     2.    The Court finds that the Settlement and Release Agreement (the "Settlement Agreement"), attached as Exhibit A to the Motion, is in the best interest of the Receivership Estate and, as such, the Settlement Agreement is APPROVED.

     3.    The Court authorizes the Receiver to enter into the Settlement Agreement.

     4.    The Court authorizes the Receiver, upon receipt of payments from Sutton Funding NY, Inc. pursuant to the Settlement Agreement, to pay to Damian & Valori LLP a total of

$18,414.32, comprising of $18,150 in fees (33% of the $55,000 Settlement Amount as defined in the Motion) and $264.32 in costs (comprising $44.66 for the portion of the filing fee attributable to Sutton Funding, $105.00 fee for service of the Summons and Complaint, and $114.66 in additional costs). In particular, the Court authorizes the Receiver to pay to Damian & Valori LLP 100% of foregoing costs and 33% of the $15,000 initial payment due under the Settlement Agreement immediately upon receiving that payment from Sutton Funding, and 33% of the subsequent $5,000 monthly payments immediately upon receiving each such payment from Sutton Funding, without further order of this Court.

     5.     Pursuant to the Settlement Agreement, the Court, and Magistrate Judge Jeffrey T. Gilbert in particular, shall retain exclusive jurisdiction over all matters concerning the Settlement Agreements, including without limitation the enforcement thereof.

DONE AND ORDERED in the Northern District of Illinois on this 7th day of September 2021.

_____
UNITED STATES DISTRICT COURT JUDGE