Melanie E. Damian, Esq., as Receiver
DAMIAN & VALORI, LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
STANDARDIZED FUND ACCOUNTING REPORT
CIVIL – RECEIVERSHIP FUND FOR SEC v. TODAY'S GROWTH CONSULTANT, INC, ET AL.
Reporting Period 7/1/2021 to 9/30/2021

|  |  | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| **Line 1** | Beginning Balance (As of 7/1/2021): | $ - | $ - | $ 180,938.08 |
|  | **Increases in Fund Balance:** |  |  |  |
| **Line 2** | Business Income | $ - | $ - | $ - |
| **Line 3** | Cash and Securities [1] | $ 211,349.81 | $ 211,349.81 | $ 211,349.81 |
| **Line 4** | Interest/Dividend Income [1] | $ 3.53 | $ 3.53 | $ 3.53 |
| **Line 5** | Business Asset Liquidation |  | $ - | $ - |
| **Line 6** | Personal Asset Liquidation | $ - | $ - | $ - |
| **Line 7** | Third-Party Litigation Income | $ - | $ - | $ - |
| **Line 8** | Miscellaneous - Other | $ - | $ - | $ - |
|  | **Total Funds Available (Lines 1-8):** |  |  | $ 392,291.42 |
|  | **Decreases in Fund Balance:** |  |  |  |
| **Line 9** | Disbursements to Investors |  |  |  |
| **Line 10** | Disbursements for Business Operations [2] | $ 188,415.76 | $ 188,415.76 | $ 188,415.76 |
| Line 10a | Disbursements to Receiver or Other Professionals [2] | $ 30,788.02 | $ 30,788.02 | $ 30,788.02 |
| Line 10b | Business Asset Expenses |  | $ - |  |
| Line 10c | Personal Asset Expenses: | $ - | $ - | $ - |
| Line 10d | Investment Expenses | $ - | $ - | $ - |
| Line 10e | Third-Party Litigation | $ - | $ - | $ - |
| Line 10f | Tax Administrator Fees and Bonds | $ - | $ - | $ - |
| Line 10g | Federal and State Tax Payments | $ - | $ - | $ - |
|  | **Total Disbursements for Receivership Operations** |  |  | $ 219,203.78 |
| **Line 11** | Disbursements for Distribution Expenses Paid by the Fund: | $ - | $ - | $ - |
| Line 11a | Distribution Plan Development Expenses: | $ - | $ - | $ - |
| Line 11b | Distribution Plan Implementation Expenses: | $ - | $ - | $ - |
| **Line 12** | Disbursements to Court/Other | $ - | $ - | $ - |

**EXHIBIT A**

| | | | | |
|---|---|---|---|---|
| Line 12a | Investment Expenses/Court Registry Investment System (CRIS) Fees | $ - | $ - | $ - |
| Line 12b | Federal Tax Payments | $ - | $ - | $ - |
| | **Total Disbursements to Court/Other** | | | |
| | **Total Funds Disbursed (Lines 9-11)** | | | $ 219,203.78 |
| Line 13 | **Ending Balance (As of September 30, 2021)** | | | $ 173,087.64 |
| Line 14 | **Ending Balance of Fund – Net Assets:** | | | |
| Line 14a | Cash & Cash Equivalents | | | $ 173,087.64 |
| Line 14b | Investments | | | $ - |
| Line 14c | Other Assets or Uncleared Funds | | | |
| | **Total Ending Balance of Fund – Net Assets** | | | $ 173,087.64 |

[1] Funds were received into the Receivership accounts for Today's Growth Consultant, Inc at City National Bank and PNC Bank. See Receipts attached hereto as Exhibit 1.

[2] Funds were disbursed to administer the receivership estate and its assets. See Expenses attached hereto as Exhibit 2.

Respectfully submitted,

Damian & Valori LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone: 305-371-3960
Facsimile: 305-371-3965

/s/ Melanie E. Damian
Melanie E. Damian
*Court-Appointed Receiver*

**Attachment 1 to Exhibit A to Receiver's Report**
**Sec v. Today's Growth Consultant, et al. - Receipts of Fiduciary Account**

| Date of Check | Check # | Amount | From |
|---|---|---|---|
| 7/1/2021 | 13006 | $ 66.43 | Ezoic Inc. |
| 7/1/2021 | 13007 | $ 115.54 | Ezoic Inc. |
| 7/1/2021 | 721171140 | $ 157.50 | Networx Systems Inc |
| 7/15/2021 | wire | $ 4,486.68 | PNC |
| 7/29/2021 | 724759248 | $ 130.00 | Networx Systems Inc |
| 7/27/2021 | 13254 | $ 95.20 | Ezoic Inc. |
| 7/27/2021 | 13255 | $ 102.20 | Ezoic Inc. |
| 7/31/2021 | 587942 | $ 56.74 | Sheet Music Plus |
| 8/30/2021 | 13530 | $ 70.75 | Ezoic Inc. |
| 8/30/2021 | 13529 | $ 67.65 | Ezoic Inc. |
| 9/13/2021 | | $ 90,000.00 | Michael Engstrom |
| 9/21/2021 | | $ 15,000.00 | Sutton funding |
| 9/30/2021 | | $ 101,001.12 | PNC |
| Total | | $ 211,349.81 | |

**City National Bank Interest**

| Date | Explanation | Amount |
|---|---|---|
| 7/31/2021 | interest | $ 1.39 |
| 8/31/2021 | interest | $ 1.20 |
| 9/30/2021 | interest | $ 0.94 |
| Total | | $ 3.53 |

**Attachment 2 to Exhibit A to Receiver's Report**
**Sec v. Today's Growth Consultant, et al. - Expenses of Fiduciary Account**

| Date | Payable | Amount | Description |
|---|---|---|---|
| 7/4/2021 | Google | $ 2,093.50 | |
| 7/4/2021 | Google | $ 58.78 | |
| 7/2/2021 | Contractor | $ 4,429.00 | Bi-weekly payment |
| 7/2/2021 | Contractor | $ 2,070.19 | Bi-weekly payment |
| 7/2/2021 | Contractor | $ 1,715.36 | Bi-weekly payment |
| 7/2/2021 | Contractor | $ 4,347.90 | Bi-weekly payment |
| 7/2/2021 | Contractor | $ 1,793.71 | Bi-weekly payment |
| 7/2/2021 | Contractor | $ 1,067.89 | Bi-weekly payment |
| 7/2/2021 | Contractor | $ 1,600.00 | Bi-weekly payment |
| 7/2/2021 | Contractor | $ 350.00 | Bi-weekly payment |
| 7/1/2021 | Outgo Data Systems | $ 1,800.00 | rent |
| 7/2/2021 | Contractor | $ 63.00 | Bi-weekly payment |
| 7/12/2021 | Twilio Go Daddy Paypal | $ 3,199.30 | |
| 7/16/2021 | Twilio Go Daddy Paypal | $ 14,784.18 | |
| 7/16/2021 | Contractor | $ 4,492.00 | Bi-weekly payment |
| 7/16/2021 | Contractor | $ 2,070.19 | Bi-weekly payment |
| 7/16/2021 | Contractor | $ 1,715.36 | Bi-weekly payment |
| 7/16/2021 | Contractor | $ 4,347.40 | Bi-weekly payment |
| 7/16/2021 | Contractor | $ 1,793.71 | Bi-weekly payment |
| 7/16/2021 | Contractor | $ 1,067.89 | Bi-weekly payment |
| 7/16/2021 | Contractor | $ 1,600.00 | Bi-weekly payment |
| 7/30/2021 | Contractor | $ 4,492.00 | Bi-weekly payment |
| 7/30/2021 | Contractor | $ 2,070.19 | Bi-weekly payment |
| 7/30/2021 | Contractor | $ 1,715.36 | Bi-weekly payment |
| 7/30/2021 | Contractor | $ 4,347.40 | Bi-weekly payment |
| 7/30/2021 | Contractor | $ 1,793.71 | Bi-weekly payment |
| 7/30/2021 | Contractor | $ 1,067.89 | Bi-weekly payment |
| 7/30/2021 | Contractor | $ 1,760.00 | Bi-weekly payment |
| 7/26/2021 | Teris | $ 6,756.00 | |
| 8/2/2021 | Twilio Go Daddy Paypal | $ 1,688.21 | |
| 8/4/2021 | Google | $ 2,093.50 | |
| 8/4/2021 | Google | $ 58.37 | |
| 8/13/2021 | Contractor | $ 4,492.00 | Bi-weekly payment |
| 8/13/2021 | Contractor | $ 2,070.19 | Bi-weekly payment |
| 8/13/2021 | Contractor | $ 1,715.36 | Bi-weekly payment |
| 8/13/2021 | Contractor | $ 4,347.40 | Bi-weekly payment |
| 8/13/2021 | Contractor | $ 1,165.91 | Bi-weekly payment |
| 8/13/2021 | Contractor | $ 533.80 | Bi-weekly payment |
| 8/13/2021 | Contractor | $ 1,200.00 | Bi-weekly payment |
| 8/13/2021 | Teris | $ 6,905.00 | |
| 8/23/2021 | Twilio Go Daddy Paypal | $ 14,718.05 | |
| 8/27/2021 | Contractor | $ 4,492.00 | Bi-weekly payment |

**Attachment 2 to Exhibit A to Receiver's Report**
**Sec v. Today's Growth Consultant, et al. - Expenses of Fiduciary Account**

| Date | Payable | Amount | Description |
|---|---|---|---|
| 8/27/2021 | Contractor | $ 2,070.19 | Bi-weekly payment |
| 8/27/2021 | Contractor | $ 1,715.36 | Bi-weekly payment |
| 8/27/2021 | Contractor | $ 4,347.40 | Bi-weekly payment |
| 8/31/2021 | Twilio Go Daddy Paypal | $ 5,236.00 | |
| 9/4/2021 | Google | $ 2,093.50 | |
| 9/4/2021 | Google | $ 58.37 | |
| 9/1/2021 | Twilio Go Daddy Paypal | $ 14,709.09 | |
| 9/7/2021 | PPL | $ 89.25 | |
| 9/7/2021 | Teris | $ 6,905.00 | |
| 9/10/2021 | Contractor | $ 4,492.00 | Bi-weekly payment |
| 9/10/2021 | Contractor | $ 2,070.19 | Bi-weekly payment |
| 9/10/2021 | Contractor | $ 1,715.36 | Bi-weekly payment |
| 9/10/2021 | Contractor | $ 4,347.40 | Bi-weekly payment |
| 9/24/2021 | Contractor | $ 4,492.00 | Bi-weekly payment |
| 9/24/2021 | Contractor | $ 2,070.19 | Bi-weekly payment |
| 9/24/2021 | Contractor | $ 1,715.36 | Bi-weekly payment |
| 9/24/2021 | Contractor | $ 4,347.40 | Bi-weekly payment |
| | | $ 188,415.76 | |

**Professional Fee Continigency Fee Schedule**

| Matter | Settlement Amt | DVLLP @ 33% | Costs | Total DVLL |
|---|---|---|---|---|
| Engstrom | $90,000.00* | $29,700.00 | $1,088.02 | $30,788.02 |

*This settlement fund were collected disburse in September 2021.