Melanie E. Damian, Esq., as Receiver
DAMIAN & VALORI, LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
STANDARDIZED FUND ACCOUNTING REPORT
CIVIL – RECEIVERSHIP FUND FOR SEC v. TODAY'S GROWTH CONSULTANT, INC, ET AL.
Reporting Period 10/1/2020 to 12/31/2020

|  |  | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (As of 10/1/2020): | $ - | $ - | $ 351,673.57 |
|  | **Increases in Fund Balance:** |  |  |  |
| Line 2 | Business Income | $ - | $ - | $ - |
| Line 3 | Cash and Securities [1] | $ 238,465.27 | $ 238,465.27 | $ 238,465.27 |
| Line 4 | Interest/Dividend Income |  |  |  |
| Line 5 | Business Asset Liquidation |  | $ - | $ - |
| Line 6 | Personal Asset Liquidation | $ - | $ - | $ - |
| Line 7 | Third-Party Litigation Income | $ - | $ - | $ - |
| Line 8 | Miscellaneous - Other | $ - | $ - | $ - |
|  | **Total Funds Available (Lines 1-8):** |  |  | $ 590,138.84 |
|  | **Decreases in Fund Balance:** |  |  |  |
| Line 9 | Disbursements to Investors |  |  |  |
| Line 10 | Disbursements for Business Operations [2] | $ 275,111.50 | $ 275,111.50 | $ 275,111.50 |
| Line 10a | Disbursements to Receiver or Other Professionals | $ 119,249.71 | $ 119,249.71 | $ 119,249.71 |
| Line 10b | Business Asset Expenses |  | $ - |  |
| Line 10c | Personal Asset Expenses: | $ - | $ - | $ - |
| Line 10d | Investment Expenses | $ - | $ - | $ - |
| Line 10e | Third-Party Litigation | $ - | $ - | $ - |
| Line 10f | Tax Administrator Fees and Bonds | $ - | $ - | $ - |
| Line 10g | Federal and State Tax Payments | $ - | $ - | $ - |
|  | **Total Disbursements for Receivership Operations** |  |  | $ 394,361.21 |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: | $ - | $ - | $ - |
| Line 11a | Distribution Plan Development Expenses: | $ - | $ - | $ - |
| Line 11b | Distribution Plan Implementation Expenses: | $ - | $ - | $ - |
| Line 12 | Disbursements to Court/Other | $ - | $ - | $ - |

**EXHIBIT A**

| Line | Description | | | |
|---|---|---|---|---|
| Line 12a | Investment Expenses/Court Registry Investment System (CRIS) Fees | $ - | $ - | $ - |
| Line 12b | Federal Tax Payments | $ - | $ - | $ - |
| | **Total Disbursements to Court/Other** | | | |
| | **Total Funds Disbursed (Lines 9-11)** | | | $ 394,361.21 |
| Line 13 | **Ending Balance (As of December 31, 2020)** | | | $ 195,777.63 |
| Line 14 | **Ending Balance of Fund – Net Assets:** | | | |
| Line 14a | Cash & Cash Equivalents | | | $ 195,777.63 |
| Line 14b | Investments | | | $ - |
| Line 14c | Other Assets or Uncleared Funds | | | |
| | **Total Ending Balance of Fund – Net Assets** | | | $ 195,777.63 |

[1] Funds were received into the Receivership accounts for Today's Growth Consultant, Inc at City National Bank and PNC Bank. See Receipts attached hereto as Exhibit 1.

[2] Funds were disbursed to administer the receivership estate and its assets. See Expenses attached hereto as Exhibit 2.

Respectfully submitted,

Damian & Valori LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone: 305-371-3960
Facsimile: 305-371-3965

/s/ Melanie E. Damian
Melanie E. Damian
*Court-Appointed Receiver*

Attachment 1 to Exhibit A to Receiver's Report
Sec v. Today's Growth Consultant, et al. - Receipts of Fiduciary Account

| Date of Check | Check # | Amount | From |
|---|---|---|---|
| 9/29/2020 | 11000 | $ 260.43 | Ezoic Inc |
| 9/29/2020 | 10982 | $ 481.92 | Ezoic Inc |
| 9/29/2020 | 578288 | $ 88.40 | Sheet Music Plus |
| 10/15/2020 | 577615 | $ 115.31 | Sheet Music Plus |
| 10/20/2020 | 1186 | $ 48,649.19 | Keller Auctioneers LLC |
| 10/20/2020 |  | $ 91.65 | Defend Heal |
| 10/20/2020 | 689633128 | $ 40.00 | CNB |
| 11/2/2020 | 11193 | $ 226.73 | Ezoic Inc |
| 11/2/2020 | 11174 | $ 180.71 | Ezoic Inc |
| 11/2/2020 | 578962 | $ 108.91 | Sheet Music Plus |
| 11/2/2020 |  | $ 63,213.72 | PNC |
| 11/12/2020 | 691799927 | $ 4,142.08 | Network Systems |
| 11/12/2020 | 50040246 | $ 90.51 | Clickbank |
| 11/20/2020 | 693812131 | $ 12.50 | CDL Marketing Group |
| 12/2/2020 |  | $ 25.65 | Clickbank |
| 12/4/2020 | 11425 | $ 225.26 | Ezoic Inc. |
| 12/4/2020 | 11424 | $ 463.02 | Ezoic Inc. |
| 12/4/2020 | 579616 | $ 173.77 | Sheet Music Plus |
| 12/21/2020 | 697715804 | $ 450.43 | Network Systems Inc |
| 12/31/2020 |  | $ 119,425.08 | PNC |
|  |  | $ 238,465.27 |  |

**Attachment 2 to Exhibit A to Receiver's Report**
**Sec v. Today's Growth Consultant, et al. - Expenses of Fiduciary Account**

| Date | Payable | Amount | Description |
|---|---|---|---|
| 10/6/2020 | Google | $ 8,049.38 | |
| 10/6/2020 | Google | $ 57.13 | |
| 10/6/2020 | Crime Intervention Alarm | $ 207.00 | October - December 2020 |
| 10/9/2020 | Contractor | $ 2,898.27 | bi-weekly payment |
| 10/9/2020 | Contractor | $ 2,070.19 | bi-weekly payment |
| 10/9/2020 | Contractor | $ 1,715.36 | bi-weekly payment |
| 10/9/2020 | Contractor | $ 4,347.40 | bi-weekly payment |
| 10/9/2020 | Contractor | $ 3,602.13 | bi-weekly payment |
| 10/9/2020 | Contractor | $ 2,484.56 | bi-weekly payment |
| 10/9/2020 | Contractor | $ 2,135.78 | bi-weekly payment |
| 10/9/2020 | Contractor | $ 922.01 | bi-weekly payment |
| 10/9/2020 | Contractor | $ 1,600.00 | bi-weekly payment |
| 10/9/2020 | Contractor | $ 1,400.00 | bi-weekly payment |
| 10/5/2020 | PPL | $ 727.45 | 93530-98048 |
| 10/5/2020 | PPL | $ 245.74 | 93330-98042 |
| 10/6/2020 | Lancaster Area Sewer Authority | $ 11.78 | |
| 10/6/2020 | Twilio Go Daddy Paypal | $ 8,411.08 | |
| 10/7/2020 | Twilio Go Daddy Paypal | $ 16,326.28 | |
| 10/7/2020 | Crime Intervention Alarm | $ 433.00 | |
| 10/20/2020 | The Grounds Guys | $ 261.82 | |
| 10/23/2020 | Contractor | $ 2,898.27 | bi-weekly payment |
| 10/23/2020 | Contractor | $ 2,070.19 | bi-weekly payment |
| 10/23/2020 | Contractor | $ 1,715.36 | bi-weekly payment |
| 10/23/2020 | Contractor | $ 4,347.40 | bi-weekly payment |
| 10/23/2020 | Contractor | $ 3,602.13 | bi-weekly payment |
| 10/23/2020 | Contractor | $ 2,484.56 | bi-weekly payment |
| 10/23/2020 | Contractor | $ 2,135.78 | bi-weekly payment |
| 10/23/2020 | Contractor | $ 922.01 | bi-weekly payment |
| 10/23/2020 | Contractor | $ 1,600.00 | bi-weekly payment |
| 10/23/2020 | Contractor | $ 1,400.00 | bi-weekly payment |
| 10/23/2020 | Good's Service | $ 1,099.22 | |
| 10/26/2020 | Twilio Go Daddy Paypal | $ 19,976.48 | |
| 11/2/2020 | PPL | $ 241.92 | 93530-98048 |
| 11/2/2020 | PPL | $ 155.04 | 93330-98042 |
| 11/6/2020 | Google | $ 8,049.38 | |
| 11/6/2020 | Google | $ 57.42 | |
| 11/6/2020 | Contractor | $ 2,898.27 | bi-weekly payment |
| 11/6/2020 | Contractor | $ 2,070.19 | bi-weekly payment |
| 11/6/2020 | Contractor | $ 1,715.36 | bi-weekly payment |
| 11/6/2020 | Contractor | $ 4,347.40 | bi-weekly payment |
| 11/6/2020 | Contractor | $ 3,602.13 | bi-weekly payment |

**Attachment 2 to Exhibit A to Receiver's Report**
**Sec v. Today's Growth Consultant, et al. - Expenses of Fiduciary Account**

| Date | Payable | Amount | Description |
|---|---|---|---|
| 11/6/2020 | Contractor | $ 2,484.56 | bi-weekly payment |
| 11/6/2020 | Contractor | $ 2,135.78 | bi-weekly payment |
| 11/6/2020 | Contractor | $ 922.01 | bi-weekly payment |
| 11/6/2020 | Contractor | $ 1,600.00 | bi-weekly payment |
| 11/6/2020 | Contractor | $ 1,400.00 | bi-weekly payment |
| 11/17/2020 | Charge Back | $ 90.51 | 8/1/20-10/31/20 |
| 11/16/2020 | Lancaster Area Sewer Authority | $ 99.63 | 10/15/20-11/15/20 |
| 11/19/2020 | Twilio Go Daddy Paypal | $ 20,000.00 | |
| 11/20/2020 | Contractor | $ 2,898.27 | bi-weekly payment |
| 11/20/2020 | Contractor | $ 2,070.19 | bi-weekly payment |
| 11/20/2020 | Contractor | $ 1,715.36 | bi-weekly payment |
| 11/20/2020 | Contractor | $ 4,347.40 | bi-weekly payment |
| 11/20/2020 | Contractor | $ 3,602.13 | bi-weekly payment |
| 11/20/2020 | Contractor | $ 2,484.56 | bi-weekly payment |
| 11/20/2020 | Contractor | $ 2,135.78 | bi-weekly payment |
| 11/20/2020 | Contractor | $ 922.01 | bi-weekly payment |
| 11/20/2020 | Contractor | $ 1,600.00 | bi-weekly payment |
| 11/20/2020 | Contractor | $ 1,400.00 | bi-weekly payment |
| 11/24/2020 | Twilio Go Daddy Paypal | $ 9,340.24 | |
| 11/18/2020 | The Ground Guys | $ 130.91 | |
| 11/24/2020 | PPL | $ 142.99 | 93330-98042 |
| 11/24/2020 | PPL | $ 206.52 | 93530-98048 |
| 12/4/2020 | Google | $ 8,049.38 | |
| 12/4/2020 | Google | $ 57.10 | |
| 12/4/2020 | Contractor | $ 2,898.27 | bi-weekly payment |
| 12/4/2020 | Contractor | $ 2,070.19 | bi-weekly payment |
| 12/4/2020 | Contractor | $ 1,715.36 | bi-weekly payment |
| 12/4/2020 | Contractor | $ 4,347.90 | bi-weekly payment |
| 12/4/2020 | Contractor | $ 3,602.13 | bi-weekly payment |
| 12/4/2020 | Contractor | $ 2,628.89 | bi-weekly payment |
| 12/4/2020 | Contractor | $ 2,135.78 | bi-weekly payment |
| 12/4/2020 | Contractor | $ 922.01 | bi-weekly payment |
| 12/4/2020 | Contractor | $ 1,760.00 | bi-weekly payment |
| 12/4/2020 | Contractor | $ 1,400.00 | bi-weekly payment |
| 12/8/2020 | Teris NYC LLC | $ 7,011.00 | Monthly Relativity |
| 12/8/2020 | Teris NYC LLC | $ 8,721.99 | Data Upload |
| 12/10/2020 | Twilio Go Daddy Paypal | $ 6,000.00 | |
| 12/18/2020 | Contractor | $ 3,445.67 | bi-weekly payment |
| 12/18/2020 | Contractor | $ 2,070.19 | bi-weekly payment |
| 12/18/2020 | Contractor | $ 1,715.36 | bi-weekly payment |
| 12/18/2020 | Contractor | $ 4,347.40 | bi-weekly payment |

**Attachment 2 to Exhibit A to Receiver's Report**
**Sec v. Today's Growth Consultant, et al. - Expenses of Fiduciary Account**

| Date | Payable | Amount | Description |
|---|---|---|---|
| 12/18/2020 | Contractor | $ 3,602.13 | bi-weekly payment |
| 12/18/2020 | Contractor | $ 2,484.56 | bi-weekly payment |
| 12/18/2020 | Contractor | $ 2,455.77 | bi-weekly payment |
| 12/18/2020 | Contractor | $ 922.01 | bi-weekly payment |
| 12/18/2020 | Contractor | $ 1,760.00 | bi-weekly payment |
| 12/18/2020 | Contractor | $ 1,400.00 | bi-weekly payment |
| 12/22/2020 | Twilio Go Daddy Paypal | $ 10,000.00 | |
| 12/22/2020 | The Ground Guys | $ 130.91 | 11/16/20-12/15/20 |
| 12/22/2020 | PPL | $ 132.00 | 93330-98042 |
| 12/22/2020 | PPL | $ 301.79 | 93530-98048 |
| | Total of Expenses | $ 275,111.50 | |

**Professional Fee DE 111 12/8/20**

| Date | Payable | Amount | Description |
|---|---|---|---|
| 12/9/2020 | Damian & Valori | $ 64,703.13 | 9/30/2020 |
| 12/9/2020 | Rachlis Duff & Peel | $ 9,095.75 | 9/30/2020 |
| 12/9/2020 | Semanoff Ormsby Greenberg | $ 180.00 | 9/30/2020 |
| 12/9/2020 | Kapila Mukamal | $ 45,270.83 | 9/30/2020 |
| | Total of Professional Fees | $ 119,249.71 | |

**GRAND TOTAL OF EXPENSES** $ 394,361.21

Melanie E. Damian, Esq., as Receiver
DAMIAN & VALORI, LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
STANDARDIZED FUND ACCOUNTING REPORT
CIVIL – RECEIVERSHIP FUND FOR SEC v. TODAY'S GROWTH CONSULTANT, INC, ET AL.
Reporting Period 1/1/2021 to 3/31/2021

|  |  | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (As of 1/1/2021): | $ - | $ - | $ 195,777.63 |
|  | **Increases in Fund Balance:** |  |  |  |
| Line 2 | Business Income | $ - | $ - | $ - |
| Line 3 | Cash and Securities [1] | $ 238,782.56 | $ 238,782.56 | $ 238,782.56 |
| Line 4 | Interest/Dividend Income |  |  |  |
| Line 5 | Business Asset Liquidation |  | $ - | $ - |
| Line 6 | Personal Asset Liquidation | $ - | $ - | $ - |
| Line 7 | Third-Party Litigation Income | $ - | $ - | $ - |
| Line 8 | Miscellaneous - Other | $ - | $ - | $ - |
|  | **Total Funds Available (Lines 1-8):** |  |  | $ 434,560.19 |
|  | **Decreases in Fund Balance:** |  |  |  |
| Line 9 | Disbursements to Investors |  |  |  |
| Line 10 | Disbursements for Business Operations [2] | $ 330,262.42 | $ 330,262.42 | $ 330,262.42 |
| Line 10a | Disbursements to Receiver or Other Professionals | $ - | $ - | $ - |
| Line 10b | Business Asset Expenses |  | $ - |  |
| Line 10c | Personal Asset Expenses: | $ - | $ - | $ - |
| Line 10d | Investment Expenses | $ - | $ - | $ - |
| Line 10e | Third-Party Litigation | $ - | $ - | $ - |
| Line 10f | Tax Administrator Fees and Bonds | $ - | $ - | $ - |
| Line 10g | Federal and State Tax Payments | $ - | $ - | $ - |
|  | **Total Disbursements for Receivership Operations** |  |  | $ 330,262.42 |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: | $ - | $ - | $ - |
| Line 11a | Distribution Plan Development Expenses: | $ - | $ - | $ - |
| Line 11b | Distribution Plan Implementation Expenses: | $ - | $ - | $ - |
| Line 12 | Disbursements to Court/Other | $ - | $ - | $ - |

| Line 12a | Investment Expenses/Court Registry Investment System (CRIS) Fees | $ - | $ - | $ - |
|---|---|---|---|---|
| Line 12b | Federal Tax Payments | $ - | $ - | $ - |
| | **Total Disbursements to Court/Other** | | | |
| | **Total Funds Disbursed (Lines 9-11)** | | | $ 330,262.42 |
| Line 13 | **Ending Balance (As of March 31, 2021)** | | | $ 104,297.77 |
| Line 14 | **Ending Balance of Fund – Net Assets:** | | | |
| Line 14a | Cash & Cash Equivalents | | | $ 104,297.77 |
| Line 14b | Investments | | | $ - |
| Line 14c | Other Assets or Uncleared Funds | | | |
| | **Total Ending Balance of Fund – Net Assets** | | | $ 104,297.77 |

[1] Funds were received into the Receivership accounts for Today's Growth Consultant, Inc at City National Bank and PNC Bank. See Receipts attached hereto as Exhibit 1.

[2] Funds were disbursed to administer the receivership estate and its assets. See Expenses attached hereto as Exhibit 2.

Respectfully submitted,

Damian & Valori LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone: 305-371-3960
Facsimile: 305-371-3965

/s/ Melanie E. Damian
Melanie E. Damian
*Court-Appointed Receiver*

**Attachment 1 to Exhibit A to Receiver's Report**
**Sec v. Today's Growth Consultant, et al. - Receipts of Fiduciary Account**

| Date of Check | Check # | Amount | From |
|---|---|---|---|
| 1/4/2021 | | $ 3,780.37 | KOALA SLEEP PTY LTD |
| 1/4/2021 | 3915015 | $ 1,844.45 | Amazon Web Services |
| 1/4/2021 | 11646 | $ 161.64 | Ezoic Inc. |
| 1/4/2021 | 11645 | $ 423.91 | Ezoic Inc. |
| 1/21/2021 | | $ 60.00 | CDL Marketing |
| 1/26/2021 | | $ 150.36 | Sheet Music Plus |
| 1/26/2021 | | $ 164.05 | Sheet Music Plus |
| 1/26/2021 | 702630624 | $ 86.77 | Networx Systems Inc |
| 1/28/2021 | 11881 | $ 433.45 | Ezoic Inc. |
| 1/28/2021 | 11882 | $ 161.56 | Ezoic Inc. |
| 2/9/2021 | | $ 1,824.94 | KOALA SLEEP PTY LTD |
| 2/16/2021 | | $ 1,569.26 | KOALA SLEEP PTY LTD |
| 2/23/2021 | | $ 63,054.76 | PNC Transfer |
| 2/23/2021 | | $ 12,937.83 | PNC Transfer |
| 2/24/2021 | 706365545 | $ 170.60 | Networx Systems Inc |
| 2/22/2021 | 706102625 | $ 20.00 | CDL Marketing |
| 2/23/2021 | 583158 | $ 209.96 | Sheet Music Plus |
| 3/9/2021 | | $ 18.41 | Google |
| 3/10/2021 | | $ 315.88 | HR Remidies |
| 3/11/2021 | | $ 50,000.00 | DON SHIRE MINISTRIES |
| 3/18/2021 | | $ 208.83 | Ezoic Inc. |
| 3/18/2021 | | $ 292.34 | Ezoic Inc. |
| 3/18/2021 | | $ 22,500.00 | Cunninghan Chernicoff Warshawsky |
| 3/24/2021 | | $ 937.74 | KOALA SLEEP PTY |
| 3/31/2021 | 70958318 | $ 139.28 | Networx Systems Inc |
| 3/31/2021 | 709426577 | $ 40.00 | CDL Marketing |
| 3/31/2021 | 584217 | $ 242.63 | Sheet Music Plus |
| 3/31/2021 | 1465941 | $ 4,372.19 | PNC Transfer |
| 3/31/2021 | 1465942 | $ 72,660.96 | PNC Transfer |
| 3/31/2021 | | $ 0.39 | interest |
| **Total Receipts** | | **$ 238,782.56** | |

**Attachment 2 to Exhibit A to Receiver's Report**
**Sec v. Today's Growth Consultant, et al. - Expenses of Fiduciary Account**

| Date | Payable | Amount | Description |
|---|---|---|---|
| 1/4/2021 | Google | $ 8,049.38 | |
| 1/4/2021 | Google | $ 57.13 | |
| 1/4/2021 | Twilio Go Daddy Paypal | $ 4,290.54 | |
| 1/5/2021 | Twilio Go Daddy Paypal | $ 10,000.00 | |
| 1/1/2021 | Contractor | $ 2,898.27 | Bi-weekly payment |
| 1/1/2021 | Contractor | $ 2,070.19 | Bi-weekly payment |
| 1/1/2021 | Contractor | $ 1,715.36 | Bi-weekly payment |
| 1/1/2021 | Contractor | $ 4,347.40 | Bi-weekly payment |
| 1/1/2021 | Contractor | $ 3,602.13 | Bi-weekly payment |
| 1/1/2021 | Contractor | $ 2,484.56 | Bi-weekly payment |
| 1/1/2021 | Contractor | $ 2,135.78 | Bi-weekly payment |
| 1/1/2021 | Contractor | $ 922.01 | Bi-weekly payment |
| 1/1/2021 | Contractor | $ 1,600.00 | Bi-weekly payment |
| 1/1/2021 | Contractor | $ 1,400.00 | Bi-weekly payment |
| 1/15/2021 | Contractor | $ 2,898.27 | Bi-weekly payment |
| 1/15/2021 | Contractor | $ 2,070.19 | Bi-weekly payment |
| 1/15/2021 | Contractor | $ 1,715.36 | Bi-weekly payment |
| 1/15/2021 | Contractor | $ 4,347.40 | Bi-weekly payment |
| 1/15/2021 | Contractor | $ 3,602.13 | Bi-weekly payment |
| 1/15/2021 | Contractor | $ 2,484.56 | Bi-weekly payment |
| 1/15/2021 | Contractor | $ 2,135.78 | Bi-weekly payment |
| 1/15/2021 | Contractor | $ 922.01 | Bi-weekly payment |
| 1/15/2021 | Contractor | $ 1,600.00 | Bi-weekly payment |
| 1/15/2021 | Contractor | $ 1,400.00 | Bi-weekly payment |
| 1/11/2021 | Teris | $ 107.50 | Relativity |
| 1/11/2021 | Teris | $ 7,019.00 | Monthly Relativity |
| 1/12/2021 | Twilio Go Daddy Paypal | $ 19,773.31 | |
| 1/25/2021 | Registration PA | $ 250.00 | |
| 1/29/2021 | Contractor | $ 2,898.27 | Bi-weekly payment |
| 1/29/2021 | Contractor | $ 2,070.19 | Bi-weekly payment |
| 1/29/2021 | Contractor | $ 1,715.36 | Bi-weekly payment |
| 1/29/2021 | Contractor | $ 4,347.90 | Bi-weekly payment |
| 1/29/2021 | Contractor | $ 3,602.13 | Bi-weekly payment |
| 1/29/2021 | Contractor | $ 2,484.56 | Bi-weekly payment |
| 1/29/2021 | Contractor | $ 2,135.78 | Bi-weekly payment |
| 1/29/2021 | Contractor | $ 1,600.00 | Bi-weekly payment |
| 1/29/2021 | Contractor | $ 1,400.00 | Bi-weekly payment |
| 1/25/2021 | Outgo Data Systems | $ 3,600.00 | Lease Deposit |
| 1/26/2021 | PPL | $ 143.00 | |
| 1/26/2021 | PPL | $ 563.53 | |
| 2/1/2021 | Twilio Go Daddy Paypal | $ 16,142.91 | |

**Attachment 2 to Exhibit A to Receiver's Report**
**Sec v. Today's Growth Consultant, et al. - Expenses of Fiduciary Account**

| Date | Payable | Amount | Description |
|---|---|---|---|
| 2/4/2021 | Google | $ 8,049.38 | |
| 2/4/2021 | Google | $ 76.78 | |
| 2/12/2021 | Contractor | $ 2,898.27 | Bi-weekly payment |
| 2/12/2021 | Contractor | $ 2,070.19 | Bi-weekly payment |
| 2/12/2021 | Contractor | $ 1,715.36 | Bi-weekly payment |
| 2/12/2021 | Contractor | $ 4,347.40 | Bi-weekly payment |
| 2/12/2021 | Contractor | $ 3,602.13 | Bi-weekly payment |
| 2/12/2021 | Contractor | $ 2,484.56 | Bi-weekly payment |
| 2/12/2021 | Contractor | $ 2,135.78 | Bi-weekly payment |
| 2/12/2021 | Contractor | $ 1,600.00 | Bi-weekly payment |
| 2/12/2021 | Contractor | $ 1,400.00 | Bi-weekly payment |
| 2/10/2021 | Lancaster Area Sewer Authority | $ 99.63 | 11/1/20-1/31/21 |
| 2/18/2021 | Twilio Go Daddy Paypal | $ 15,000.00 | |
| 2/26/2021 | Contractor | $ 2,898.27 | Bi-weekly payment |
| 2/26/2021 | Contractor | $ 2,070.19 | Bi-weekly payment |
| 2/26/2021 | Contractor | $ 1,715.36 | Bi-weekly payment |
| 2/26/2021 | Contractor | $ 4,347.40 | Bi-weekly payment |
| 2/26/2021 | Contractor | $ 3,602.13 | Bi-weekly payment |
| 2/26/2021 | Contractor | $ 2,484.56 | Bi-weekly payment |
| 2/26/2021 | Contractor | $ 2,135.78 | Bi-weekly payment |
| 2/26/2021 | Contractor | $ 1,600.00 | Bi-weekly payment |
| 2/26/2021 | Contractor | $ 1,400.00 | Bi-weekly payment |
| 3/4/2021 | Google | $ 8,049.38 | |
| 3/4/2021 | Google | $ 76.78 | |
| 3/3/2021 | Twilio Go Daddy Paypal | $ 14,746.61 | |
| 3/3/2021 | Outgo Data Systems | $ 1,800.00 | |
| 3/3/2021 | PPL | $ 133.98 | |
| 3/3/2021 | PPL | $ 691.60 | |
| 3/12/2021 | Contractor | $ 2,898.27 | Bi-weekly payment |
| 3/12/2021 | Contractor | $ 2,070.19 | Bi-weekly payment |
| 3/12/2021 | Contractor | $ 1,715.36 | Bi-weekly payment |
| 3/12/2021 | Contractor | $ 4,347.40 | Bi-weekly payment |
| 3/12/2021 | Contractor | $ 3,602.13 | Bi-weekly payment |
| 3/12/2021 | Contractor | $ 2,484.56 | Bi-weekly payment |
| 3/12/2021 | Contractor | $ 2,135.78 | Bi-weekly payment |
| 3/12/2021 | Contractor | $ 1,600.00 | Bi-weekly payment |
| 3/12/2021 | Contractor | $ 1,400.00 | Bi-weekly payment |
| 3/15/2021 | Twilio Go Daddy Paypal | $ 15,000.00 | |
| 3/17/2021 | Teris | $ 6,931.00 | Monthly Relativity |
| 3/24/2021 | Twilio Go Daddy Paypal | $ 13,500.00 | |
| 3/26/2021 | Contractor | $ 2,898.27 | Bi-weekly payment |

**Attachment 2 to Exhibit A to Receiver's Report**
**Sec v. Today's Growth Consultant, et al. - Expenses of Fiduciary Account**

| Date | Payable | Amount | Description |
|---|---|---|---|
| 3/26/2021 | Contractor | $ 2,070.19 | Bi-weekly payment |
| 3/26/2021 | Contractor | $ 1,715.36 | Bi-weekly payment |
| 3/26/2021 | Contractor | $ 4,347.90 | Bi-weekly payment |
| 3/26/2021 | Contractor | $ 3,602.13 | Bi-weekly payment |
| 3/26/2021 | Contractor | $ 2,484.56 | Bi-weekly payment |
| 3/26/2021 | Contractor | $ 2,135.78 | Bi-weekly payment |
| 3/26/2021 | Contractor | $ 1,600.00 | Bi-weekly payment |
| 3/26/2021 | Contractor | $ 1,400.00 | Bi-weekly payment |
| 3/30/2021 | PPL | $ 86.16 | |
| 3/30/2021 | PPL | $ 865.25 | |
| 3/30/2021 | Outgo Data Systems | $ 1,800.00 | 4/1/2021 |
| 3/31/2021 | Twilio Go Daddy Paypal | $ 14,836.10 | |
| 3/31/2021 | Twilio Go Daddy Paypal | $ 902.62 | |
| | **Total Expenses** | **$ 330,262.42** | |

Melanie E. Damian, Esq., as Receiver
DAMIAN & VALORI, LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
STANDARDIZED FUND ACCOUNTING REPORT
CIVIL – RECEIVERSHIP FUND FOR SEC v. TODAY'S GROWTH CONSULTANT, INC, ET AL.
Reporting Period 4/1/2021 to 6/30/2021

|  |  | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (As of 4/1/2021): | $ - | $ - | $ 104,297.77 |
|  | **Increases in Fund Balance:** |  |  |  |
| Line 2 | Business Income | $ - | $ - | $ - |
| Line 3 | Cash and Securities [1] | $ 440,620.27 | $ 440,620.27 | $ 440,620.27 |
| Line 4 | Interest/Dividend Income |  |  |  |
| Line 5 | Business Asset Liquidation |  | $ - | $ - |
| Line 6 | Personal Asset Liquidation | $ - | $ - | $ - |
| Line 7 | Third-Party Litigation Income | $ - | $ - | $ - |
| Line 8 | Miscellaneous - Other | $ - | $ - | $ - |
|  | **Total Funds Available (Lines 1-8):** |  |  | $ 544,918.04 |
|  | **Decreases in Fund Balance:** |  |  |  |
| Line 9 | Disbursements to Investors |  |  |  |
| Line 10 | Disbursements for Business Operations [2] | $ 255,428.96 | $ 255,428.96 | $ 255,428.96 |
| Line 10a | Disbursements to Receiver or Other Professionals [2] | $ 108,551.00 | $ 108,551.00 | $ 108,551.00 |
| Line 10b | Business Asset Expenses |  | $ - |  |
| Line 10c | Personal Asset Expenses: | $ - | $ - | $ - |
| Line 10d | Investment Expenses | $ - | $ - | $ - |
| Line 10e | Third-Party Litigation | $ - | $ - | $ - |
| Line 10f | Tax Administrator Fees and Bonds | $ - | $ - | $ - |
| Line 10g | Federal and State Tax Payments | $ - | $ - | $ - |
|  | **Total Disbursements for Receivership Operations** |  |  | $ 363,979.96 |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: | $ - | $ - | $ - |
| Line 11a | Distribution Plan Development Expenses: | $ - | $ - | $ - |
| Line 11b | Distribution Plan Implementation Expenses: | $ - | $ - | $ - |
| Line 12 | Disbursements to Court/Other | $ - | $ - | $ - |

| Line 12a | Investment Expenses/Court Registry Investment System (CRIS) Fees | $ | - | $ | - | $ | - |
|---|---|---|---|---|---|---|---|
| Line 12b | Federal Tax Payments | $ | - | $ | - | $ | - |
| | Total Disbursements to Court/Other | | | | | | |
| | Total Funds Disbursed (Lines 9-11) | | | | | $ | 363,979.96 |
| Line 13 | Ending Balance (As of June 30, 2021) | | | | | $ | 180,938.08 |
| Line 14 | Ending Balance of Fund – Net Assets: | | | | | | |
| Line 14a | Cash & Cash Equivalents | | | | | $ | 180,938.08 |
| Line 14b | Investments | | | | | $ | - |
| Line 14c | Other Assets or Uncleared Funds | | | | | | |
| | Total Ending Balance of Fund – Net Assets | | | | | $ | 180,938.08 |

[1] Funds were received into the Receivership accounts for Today's Growth Consultant, Inc at City National Bank and PNC Bank. See Receipts attached hereto as Exhibit 1.

[2] Funds were disbursed to administer the receivership estate and its assets. See Expenses attached hereto as Exhibit 2.

Respectfully submitted,

Damian & Valori LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone: 305-371-3960
Facsimile: 305-371-3965

/s/ Melanie E. Damian
Melanie E. Damian
*Court-Appointed Receiver*

**Attachment 1 to Exhibit A to Receiver's Report**
**Sec v. Today's Growth Consultant, et al. - Receipts of Fiduciary Account**

| Date of Check | Check # | Amount | From |
|---|---|---|---|
| 4/9/2021 | 12324 | $ 164.40 | Ezoic Inc. |
| 4/9/2021 | 12325 | $ 195.86 | Ezoic Inc. |
| 4/26/2021 | 713226375 | $ 115.00 | CDL Marketing |
| 4/28/2021 | 714549063 | $ 244.98 | Networx Systems Inc |
| 4/27/2021 | 584918 | $ 203.59 | Sheet Music Plus |
| 4/28/2021 | 12552 | $ 201.77 | Ezoic Inc |
| 4/28/2021 | 12551 | $ 60.02 | Ezoic Inc |
| 4/29/2021 | | $ 25.30 | Amazon |
| 4/30/2021 | | $ 0.62 | interest |
| 5/7/2021 | | $ 39,759.54 | PNC |
| 5/7/2021 | | $ 244.98 | Networx Systems Inc |
| 5/7/2021 | | $ 203.59 | Sheet Music Plus |
| 5/7/2021 | | $ 201.77 | Ezoic Inc |
| 5/7/2021 | | $ 60.02 | Ezoic Inc |
| 5/10/2021 | | $ 250,000.00 | Empire Flippers settlement |
| 5/12/2021 | | $ 81.88 | Citibank refund |
| 5/14/2021 | | $ 765.49 | KOALA SLEEP PTY |
| 5/27/2021 | 717125168 | $ 50.00 | CDL Marketing |
| 5/28/2021 | 718499880 | $ 225.57 | Networx Systems Inc |
| 5/27/2021 | 12766 | $ 52.52 | Ezoic Inc |
| 5/27/2021 | 12767 | $ 158.40 | Ezoic Inc |
| 5/28/2021 | | $ 1.30 | interest |
| 6/2/2021 | | $ 32.89 | Clickbank Edi Hremedies |
| 6/14/2021 | | $ 66,526.08 | Empire Flippers (Funds were not part of Contingency fee) |
| 6/29/2021 | | $ 296.11 | KOALA SLEEP PTY LTD |
| 6/30/2021 | | $ 80,747.14 | PNC |
| 6/30/2021 | | $ 1.45 | interest |
| **Total of Receipts** | | **$ 440,620.27** | |

**Attachment 2 to Exhibit A to Receiver's Report**
**Sec v. Today's Growth Consultant, et al. - Expenses of Fiduciary Account**

| Date | Payable | Amount | Description |
|---|---|---|---|
| 4/6/2021 | Google | $ 8,049.38 | |
| 4/6/2021 | Google | $ 58.78 | |
| 4/9/2021 | Contractor | $ 2,898.27 | Bi-weekly payment |
| 4/9/2021 | Contractor | $ 2,070.19 | Bi-weekly payment |
| 4/9/2021 | Contractor | $ 1,715.36 | Bi-weekly payment |
| 4/9/2021 | Contractor | $ 4,347.40 | Bi-weekly payment |
| 4/9/2021 | Contractor | $ 3,602.13 | Bi-weekly payment |
| 4/9/2021 | Contractor | $ 2,484.00 | Bi-weekly payment |
| 4/9/2021 | Contractor | $ 2,135.78 | Bi-weekly payment |
| 4/9/2021 | Contractor | $ 1,600.00 | Bi-weekly payment |
| 4/9/2021 | Contractor | $ 1,400.00 | Bi-weekly payment |
| 4/19/2021 | Teris | $ 7,003.00 | Monthly Relativity |
| 4/23/2021 | Contractor | $ 2,898.27 | Bi-weekly payment |
| 4/23/2021 | Contractor | $ 2,070.19 | Bi-weekly payment |
| 4/23/2021 | Contractor | $ 1,715.36 | Bi-weekly payment |
| 4/23/2021 | Contractor | $ 4,347.40 | Bi-weekly payment |
| 4/23/2021 | Contractor | $ 3,602.13 | Bi-weekly payment |
| 4/23/2021 | Contractor | $ 2,484.56 | Bi-weekly payment |
| 4/23/2021 | Contractor | $ 2,135.78 | Bi-weekly payment |
| 4/23/2021 | Contractor | $ 1,600.00 | Bi-weekly payment |
| 4/23/2021 | Contractor | $ 1,400.00 | Bi-weekly payment |
| 4/26/2021 | Twilio Go Daddy Paypal | $ 7,628.31 | |
| 4/27/2021 | Outgo Data Systems | $ 1,800.00 | rent |
| 4/27/2021 | Teris | $ 7,019.00 | Monthly Relativity |
| 4/27/2021 | Teris | $ 455.00 | Monthly Relativity |
| 4/29/2021 | Twilio Go Daddy Paypal | $ 10,000.00 | |
| 5/4/2021 | Google | $ 8,049.38 | |
| 5/4/2021 | Google | $ 18.78 | |
| 5/7/2021 | Contractor | $ 2,898.27 | Bi-weekly payment |
| 5/7/2021 | Contractor | $ 2,070.19 | Bi-weekly payment |
| 5/7/2021 | Contractor | $ 1,715.36 | Bi-weekly payment |
| 5/7/2021 | Contractor | $ 4,347.40 | Bi-weekly payment |
| 5/7/2021 | Contractor | $ 3,602.13 | Bi-weekly payment |
| 5/7/2021 | Contractor | $ 2,484.56 | Bi-weekly payment |
| 5/7/2021 | Contractor | $ 2,135.78 | Bi-weekly payment |
| 5/7/2021 | Contractor | $ 1,600.00 | Bi-weekly payment |
| 5/7/2021 | Contractor | $ 1,400.00 | Bi-weekly payment |
| 5/12/2021 | Teris | $ 7,003.00 | |
| 5/21/2021 | Contractor | $ 2,898.27 | Bi-weekly payment |
| 5/21/2021 | Contractor | $ 2,070.19 | Bi-weekly payment |
| 5/21/2021 | Contractor | $ 1,715.36 | Bi-weekly payment |
| 5/21/2021 | Contractor | $ 4,347.40 | Bi-weekly payment |
| 5/21/2021 | Contractor | $ 3,602.13 | Bi-weekly payment |
| 5/21/2021 | Contractor | $ 2,484.56 | Bi-weekly payment |
| 5/21/2021 | Contractor | $ 2,135.78 | Bi-weekly payment |
| 5/21/2021 | Contractor | $ 1,600.00 | Bi-weekly payment |
| 5/21/2021 | Contractor | $ 1,400.00 | Bi-weekly payment |

**Attachment 2 to Exhibit A to Receiver's Report**
**Sec v. Today's Growth Consultant, et al. - Expenses of Fiduciary Account**

| Date | Payable | Amount | Description |
|---|---|---|---|
| 5/24/2021 | Google | $ 40.00 | |
| 5/24/2021 | Twilio Go Daddy Paypal | $ 19,918.71 | |
| 6/4/2021 | Google | $ 4,975.36 | |
| 6/4/2021 | Google | $ 58.76 | |
| 6/1/2021 | Outgo Data Systems | $ 1,800.00 | rent |
| 6/4/2021 | Contractor | $ 2,898.27 | Bi-weekly payment |
| 6/4/2021 | Contractor | $ 2,070.19 | Bi-weekly payment |
| 6/4/2021 | Contractor | $ 1,715.36 | Bi-weekly payment |
| 6/4/2021 | Contractor | $ 4,347.90 | Bi-weekly payment |
| 6/4/2021 | Contractor | $ 3,602.13 | Bi-weekly payment |
| 6/4/2021 | Contractor | $ 2,484.56 | Bi-weekly payment |
| 6/4/2021 | Contractor | $ 2,135.78 | Bi-weekly payment |
| 6/4/2021 | Contractor | $ 1,600.00 | Bi-weekly payment |
| 6/4/2021 | Contractor | $ 1,400.00 | Bi-weekly payment |
| 6/3/2021 | Twilio Go Daddy Paypal | $ 14,817.92 | |
| 6/9/2021 | Twilio Go Daddy Paypal | $ 8,587.41 | |
| 6/10/2021 | Teris | $ 7,011.00 | Monthly Relativity |
| 6/10/2021 | Teris | $ 220.00 | Monthly Relativity |
| 6/18/2021 | Contractor | $ 2,898.27 | Bi-weekly payment |
| 6/18/2021 | Contractor | $ 2,070.19 | Bi-weekly payment |
| 6/18/2021 | Contractor | $ 1,715.36 | Bi-weekly payment |
| 6/18/2021 | Contractor | $ 4,347.90 | Bi-weekly payment |
| 6/18/2021 | Contractor | $ 3,602.13 | Bi-weekly payment |
| 6/18/2021 | Contractor | $ 2,484.56 | Bi-weekly payment |
| 6/18/2021 | Contractor | $ 2,135.78 | Bi-weekly payment |
| 6/18/2021 | Contractor | $ 1,600.00 | Bi-weekly payment |
| 6/18/2021 | Contractor | $ 1,400.00 | Bi-weekly payment |
| 6/29/2021 | Twilio Go Daddy Paypal | $ 7,392.59 | |
| **Total** | | **$ 255,428.96** | |

**Professional Fee Continigency Fee Schedule**

| Matter | Settlement Amt | DVLLP @ 33% | Costs | Total DVLLP |
|---|---|---|---|---|
| William Langcore | $22,500.00* | $7,425.00 | $502.00 | $7,927.00 |
| Don Shire Ministries | $50,000.00* | $16,500.00 | $1,222.00 | $17,722.00 |
| Empire Flippers | $250,000.00 | $82,500.00 | $402.00 | $82,902.00 |
| | $322,500.00 | | | $108,551.00 |

*These settlement funds were collected in March 2021 and on the previous Receiver's Report.