**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Securities and Exchange Commission
                          Plaintiff,

v.                                                     Case No.: 1:19–cv–08454
                                                          Honorable Andrea R. Wood

Todays Growth Consultant Inc., et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 17, 2021:

      MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing held on 11/17/2021. For the reasons stated on the record, the Receiver's unopposed motion to approve settlement and release agreement with Joliet Catholic Academy [173] and the Receiver's unopposed motion for extension of the deadline to file seventh interim application for an order approving and authorizing payment of fees and expenses of Receiver and her professionals [175] are granted. Enter Order. The Receiver shall file her seventh interim fee application covering the time period from 7/1/2021 to 9/30/2021 by 1/28/2022. The Receiver's fourth, fifth, and sixth interim application for an order approving and authorizing payment of fees and expenses of Receiver and her professionals [174] is taken under advisement. By 12/15/2021, the parties shall meet and confer and file a joint status report setting forth a summary of the parties' respective views and objections with respect to the pending fee application. The Receiver shall be responsible for preparing the status report. Telephonic status hearing set for 1/12/2022 at 11:00 AM. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. The call–in number is (888) 557–8511 and the access code is 3547847. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court–issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (dal, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.