## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | Civil Action No. 1:19-CV-08454 |
| TODAY'S GROWTH CONSULTANT, INC. : | |
| (dba THE INCOME STORE) : | |
| : | |
| and : | |
| : | |
| KENNETH D. COURTRIGHT, III, : | |
| : | |
| Defendants. : | |
| : | |

## JOINT STATUS REPORT PURSUANT TO COURT ORDER
## DATED NOVEMBER 17, 2021 [ECF NO. 176]

Melanie E. Damian, as Receiver ("Receiver") for Todays Growth Consultant, Inc. ("TGC"), and the Securities and Exchange Commission ("SEC"), pursuant to Court Order dated November 17, 2021 [ECF No. 176], file this joint status report regarding the parties' ongoing negotiations with respect to the Receiver's pending fee application [ECF No. 174] and hereby state as follows:

On November 17, 2021, this Court held a status conference hearing at which the Court ordered the Receiver and the SEC (jointly, the "Parties") to meet and confer regarding the SEC's objections to the Receiver's Fourth, Fifth, and Sixth Interim Application for an Order Approving and Authorizing Payment of Fees and Expenses of the Receiver and Her Professionals (the "Omnibus Fee Application") [ECF No. 174] and, on or before December 15, 2021, to file a joint

report notifying the Court of the status of the Parties' efforts to resolve the SEC's objections. *See* ECF No. 176.

The Receiver's counsel and SEC counsel have had several telephone discussions during which SEC counsel explained the bases for their objections to the Receiver's Omnibus Fee Application and the Receiver's counsel provided additional details regarding the work underlying the Omnibus Fee Application, as well as work performed in subsequent quarters and the receivership estate's current and expected future cash flow needs. The Receiver's counsel presented a proposal and the SEC's counsel presented a counter-proposal in an attempt to resolve the Parties' differences. Despite their good faith efforts, the Parties have been unable to reach a resolution. Nevertheless, the Parties believe that it may be possible to resolve the SEC's objections through continued discussions. The Parties propose to file with the Court a subsequent joint report on or before January 14, 2022, notifying the Court of the status of their efforts and presenting an agreed-to resolution, or, if a resolution has not been reached, proposing a schedule for the SEC to file a response in opposition to the Receiver's Omnibus Fee Application and for the Receiver to file a reply to the SEC's response for the Court to consider in ruling on the Receiver's Omnibus Fee Application, which the parties expect would also address the Receiver's Seventh Interim Fee Application, which is slated to be filed no later than January 28, 2022, and perhaps future fee applications. Accordingly, the Parties respectfully request that the Court cancel the January 12, 2022 status conference and reschedule it to a later date, depending on whether the Parties report on January 14, 2022 that they have reached a resolution or request a briefing schedule.

Respectfully submitted,

*/s/ Kenneth Dante Murena*                    Date: December 15, 2021
Kenneth Dante Murena, Esq.
Jonathan Groth, Esq.
Damian & Valori LLP
1000 Brickell Ave., Ste. 1020
Miami, FL 33131
kmurena@dvllp.com
jgroth@dvllp.com

*Counsel for Melanie E. Damian, as Receiver of Defendant Todays Growth Consultant, Inc.*

*/ Suzanne J. Romajas*                    Date: December 15, 2021
Suzanne J. Romajas, Esq.
Michael Brennan, Esq.
Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549-5971
RomajasS@sec.gov
BrennanMi@sec.gov

*Counsel for the Securities and Exchange Commission*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via electronic transmission via this Court's CM/ECF filing system on December 15, 2021 on all counsel or parties who have appeared in the above-styled action.

/s/Kenneth Dante Murena
Kenneth Dante Murena,
*Counsel for Melanie E. Damian,*
*Court-Appointed Receiver*