UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : |
| Plaintiff, | : |
| v. | : |
| TODAY'S GROWTH CONSULTANT, INC. (dba THE INCOME STORE) | : Civil Action No. 1:19-CV-08454 |
| and | : |
| KENNETH D. COURTRIGHT, III, | : |
| Defendants. | : |

**JOINT STATUS REPORT PURSUANT TO COURT ORDER
DATED JANUARY 10, 2022 [ECF NO. 178]**

Melanie E. Damian, as Receiver ("Receiver") for Todays Growth Consultant, Inc. ("TGC"), and the Securities and Exchange Commission ("SEC"), pursuant to Court Order dated January 10, 2022 [ECF No. 178], file this joint status report regarding the parties' ongoing negotiations with respect to the Receiver's pending fee application [ECF No. 174] and hereby state as follows:

On November 17, 2021, this Court held a status conference hearing at which the Court ordered the Receiver and the SEC (jointly, the "Parties") to meet and confer regarding the SEC's objections to the Receiver's Fourth, Fifth, and Sixth Interim Application for an Order Approving and Authorizing Payment of Fees and Expenses of the Receiver and Her Professionals (the "Omnibus Fee Application") [ECF No. 174] and, on or before December 15, 2021, to file a joint report notifying the Court of the status of the Parties' efforts to resolve the SEC's objections. *See*

ECF No. 176. The Receiver's counsel and SEC counsel held several telephone discussions during which SEC counsel explained the bases for their objections to the Receiver's Omnibus Fee Application. The Receiver's counsel provided additional details regarding the work underlying the Omnibus Fee Application, as well as work performed in subsequent quarters, and the receivership estate's then current and expected future cash flow needs. The Receiver's counsel presented a proposal and the SEC's counsel presented a counter-proposal in an attempt to resolve the Parties' differences. Despite their good faith efforts, the Parties were unable to reach a resolution.

On December 15, 2021, the Parties filed a joint status report detailing the Parties' efforts to reach a resolution. *See* ECF No. 177. The Parties informed the Court that they believed that it may be possible to resolve their differences through continued discussions.

On January 10, 2022, the Court entered an Order canceling the status hearing set for January 12, 2022 and further ordering the Parties to file an updated joint status report by January 14, 2022, detailing the Parties' continued efforts to resolve the SEC's objections to the Receiver's Omnibus Fee Application. *See* ECF No. 178.

The Parties have continued to hold fruitful discussions in an attempt to resolve their differences and have exchanged an additional proposal and counter-proposal. While the Parties believe they have made progress and narrowed their differences, a resolution has not yet been reached. Part of the reason is that the Parties have been discussing a resolution that would pertain not only to the Receiver's Omnibus Fee Application but also to future fee applications covering the period through December 31, 2021 and beyond.[1]. Receiver would like additional time to

---

[1] The Receiver's Seventh Fee Application covering the period July 1, 2021 through September 30, 2021, is due January 28, 2022. (ECF No. 176.) Her Eighth Fee Application covering the period October 1, 2021 through December 31, 2021, is due February 15, 2022.

2

discuss the practical implications of the SEC's counter-proposal with her professionals before formally responding to the SEC's latest counter-proposal.

Rather than submit a proposed briefing schedule to the Court, and delve into contentious motion practice on the issues, the Parties respectfully request an additional 14 days in which to conclude their discussions. The Parties request an extension until January 28, 2022, to file with the Court a subsequent joint report, which will either present the terms of a resolution, or, if a resolution has not been reached, propose a briefing schedule for the SEC to file a brief in opposition to the Receiver's Omnibus Fee Application, and Seventh and Eighth Fee Applications, and for the Receiver to file a reply brief.

Respectfully submitted,

 /s/ Kenneth Dane Murena                Date: January 14, 2022
Kenneth Dante Murena, Esq.
Jonathan Groth, Esq.
Damian & Valori LLP
1000 Brickell Ave., Ste. 1020
Miami, FL 33131
kmurena@dvllp.com
jgroth@dvllp.com

*Counsel for Melanie E. Damian, as Receiver of Defendant Todays Growth Consultant, Inc.*


 /  Suzanne J. Romajas                  Date: January 14, 2022
Suzanne J. Romajas, Esq.
Michael Brennan, Esq.
Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549-5971
RomajasS@sec.gov
BrennanMi@sec.gov

*Counsel for the Securities and Exchange Commission*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via electronic transmission via this Court's CM/ECF filing system on January 14, 2022 on all counsel or parties who have appeared in the above-styled action.

/s/Kenneth Dante Murena
Kenneth Dante Murena,
*Counsel for Melanie E. Damian,*
*Court-Appointed Receiver*