**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> TODAY'S GROWTH CONSULTANT, INC. : <br> (dba THE INCOME STORE) : <br> : <br> and : <br> : <br> KENNETH D. COURTRIGHT, III, : <br> : <br> Defendants. : <br> : | Civil Action No. 1:19-CV-08454 |

**SECOND UPDATED JOINT STATUS REPORT PURSUANT TO COURT ORDER DATED JANUARY 10, 2022 [ECF NO. 178] AND THE PARTIES' UPDATED JOINT STATUS REPORT DATED JANUARY 14, 2022 [ECF NO. 179]**

Melanie E. Damian, as Receiver ("Receiver") for Todays Growth Consultant, Inc. ("TGC"), and the Securities and Exchange Commission ("SEC"), pursuant to Court Order dated January 10, 2022 [ECF No. 178] and the Parties' Joint Status Report date January 14, 2020 [ECF No. 179], hereby report that the Receiver and SEC (jointly, the "Parties") have reached an agreement in principle that would (i) resolve their disagreements concerning the Receiver's Fourth, Fifth, and Sixth Interim Application for an Order Approving and Authorizing Payment of Fees and Expenses of the Receiver and her Professionals, dated November 1, 2021 [ECF No. 174] and (ii) apply to the Receiver's future fee applications for the remainder of this receivership.

In their last status report, filed on January 14, 2022 [ECF No. 179], the Parties stated that they expected to present the terms of their resolution by today, if an agreement was reached. However, due to the press of other matters including several reporting and briefing deadlines, the

Parties are still in the process of memorializing the agreed-to terms in writing. As such, the Parties respectfully request an additional 14 days in which to reduce to written form the terms of their agreement in principle and to present those terms to the Court for approval. The Parties request an extension until February 11, 2022, to file with the Court their proposed resolution to the Receiver's Omnibus Fee Application, and forthcoming fee applications.

      Respectfully submitted,

/s/ Kenneth Dante Murena        Date: January 28, 2022
Kenneth Dante Murena, Esq.
Jonathan Groth, Esq.
Damian & Valori LLP
1000 Brickell Ave., Ste. 1020
Miami, FL 33131
kmurena@dvllp.com
jgroth@dvllp.com

*Counsel for Melanie E. Damian, as Receiver of Defendant Todays Growth Consultant, Inc.*


/s/ Suzanne J. Romajas        Date: January 28, 2022
Suzanne J. Romajas, Esq.
Michael Brennan, Esq.
Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549-5971
RomajasS@sec.gov
BrennanMi@sec.gov

*Counsel for the Securities and Exchange Commission*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via electronic transmission via this Court's CM/ECF filing system on January 28, 2022 on all counsel or parties who have appeared in the above-styled action.

/s/Kenneth Dante Murena
Kenneth Dante Murena,
*Counsel for Melanie E. Damian,*
*Court-Appointed Receiver*