

US Dist. Ct., No. Dist of IL, E. Division

SEC )
)
v. ) CASE NUMBER 19 CV 8454
)
)
TODAY'S GROWTH CONSULTANT, )
)

**Ken Courtright's Motion For An Order From This Court Requiring The Receiver To Carry Out Certain Legally Obligated Actions**

Ken Courtright, on his own behalf (PRO SE), moves this Court for the following Order of Court:

1) to provide Mr. Courtright, immediately, with his K-1 for tax year, 2019;

2) to recognize Tad Christensen, as Trustee of the Beverly J. Christensen Irrevocable Trust dated October 4, 2004; Tad Christensen, as Trustee of the Raymond H. Christense Irrevocable Trust dated August 19, 2003; Tad Christensen, as Trustee of the 7800 Drew Avenue Irrevocable Trust; and Tad Christensen, as an individual, as as investors in Income Store.

Submitted:
Ken Courtright

1

## PROOF OF PARTIES SERVED

Ken Courtright filed this document with the Court so it was served on the Court's electronic docket system.

Submitted:

Ken Courtright