UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> TODAY'S GROWTH CONSULTANT, INC. : <br> (dba THE INCOME STORE) : <br> : <br> and : <br> : <br> KENNETH D. COURTRIGHT, III, : <br> : <br> Defendants. : <br> : | Civil Action No. 1:19-cv-08454 |

**RECEIVER'S RESPONSE TO DEFENDANT KENNETH D. COURTRIGHT, III'S
MOTION FOR TURNOVER/RELEASE OF HIS COMPUTER
AND HARD DRIVE [ECF NO. 181]**

Melanie E. Damian, the court-appointed receiver ("Receiver") in the above-captioned enforcement action, hereby files this Response to Defendant Kenneth D. Courtright, III's Motion for Turnover/Release of His Computer and Hard Drive [ECF No. 181], and in support thereof states as follows:

On January 28, 2022, Defendant Kenneth D. Courtright, III ("Courtright") through his counsel, Michael I. Leonard, in the criminal proceeding, *United States v. Courtright*, 20 CR 77 (Judge Kennedy), filed a motion to have his personal computer and hard drive turned over to his possession because Courtright and his counsel claim to need the computer and hard drive to prepare for the trial in the criminal proceeding set to begin in August 2022. *See* ECF No. 181. Pursuant to an agreement among the parties and Order of this Court, Courtright's computer and

hard drive are in the possession, custody and control of Courtright's former counsel in this enforcement action.  *See* ECF No. 94.

The Receiver does not object to Courtright's former counsel turning over the computer and hard drive to Courtright's current counsel, Mr. Leonard.  In particular, if this Court is inclined to grant Courtright's motion and enter an Order requiring that the computer and hard drive be turned over, the Receiver would request that Mr. Leonard maintain exclusive possession, custody and control of those devices and that he ensure that the devices and their contents, including without limitation all hardware, software, digital files and folders, and meta data, are not altered, changed, deleted, or manipulated in any way that would compromise their present condition, by any party including without limitation Courtright.  Further, should Courtright need to access the devices and their contents, the Receiver would request that Mr. Leonard or another representative of his law firm supervise such access to ensure the devices and their contents are preserved in their present condition.

This 7th day of February, 2022.

Respectfully submitted,

**DAMIAN & VALORI, LLP**
*Counsel for Melanie E. Damian, Receiver*
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone: (305) 371-3960
Facsimile: (305) 371-3965

*/s/ Kenneth Dante Murena*
Kenneth Dante Murena, Esq.
Florida Bar No. 147486
E-mail: kmurena@dvllp.com

*Counsel for Melanie E. Damian,*
*Court-Appointed Receiver*
*Generally admitted in the N. Dist. Of Ill.*

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via electronic transmission via this Court's CM/ECF filing system on February 7, 2022 on all counsel or parties who have appeared in the above-styled action.

/s/Kenneth Dante Murena
Kenneth Dante Murena, Esq.
*Counsel for Melanie E. Damian,*
*Court-Appointed Receiver*

*Admitted Pro Hac Vice*