Melanie E. Damian, Esq., as Receiver
DAMIAN & VALORI, LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
STANDARDIZED FUND ACCOUNTING REPORT
CIVIL – RECEIVERSHIP FUND FOR SEC v. TODAY'S GROWTH CONSULTANT, INC, ET AL.
Reporting Period 10/1/2021 to 12/31/2021

|  |  | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (As of 10/1/2021): | $ - | $ - | $ 173,087.64 |
|  | **Increases in Fund Balance:** |  |  |  |
| Line 2 | Business Income | $ - | $ - | $ - |
| Line 3 | Cash and Securities [1] | $ 319,474.26 | $ 319,474.26 | $ 319,474.26 |
| Line 4 | Interest/Dividend Income [1] | $ 5.60 | $ 5.60 | $ 5.60 |
| Line 5 | Business Asset Liquidation |  | $ - | $ - |
| Line 6 | Personal Asset Liquidation | $ - | $ - | $ - |
| Line 7 | Third-Party Litigation Income | $ - | $ - | $ - |
| Line 8 | Miscellaneous - Other | $ - | $ - | $ - |
|  | **Total Funds Available (Lines 1-8):** |  |  | $ 492,567.50 |
|  | **Decreases in Fund Balance:** |  |  |  |
| Line 9 | Disbursements to Investors |  |  |  |
| Line 10 | Disbursements for Business Operations [2] | $ 188,606.27 | $ 188,606.27 | $ 188,606.27 |
| Line 10a | Disbursements to Receiver or Other Professionals - Contingency Fee Arrangement per Court Order dated November 5, 2020 [ECF No. 103] | $ 66,000.00 | $ 66,000.00 | $ 66,000.00 |
| Line 10b | Business Asset Expenses |  | $ - |  |
| Line 10c | Personal Asset Expenses: | $ - | $ - | $ - |
| Line 10d | Investment Expenses | $ - | $ - | $ - |
| Line 10e | Third-Party Litigation | $ - | $ - | $ - |
| Line 10f | Tax Administrator Fees and Bonds | $ - | $ - | $ - |
| Line 10g | Federal and State Tax Payments | $ - | $ - | $ - |
|  | **Total Disbursements for Receivership Operations** |  |  | $ 254,606.27 |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: | $ - | $ - | $ - |
| Line 11a | Distribution Plan Development Expenses: | $ - | $ - | $ - |
| Line 11b | Distribution Plan Implementation Expenses: | $ - | $ - | $ - |

**EXHIBIT A**

| Line 12 | Disbursements to Court/Other | $ | - | $ | - | $ | - |
|---|---|---|---|---|---|---|---|
| Line 12a | Investment Expenses/Court Registry Investment System (CRIS) Fees | $ | - | $ | - | $ | - |
| Line 12b | Federal Tax Payments | $ | - | $ | - | $ | - |
| | **Total Disbursements to Court/Other** | | | | | | |
| | **Total Funds Disbursed (Lines 9-11)** | | | | | $ | 254,606.27 |
| Line 13 | **Ending Balance (As of December 31, 2021)** | | | | | $ | 237,961.23 |
| Line 14 | **Ending Balance of Fund – Net Assets:** | | | | | | |
| Line 14a | Cash & Cash Equivalents | | | | | $ | 237,961.23 |
| Line 14b | Investments | | | | | $ | - |
| Line 14c | Other Assets or Uncleared Funds | | | | | | |
| | **Total Ending Balance of Fund – Net Assets** | | | | | $ | 237,961.23 |

[1] Funds were received into the Receivership accounts for Today's Growth Consultant, Inc at City National Bank and PNC Bank. See Receipts attached hereto as Exhibit 1.

[2] Funds were disbursed to administer the receivership estate and its assets. See Expenses attached hereto as Exhibit 2.

Respectfully submitted,

Damian & Valori LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone: 305-371-3960
Facsimile: 305-371-3965

/s/ Melanie E. Damian
Melanie E. Damian
*Court-Appointed Receiver*

**Attachment 1 to Exhibit A to Receiver's Report**
**Sec v. Today's Growth Consultant, et al. - Receipts of Fiduciary Account**

| Date of Check | Check # | Amount | From |
|---|---|---|---|
| 10/1/2021 | 13814 | $ 74.00 | Ezoic Inc. |
| 10/1/2021 | 13815 | $ 71.54 | Ezoic Inc. |
| 10/21/2021 | | $ 5,000.00 | Sutton Funding |
| 10/28/2021 | 14127 | $ 76.49 | Ezoic Inc. |
| 10/28/2021 | 14126 | $ 59.11 | Ezoic Inc. |
| 11/20/2021 | 739483109 | $ 20.00 | CDL Marketing |
| 11/20/2021 | | $ 5,000.00 | Sutton Funding |
| 11/22/2021 | | $ 25.65 | EDI |
| 11/22/2021 | 740674447 | $ 208.52 | CDL Marketing |
| 11/23/2021 | | $ 39,075.40 | PNC |
| 11/29/2021 | 14453 | $ 79.20 | Ezoic Inc. |
| 11/29/2021 | 14452 | $ 47.08 | Ezoic Inc. |
| 12/2/2021 | | $ 50,000.00 | Joliet Catholic Academy |
| 12/10/2021 | 743283340 | $ 20.00 | CDL Marketing |
| 12/13/2021 | | $ 200,000.00 | Endstrom |
| 12/31/2021 | | $ 19,717.27 | PNC |
| | | $ 319,474.26 | |

**City National Bank Interest**

| Date | Explanation | Amount |
|---|---|---|
| 10/31/2021 | interest | $ 1.50 |
| 11/30/2021 | interest | $ 1.33 |
| 12/31/2021 | interest | $ 2.77 |
| Total | | $ 5.60 |

**GRAND TOTAL RECEIPTS**     $     **319,479.86**

**Attachment 2 to Exhibit A to Receiver's Report**

**Sec v. Today's Growth Consultant, et al. - Expenses of Fiduciary Account**

| Date | Payable | Amount | Description |
|---|---|---|---|
| 10/4/2021 | Google | $ 2,093.50 | |
| 10/4/2021 | Google | $ 58.31 | |
| 10/8/2021 | Contractor | $ 4,492.00 | Bi-weekly payment |
| 10/8/2021 | Contractor | $ 2,070.19 | Bi-weekly payment |
| 10/8/2021 | Contractor | $ 857.68 | Bi-weekly payment |
| 10/8/2021 | Contractor | $ 4,347.40 | Bi-weekly payment |
| 10/8/2021 | Contractor | $ 80.00 | Bi-weekly payment |
| 10/12/2021 | Twilio Go Daddy Paypal | $ 5,979.17 | |
| 10/14/2021 | Teris | $ 1,190.00 | |
| 10/14/2021 | Teris | $ 6,945.00 | |
| 10/14/2021 | Twilio Go Daddy Paypal | $ 14,807.28 | |
| 10/22/2021 | Contractor | $ 4,492.00 | Bi-weekly payment |
| 10/22/2021 | Contractor | $ 2,070.19 | Bi-weekly payment |
| 10/22/2021 | Contractor | $ 857.68 | Bi-weekly payment |
| 10/22/2021 | Contractor | $ 4,347.40 | Bi-weekly payment |
| 11/4/2021 | Google | $ 2,093.50 | |
| 11/4/2021 | Google | $ 57.56 | |
| 11/3/2021 | Twilio Go Daddy Paypal | $ 6,738.99 | |
| 11/5/2021 | Liquid Web | $ 5,000.00 | |
| 11/5/2021 | Contractor | $ 4,492.00 | Bi-weekly payment |
| 11/5/2021 | Contractor | $ 2,070.19 | Bi-weekly payment |
| 11/5/2021 | Contractor | $ 857.68 | Bi-weekly payment |
| 11/5/2021 | Contractor | $ 4,347.40 | Bi-weekly payment |
| 11/9/2021 | Teris | $ 6,945.00 | |
| 11/9/2021 | Liquid Web | $ 9,862.56 | |
| 11/19/2021 | Contractor | $ 4,492.00 | |
| 11/19/2021 | Contractor | $ 2,070.19 | |
| 11/19/2021 | Contractor | $ 857.68 | |
| 11/19/2021 | Contractor | $ 4,347.40 | |
| 11/26/2021 | Twilio Go Daddy Paypal | $ 9,441.20 | |
| 12/3/2021 | Contractor | $ 4,492.00 | Bi-weekly payment |
| 12/3/2021 | Contractor | $ 2,070.19 | Bi-weekly payment |
| 12/3/2021 | Contractor | $ 857.68 | Bi-weekly payment |
| 12/3/2021 | Contractor | $ 4,347.40 | Bi-weekly payment |
| 12/3/2021 | Contractor | $ 120.00 | Bi-weekly payment |
| 12/4/2021 | Google | $ 2,093.50 | |
| 12/4/2021 | Google | $ 57.69 | |
| 12/13/2021 | Lquidweb | $ 8,000.00 | |
| 12/17/2021 | Contractor | $ 4,492.00 | Bi-weekly payment |
| 12/17/2021 | Contractor | $ 2,070.19 | Bi-weekly payment |
| 12/17/2021 | Contractor | $ 857.68 | Bi-weekly payment |
| 12/17/2021 | Contractor | $ 4,347.40 | Bi-weekly payment |

**Attachment 2 to Exhibit A to Receiver's Report**

**Sec v. Today's Growth Consultant, et al. - Expenses of Fiduciary Account**

| Date | Payable | Amount | Description |
|---|---|---|---|
| 12/13/2021 | Teris | $ 7,955.08 | |
| 12/31/2021 | contractor | $ 5,615.00 | Bi-weekly payment |
| 12/31/2021 | contractor | $ 2,585.62 | Bi-weekly payment |
| 12/31/2021 | contractor | $ 1,072.10 | Bi-weekly payment |
| 12/31/2021 | contractor | $ 5,429.81 | Bi-weekly payment |
| 12/28/2021 | Twilio Go Daddy Paypal | $ 10,846.52 | |
| 12/31/2021 | Contractor | $ 1,123.00 | weekly payment |
| 12/31/2021 | Contractor | $ 515.43 | weekly payment |
| 12/31/2021 | Contractor | $ 214.42 | weekly payment |
| 12/31/2021 | Contractor | $ 1,082.41 | weekly payment |
| | | $ 188,606.27 | |

**Contingency Fee Arrangement per Court Order dated November 5, 2020 [ECF No. 103]**

| Matter | Settlement Amt | DVLLP @ 33% | Total DVLLP |
|---|---|---|---|
| Engstrom | $200,000.00 | $66,000.00 | $66,000.00 |

**GRAND TOTAL EXEPENSE**      **$254,606.27**