# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Securities and Exchange Commission

                                                Plaintiff,

v.                                                                                         Case No.: 1:19–cv–08454

                                                                                           Honorable Andrea R. Wood

Todays Growth Consultant Inc., et al.

                                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 15, 2022:

      MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing held on 2/15/2022. Plaintiff and Receiver's joint motion for extension of time [187] is granted. The parties shall file any stipulation regarding the Receiver's petitions for fees [174], [182] by 2/18/2022. Telephonic motion hearing set for 3/2/2022 at 10:30 AM. For the reasons stated on the record, the Receiver's motion to approve settlement and release agreement with Dave Conklin, Conklin Web Properties, LLC d/b/a Conklin Media, Conklin Media LLC, and Conklin & Courtright LLC, and to authorize payment of contingency fee and costs to Receiver's Counsel [180] is granted. Defendant Courtright's motion for turnover/release of his computer and hard drive [181] is granted. Clark Hill Law Firm is directed to turn over and release Mr. Courtright's computer and hard drive to Michael Leonard. Attorney Leonard is directed to maintain the laptop and hard drive in working condition and shall make the laptop and hard drive available for access by the S.E.C., if necessary pursuant to the Court's direction. The laptop shall not be altered in any way that might affect its functionality or ability to be accessed. For the reasons stated on the record, Defendant Courtright's motion for an order from this Court requiring the Receiver to carry out certain legal obligated actions [185] is denied. Telephonic status hearing set for 5/19/2022 at 10:30 AM. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. The call–in number is (888) 557–8511 and the access code is 3547847. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court–issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (dal, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was

generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at **www.ilnd.uscourts.gov**.