

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) ) | |
| v. | ) ) ) | No. 19 CV 8454<br>Judge Wood |
| TODAY'S GROWTH CONSULTANT, INC., | ) ) ) ) | |
| Defendant. | ) ) ) | |

## KEN COURTRIGHTS' RESPONSE AND OBJECTION TO JOINT MOTION TO AMEND STIPULATION AND PROTECTIVE ORDER

Ken Courtright, states as follows as his Response and Objection to Joint Motion to

Amend Stipulation and Protective Order.

1. The Receiver asks this Court to allow it to disclose, without any limits at all, the documents produced in this lawsuit.

2. The Receiver has not provided to this Court any basis for such unlimited disclosure of those documents. The Receiver has not provided any examples of the types of documents that it seeks to disclose.

3. In addition, as the Court is aware, Mr. Courtright is in the middle of a federal criminal case.

4. The disclosure of documents from this case may very well serve to prejudice witnesses against Mr. Courtright and/or influence their testimony.

5. If the Receiver wants to disclose documents from this case after the case is over, that would be acceptable.

6. Finally, the protective order was originally drafted, agreed on and settled between the Receiver and Mr. Courtright's prior law firm, Clark Hill. Mr. Courtright believes that Clark Hill had his best interest in mind when the protective order was originally drafted and if they thought that an amendment or section to allow any and all documents to be shown was proper, they

1

would have allowed it when it was originally drafted. As Mr. Courtright is now Pro Se, he feels that this amendment should not be allowed.

6. Mr. Courtright asks the Court to deny the Motion.

        Submitted:

        Ken Courtright

**PROOF OF SERVICE**

    Ken Courtright filed this document with the Court by emailing it to Judge Wood's clerk on February 25th so it can be placed on the docket system.

        Submitted:

        Ken Courtright