# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Securities and Exchange Commission

          Plaintiff,

v.                  Case No.: 1:19−cv−08454
                  Honorable Andrea R. Wood

Todays Growth Consultant Inc., et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 2, 2022:

  MINUTE entry before the Honorable Andrea R. Wood: Telephonic motion hearing held on 3/2/2022. For the reasons stated on the record, the Court adopts the parties' stipulation concerning receiver's interim fee applications [191] as unopposed. Enter Stipulation and Order Concerning Receiver's Interim Fee Applications. For the reasons stated on the record and over Defendant Courtright's objection, the Receiver and S.E.C.'s joint motion to amend stipulation and protective order prohibiting use of documents and information outside of this litigation and the related criminal proceeding against Kenneth D. Courtright, III, and requiring redaction if filed in court [192] is granted with the modification stated on the record. Enter Amended Order. Telephonic status hearing set for 5/19/2022 remains firm. Mailed notice (dal, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.