**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) ) ) Plaintiff, ) ) ) v. ) ) ) TODAY'S GROWTH CONSULTANT, INC. ) et al., ) ) ) Defendants. ) | No. 19-cv-08454<br><br>Judge Andrea R. Wood |

**AMENDED PROTECTIVE ORDER PROHIBITING USE OF DOCUMENTS AND INFORMATION OUTSIDE OF THIS LITIGATION AND THE RELATED CRIMINAL PROCEEDING AGAINST KENNETH D. COURTRIGHT, III,
<u>AND REQUIRING REDACTION IF FILED IN COURT</u>**

This amended Protective Order replaces the Stipulation and Protective Order Prohibiting Use of Documents and Information Outside of this Litigation and the Related Criminal Proceeding Against Kenneth D. Courtright, III, and Requiring Redaction if Filed in Court [ECF No. 100] entered by this Court on September 24, 2020.

1. All documents and other information produced or received by any Party in the course of this litigation, including all testimony transcripts (collectively "Materials"), are subject to this protective order and shall be used exclusively for purposes of this litigation or the criminal proceeding captioned *United States of America v. Kenneth D. Courtright,* 1:20-cr-00077 (N.D. Ill.). Any copies, reproductions, and notes of the Materials shall be treated in the same manner as the original Materials.

Any Party noticing a deposition or otherwise desiring to show a potential witness or his or her counsel such Materials shall provide a copy of this Amended Protective Order to the

witness or potential witness and counsel in advance of showing them any Materials, and shall require the witness or proposed witness and counsel to sign Exhibit A hereto. Potential witnesses and their counsel may not retain copies of any Materials without prior permission of the Court.

2. The following information shall be redacted from any public filing made with the Court in this litigation, including, but not limited to, any brief or exhibit:

    a. The identity of any counterparty to any Consulting Performance Agreement or Software Development Agreement entered into by Todays Growth Consultant Inc. ("TGC") from 2005 through 2019, and any contact information for that counterparty, including but not limited to, phone numbers, email addresses, and physical addresses, and, if the counter-party is an entity, the identity and contact information for any person associated with the counterparty; and

    b. The identity of any website held by TGC, regardless of whether the website is or was assigned to a Consulting Performance Agreement or Software Development Agreement or counter-party, or is unassigned but available to be assigned, or is held by TGC for its own benefit.

3. Notwithstanding any other provisions contained herein, nothing in this Amended Protective Order shall be construed to limit or otherwise abrogate the SEC's ability to make its files available pursuant to the "Routine Uses of Information" section of SEC Forms 1661 or 1662, or to comply with any other statutory obligation.

4. Nothwithstanding any other provisions contained herein, nothing in this Amended Protective Order shall be construed to limit the Receiver's right to use the documents and information of Todays Growth Consultant Inc. d/b/a The Income Store ("TGC Records")[1] in

---

[1] TGC's Records include, without limitation all documents, information, databases, email accounts, correspondences, accounting records, bank account records, paper files and other records of TGC currently in the possession, custody or control of the Receiver that were obtained during the execution of the mandates of the Appointment Order and/or that were forensically imaged,

fulfilling her duties and obligations under the *Order Appointing Receiver* dated December 30, 2019 [ECF No. 19], including in any action in which the Receiver may pursue claims on behalf of TGC or the Receivership Estate; provided that, if the Receiver is required to produce any TGC Records in any such action, prior to production the Receiver shall (a) seek and obtain entry of a protective order or confidentiality order in that action similar in substance to the protective order in this action to govern the use, disclosure, and treatment of TGC Records, or (b) if unable to obtain such a protective order, file an appropriate motion seeking permission from this Court to produce the documents in connection with the other action.

5. Upon the later of the conclusion of this litigation, or the conclusion of the above-referenced criminal proceeding, Defendant Courtright and his counsel shall dispose of all Materials, copies, reproductions, and notes thereof, in one of three ways, unless otherwise ordered by the Court: (i) destroyed, (ii) returned to the SEC, (iii) retained in the files of Courtright's counsel. In the event that the Materials, copies, reproductions, and/or notes are retained by counsel, the restrictions on this Order continue in effect so long as the Materials, copies, reproductions, and/or notes are so maintained, and may not be disseminated or used in connection with any other matter without further order of this Court.

---

preserved, and archived by the Receiver and her professionals in the performance of the Receiver's duties and obligations as set forth in the Appointment Order.

6. This Amended Proposed Protective Order may be modified by agreement of the Receiver, Courtright, and the SEC, and upon further Order of the Court for good cause shown.

**SO ORDERED:**

*[signature]*

ANDREA R. WOOD
UNITED STATES DISTRICT JUDGE

Date: March 3, 2022

# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | No. 19-cv-08454 |
| v. | ) ) | Judge Andrea R. Wood |
| TODAY'S GROWTH CONSULTANT, INC. et al., | ) ) ) | |
| Defendants. | ) | |

I hereby acknowledge that I am to receive documents or information pursuant to the terms of an Amended Protective Order Prohibiting Use of Documents and Information Outside of This Litigation and the Related Criminal Proceeding Against Kenneth D. Courtright, III, and Requiring Redaction if Filed in Court ("Order") in *Securities and Exchange Commission v. Todays Growth Consultant Inc., et al.*, Case No. 1:19-cv-08454, pending in the United States District Court for the Northern District of Illinois.

I acknowledge receipt of a copy of the Order, and certify that I have read it. I agree to be bound by the terms and restrictions set forth therein as if I were a Party. I agree to submit to the jurisdiction of the United States District Court for the Northern District of Illinois with respect to any proceedings relating to or arising from this Declaration.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____
(Signed)

_____
(Print Name)

_____
(Date)