# EXHIBIT A

Melanie E. Damian, Esq., as Receiver
DAMIAN & VALORI, LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
STANDARDIZED FUND ACCOUNTING REPORT
CIVIL – RECEIVERSHIP FUND FOR SEC v. TODAY'S GROWTH CONSULTANT, INC, ET AL.
Reporting Period 1/1/2022 to 3/31/2022

|  |  | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (As of 1/1/2022): | $ - | $ - | **$237,961.23** |
|  | **Increases in Fund Balance:** |  |  |  |
| Line 2 | Business Income | $ - | $ - | $ . - |
| Line 3 | Cash and Securities [1] | $ 229,443.43 | $ 229,443.43 | $ 229,443.43 |
| Line 4 | Interest/Dividend Income [1] | $ 13.11 | $ 13.11 | $ 13.11 |
| Line 5 | Business Asset Liquidation |  | $ - | $ - |
| Line 6 | Personal Asset Liquidation | $ - | $ - | $ - |
| Line 7 | Third-Party Litigation Income | $ - | $ - | $ - |
| Line 8 | Miscellaneous - Other | $ - | $ - | $ - |
|  | **Total Funds Available (Lines 1-8):** |  |  | $ 467,417.77 |
|  | **Decreases in Fund Balance:** |  |  |  |
| Line 9 | Disbursements to Investors |  |  |  |
| Line 10 | Disbursements for Business Operations [2] | $ 32,437.80 | $ 32,437.80 | $ 32,437.80 |
| Line 10a | Disbursements to Receiver or Other Professionals - Contingency Fee Arrangement per Court Order dated November 5, 2020 [ECF No. 103] | $ 57,828.74 | $ 57,828.74 | $ 57,828.74 |
| Line 10b | Business Asset Expenses |  | $ - |  |
| Line 10c | Personal Asset Expenses: | $ - | $ - | $ - |
| Line 10d | Investment Expenses | $ - | $ - | $ - |
| Line 10e | Third-Party Litigation | $ - | $ - | $ - |
| Line 10f | Tax Administrator Fees and Bonds | $ - | $ - | $ - |
| Line 10g | Federal and State Tax Payments | $ - | $ - | $ - |
|  | **Total Disbursements for Receivership Operations** |  |  | $ 90,266.54 |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: | $ - | $ - | $ - |
| Line 11a | Distribution Plan Development Expenses: | $ - | $ - | $ - |
| Line 11b | Distribution Plan Implementation Expenses: | $ - | $ - | $ - |

| Line 12 | Disbursements to Court/Other | $ | - | $ | - | $ | - |
|---------|------------------------------|---|---|---|---|---|---|
| Line 12a | Investment Expenses/Court Registry Investment System (CRIS) Fees | $ | - | $ | - | $ | - |
| Line 12b | Federal Tax Payments | $ | - | $ | - | $ | - |
| | **Total Disbursements to Court/Other** | | | | | | |
| | **Total Funds Disbursed (Lines 9-11)** | | | | | $ | 90,266.54 |
| **Line 13** | **Ending Balance (As of March 31, 2022)** | | | | | $ | 377,151.23 |
| **Line 14** | **Ending Balance of Fund – Net Assets:** | | | | | | |
| Line 14a | Cash & Cash Equivalents | | | | | $ | 377,151.23 |
| Line 14b | Investments | | | | | $ | - |
| Line 14c | Other Assets or Uncleared Funds | | | | | | |
| | **Total Ending Balance of Fund – Net Assets** | | | | | $ | 377,151.23 |

[1] Funds were received into the Receivership accounts for Today's Growth Consultant, Inc at City National Bank and PNC Bank. See Receipts attached hereto as Exhibit 1.

[2] Funds were disbursed to administer the receivership estate and its assets. See Expenses attached hereto as Exhibit 2.

Respectfully submitted,

Damian & Valori LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone: 305-371-3960
Facsimile: 305-371-3965

/s/ Melanie E. Damian
Melanie E. Damian
*Court-Appointed Receiver*

**Attachment 1 to Exhibit A to Receiver's Report**
**Sec v. Today's Growth Consultant, et al. - Receipts of Fiduciary Account**

| Date of Check | Check # | Amount | | From |
|---|---|---|---|---|
| 12/28/2021 | 14771 | $ | 65.87 | Ezoic Inc. |
| 9/28/2021 | 14772 | $ | 90.31 | Ezoic Inc. |
| 1/13/2022 | | $ | 10,000.00 | Joliet Catholic Academy |
| 1/21/2022 | | $ | 170,000.00 | Conklin Web Properties |
| 1/21/2022 | | $ | 5,000.00 | Sutton Funding |
| 1/24/2022 | | $ | 2,665.81 | PNC |
| 1/28/2022 | 15134 | $ | 37.72 | Ezoic Inc. |
| 1/28/2022 | 15135 | $ | 71.25 | Ezoic Inc. |
| 2/2/2022 | | $ | 499.10 | Go Daddy |
| 2/16/2022 | | $ | 10,000.00 | Joliet Catholic Academy |
| 2/18/2022 | | $ | 5,000.00 | Sutton Funding |
| 3/15/2022 | | $ | 10,000.00 | Joliet Catholic Academy |
| 3/17/2022 | | $ | 8,956.56 | PNC |
| 3/21/2022 | | $ | 5,000.00 | Sutton Funding |
| 3/23/2022 | | $ | 599.10 | Go Daddy |
| 3/31/2022 | | $ | 1,457.71 | PNC |
| Total | | $ | 229,443.43 | |

**City National Bank Interest**

| Date | Explanation | Amount | |
|---|---|---|---|
| 1/31/2022 | interest | $ | 3.73 |
| 2/28/2022 | interest | $ | 4.66 |
| 3/31/2022 | interest | $ | 4.72 |
| Total | | $ | 13.11 |

**GRAND TOTAL RECEIPTS**     $    229,456.54

**Attachment 2 to Exhibit A to Receiver's Report**

**Sec v. Today's Growth Consultant, et al. - Expenses of Fiduciary Account**

| Date | Payable | Amount | | Description | |
|------|---------|--------|--|-------------|--|
| 1/5/2022 | Google | $ | 1,939.62 | | |
| 1/5/2022 | Google | $ | 55.07 | | |
| 1/20/2022 | Teris | $ | 6,945.00 | | 1580 |
| 2/1/2022 | Twilio Go Daddy | $ | 4,592.61 | | |
| 2/4/2022 | Google | $ | 29.14 | | |
| 2/4/2022 | Google | $ | 503.50 | | |
| 2/18/2022 | Teris | $ | 6,609.00 | | 1581 |
| 2/28/2022 | Secretary of State | $ | 75.00 | renewal of IL | 1582 |
| 3/7/2022 | Google | $ | 29.14 | | |
| 3/7/2022 | Google | $ | 571.82 | | |
| 3/9/2022 | Twilio Go Daddy | $ | 128.90 | | |
| 3/15/2022 | Mini-Cubes LLC | $ | 4,350.00 | | 1583 |
| 3/15/2022 | Teris | $ | 6,609.00 | | 1584 |
| | Total | $ | 32,437.80 | | |

**Professional Fee Continigency Fee Schedule**

| Matter | Settlement Amt | DVLLP @ 33% | Costs | | Total DVLLP |
|--------|---------------|-------------|-------|--|-------------|
| Conklin | $170,000.00 | $56,100.00 | $ | 1,728.74 | $57,828.74 |

**GRAND TOTAL EXPENSE**        **$88,537.80**