UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> TODAY'S GROWTH CONSULTANT, INC. : <br> (dba THE INCOME STORE) : <br> : <br> and : <br> : <br> KENNETH D. COURTRIGHT, III, : <br> : <br> Defendants. : <br> : | Civil Action No. 1:19-CV-08454 |

**RECEIVER'S SUPPLEMENTAL REPORT AND PROPOSED ORDER
IN CONNECTION WITH HER NINTH INTERIM FEE APPLICATION
PURSUANT TO COURT ORDER DATED MAY 19, 2022 [ECF NO. 209]**

The Receiver Melanie E. Damian, as Receiver ("Receiver") for Todays Growth Consultant Inc. ("TGC"), pursuant to Court Order dated May 19, 2022 [ECF No. 209], hereby file this supplemental report and proposed order in connection the Receiver's Ninth Interim Fee Application [ECF No. 206].

On May 19, 2022, this Court held a status conference hearing with the parties that addressed, among other things, the Receiver's progress in litigating the Estate's recovery actions against third parties, affiliates and insiders, the Receiver's collection of the proceeds from the sale of the Estate's assets, and the Receiver's proposal to use a portion of the sale proceeds to satisfy the outstanding debts of the Estate – specifically, the fees and costs of the Receiver's retained professionals through December 31, 2021, as outlined in the Stipulation and Order Concerning Receiver's Interim Fee Applications ("Stipulation and Order") [ECF No. 196]. During the status

conference hearing and in accordance with the terms of the Stipulation and Order, the Receiver detailed her proposal to utilize a portion of the asset sale proceeds to make payments to her retained professionals. The Receiver further proposed to utilize the sale proceeds remaining after issuing payment to the Receiver's professionals (other than the Receiver's lead counsel, Damian & Valori, LLP ("Lead Counsel"), to pay a small portion of Lead Counsel's outstanding fees and costs, pursuant to the Stipulation and Order, in an amount to be determined after consulting with SEC counsel, and the fees and costs of the Receiver's other professionals sought in the Receiver's Ninth Interim Fee Application.

At the conclusion of the status conference hearing, the Court authorized the Receiver to pay 80% of the fees and 100% of the costs incurred by her professionals (other than Lead Counsel) through December 31, 2021, as set forth in the Stipulation and Order. Further, the Court directed the Receiver to meet and confer with SEC counsel to discuss whether any of the remaining sale proceeds should be used to pay any portion of Lead Counsel's outstanding fees and costs given the expenses that the Estate had incurred since entry of the Stipulation and Order and the expenses the Estate will incur in the future and to discuss the proposed payments to the Receiver's other professionals, pursuant to the Receiver's Ninth Interim Fee Application. And, the Court ordered the Receiver to file a supplemental report and proposal regarding these issues by June 6, 2022.[1]

The Receiver's counsel and SEC counsel have conferred and reached an agreement regarding the foregoing issues. In particular, the Receiver and SEC counsel agreed, subject to Court approval, to the Receiver's use of funds in the Estate (including the proceeds of the sale of the Estate's assets remaining after payment to the Receiver's professionals (other than Lead

---

[1] On June 6, 2022, the Receiver filed an agreed motion for extension of time to file her supplemental report and proposal through and including June 10, 2022. ECF No. 210. On June 7, 2022, the Court entered an order granting the Receiver's agreed motion. ECF No. 211.

2

Counsel) for their fees and costs through December 31, 2021), to pay the fees and costs incurred by her professionals (other than Lead Counsel) during the First Quarter of 2022, as set forth in her Ninth Fee Application. Specifically, in that Fee Application, the Receiver sought authorization to issue payment to her Illinois counsel, Rachlis Duff & Peel, LLC, in the amount of **$1,398.40** (comprising $1,398.40 in fees (80% of $1,748.00) and no costs) and to her forensic accountant and tax consultant, Kapila Mukamal, LLP, in the amount of **$1,029.62** (comprising $984.80 in fees (80% of $1,231) and $44.82 in costs). *See* ECF No. 206. Such fees and costs are well below the quarterly caps for these professionals established in the Stipulation and Order and, as such, the Receiver seeks authorization to issue these payments as set forth in the proposed Order attached hereto as **Exhibit A**. The Receiver and her Lead Counsel will hold back the $511,426.07 in fees requested on their behalf in the Fourth through Eighth Fee applications, as contemplated by Paragraph 24 of the Stipulation and Order. Further, at this time, the Receiver and her Lead Counsel are not seeking approval of or authorization to pay the Receiver's and her Lead Counsel's fees and costs in connection with the Ninth Fee Application.

Respectfully submitted this 10th day of June 2022.

    DAMIAN & VALORI, LLP
*Counsel for Melanie E. Damian, Receiver*
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone: (305) 371-3960
Facsimile: (305) 371-3965
*/s/ Kenneth Dante Murena*
Kenneth Dante Murena, Esq.
Florida Bar No. 147486
E-mail: kmurena@dvllp.com
*Admitted Pro Hac Vice and*
*General Admission to N.D. Ill.*

## CERTIFICATE OF SERVICE

I HEARBY CERTIFY that a true and correct copy of the foregoing was served via electronic transmission via this Court's CM/ECF filing system on June 10, 2022 on all counsel or parties who have appeared in the above-styled action.

/s/ Kenneth Dante Murena
Kenneth Dante Murena, Esq.
*Counsel for Melanie E. Damian,*
*Court-Appointed Receiver*
(*Admitted Pro Hac Vice and*
*General Admission to N.D. Ill.*)
