IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMISSION, | ) ) ) | |
| Plaintiff, | ) ) | No. 19-cv-08454 |
| v. | ) ) | Judge Andrea R. Wood |
| TODAY'S GROWTH CONSULTANT, INC. et al., | ) ) ) | |
| Defendants. | ) | |

**ORDER GRANTING IN PART RECEIVER'S NINTH INTERIM APPLICATION FOR AN ORDER APPROVING AND AUTHORIZING PAYMENT OF FEES AND EXPENSES OF RECEIVER AND HER PROFESSIONALS**

THIS CAUSE came before the Court upon the *Receiver's Ninth Application for an Order Approving and Authorizing Payment of Fees and Expenses of Receiver and Her Professionals* (the "Application") [ECF No. 206]. The Court, having reviewed the Application, noting that the fees and costs of Rachlis Duff & Peel, LLC and Kapila Mukamal, LLP requested therein are reasonable, necessary and commensurate with the skills and experience required for the activities performed and described therein, are consistent with the limits on their fees and costs established by Paragraph 25 of the Stipulation and Order [ECF No. 196], and otherwise being fully advised in the matter, finds good cause to approve the Application as it relates to the fees and costs of Rachlis Duff & Peel, LLC and Kapila Mukamal, LLP.

Accordingly, it is **ORDERED** as follows:

1. The total amount of fees and costs that the Receiver's Illinois Counsel, Rachlis Duff & Peel, LLC, incurred in assisting the Receiver to fulfill her duties during the Application Period in the amount of $1,748.00 is hereby **APPROVED.**

2. The Receiver is **AUTHORIZED** to use the Estate's funds to pay the Receiver's Illinois Counsel, Rachlis Duff & Peel, LLC, in the amount of $1,398.40 (comprising $1,398.40 in fees (80% of $1,748.00) and no costs) for work performed in assisting the Receiver to fulfill her duties.

3. The total amount of fees and costs that the Receiver's Forensic Accountant, Kapila Mukamal, LLP, incurred in assisting the Receiver to fulfill her duties during the Application Period in the amount of $1,231.00 is hereby **APPROVED**.

4. The Receiver is **AUTHORIZED** to use the Estate's funds to pay to her Forensic Accountant, Kapila Mukamal, LLP, the amount of $1,029.62 (comprising $984.80 in fees (80% of $1,231) and $44.82 in costs) for work performed in assisting the Receiver to fulfill her duties.

5. The Court reserves final approval of the fees and costs incurred by the Receiver and her Lead Counsel, Damian & Valori LLP, in fulfilling the Receiver's duties during the Application Period until such time as the Receiver is discharged of her duties in this matter and/or final disbursement of funds held by the Estate.

**DONE AND ORDERED**, this 1st day of September, 2022, in the Northern District of Illinois.

_____
ANDREA R. WOOD
UNITED STATES DISTRICT COURT JUDGE