**EXHIBIT D**



## CPAs, Forensic and Insolvency Advisors

EIN #46-5394135

---

**SEC V. TODAYS GROWTH CONSULTANT, ET AL**
**Client ID: 90144**
**Q2 Standard Invoice #9048 - 06/30/22**

### TIME SUMMARY BY STAFF

| Staff | Hours | Rate | Amount |
|---|---|---|---|
| SKB - SURUCHI BANEZ - PRINCIPAL CPA, CIRA, CFE | 20.40 | 290.00 | 5,916.00 |
| MMD - MELISSA DAVIS - PARTNER CPA, CIRA, CFE | 2.90 | 290.00 | 841.00 |
| TOTAL | 23.30 | | $6,757.00 |
| | **BLENDED RATE** | **$290.00** | |
| | TOTAL EXPENSES | | 115.22 |
| TOTAL AMOUNT OF THIS INVOICE | | | $6,872.22 |

---

Kapila Building • 1000 South Federal Highway • Suite 200 • Fort Lauderdale FL 33316
• Broward 954-761-1011 • Dade 786-517-5771
Affiliated Office in London, England
www.kapilamukamal.com



**D-1**



# Kapila Mukamal
CPAs, Forensic and Insolvency Advisors
1000 S. Federal Highway, Suite 200
Fort Lauderdale, FL 33316
Phone - 954-761-1011   F - 954-761-1033   www.kapilamukamal.com
EIN #46-5394135

SEC V. TODAYS GROWTH CONSULTANT, ET AL
C/O MELANIE E. DAMIAN, RECEIVER
DAMIAN & VALORI LLP
VIA EMAIL: MDAMIAN@DVLLP.COM;
KMURENA@DVLLP.COM;
JSERNA@DVLLP.COM

Invoice: 9048
06/30/2022
Client ID: 90144

For Professional Services Rendered Through June 30, 2022

| # | DATE | STAFF | DESCRIPTION | HRS | AMOUNT |
|---|------|-------|-------------|-----|--------|
| | | | **LITIGATION SUPPORT** | | |
| 1 | 01/17/2022 | SKB | PREPARE UPDATED TRANSACTION DETAIL FOR WILLIAM COURTRIGHT AND COURTRIGHT CONSULTING TO ADDRESS EMAIL FROM ALLISON LEONARD. | 1.80 | 522.00 |
| 2 | 01/18/2022 | SKB | REVIEW AND ANALYZE BANK SUPPORT FOR RONALD FOSSUM TRANSACTION DETAIL TO ADDRESS EMAIL FROM JONATHAN GROTH. | 0.50 | 145.00 |
| 3 | 01/19/2022 | SKB | PREPARE UPDATED COMBINED TRANSACTION DETAIL SCHEDULE FOR RON FOSSUM AND SMSIF TO ADDRESS REQUEST FROM JONATHAN GROTH. | 1.90 | 551.00 |
| 4 | 01/20/2022 | SKB | T/C WITH JONATHAN GROTH AND CHRISTINE DIMITRIOU REGARDING RON FOSSUM AND SMSIF ANALYSIS. | 0.50 | 145.00 |
| 5 | 01/21/2022 | SKB | PREPARE ANALYSIS OF EBC INVESTMENTS, CHRIS GOHEEN, BEN MOSS, AND ED CASTNER TRANSACTIONS TO DETERMINE IF NET LOSERS OR WINNERS TO ADDRESS EMAIL FROM ALLISON LEONARD. | 1.10 | 319.00 |
| 6 | 02/09/2022 | SKB | REVIEW AND ANALYZE BANK DOCUMENTS TO GATHER SUPPORT FOR PEPPERDINE TRANSACTIONS PER REQUEST OF JONATHAN GROTH. | 0.90 | 261.00 |
| 7 | 04/04/2022 | SKB | PREPARE TRANSACTION DETAIL SCHEDULES FOR MCA FUND/ REVIVE FUND / BUSINESS FUNDING SOURCE. | 1.20 | 348.00 |
| 8 | 04/06/2022 | SKB | PREPARE TRANSACTION DETAIL FOR CODY NEER AND BUCKS OF AMERICA FROM BANK RECONSTRUCTION ACTIVITY AND REVIEW SUPPORTING DOCUMENTS TO PRODUCE TO COUNSEL. | 2.80 | 812.00 |
| 9 | 04/14/2022 | SKB | CONTINUE TO PREPARE BREAKDOWN OF INCOME FROM BANK RECONSTRUCTION BY BANK ACCOUNT TO COMPARE TO BREAKDOWN REFLECTED IN P&L BETWEEN INVESTOR DEPOSITS AND OTHER OPERATING/ WEBSITE INCOME. REVIEW FINANCIAL DOCUMENTS PRODUCED BY HEARTLAND BANK. | 0.50 | 145.00 |
| 10 | 04/20/2022 | SKB | T/C WITH C. MURENA, K. MURENA AND M. DAVIS REGARDING MORTGAGE ANALYSIS AND DECLARATION. | 0.40 | 116.00 |
| 11 | 04/20/2022 | SKB | PREPARE SEGREGATED TRANSACTION DETAIL SCHEDULES FOR CODY NEER AND BUCKS OF AMERICA. | 0.40 | 116.00 |
| 12 | 04/20/2022 | SKB | PREPARE CATEGORY ANALYSIS BY YEAR FOR HB 5912 CASH ACTIVITY FROM MAY 2014 TO OCTOBER 2018 FOR MORTGAGE | 2.10 | 609.00 |

**KapilaMukamal, LLP**          Invoice #9048          8/5/2022          Page 2 of 2

| | | | | | |
|---|---|---|---|---|---|
| | | | LOAN ANALYSIS AND DECLARATION. | | |
| 13 | 04/21/2022 | SKB | FINALIZE TRANSACTION DETAIL SCHEDULES FOR CODY NEER / BUCKS OF AMERICA. | 0.50 | 145.00 |
| 14 | 04/21/2022 | MMD | ANALYSIS OF PAYMENTS FOR MORTGAGE. | 0.60 | 174.00 |
| 15 | 04/26/2022 | SKB | REVIEW AND REVISE DECLARATION REGARDING MORTGAGE PAYMENTS FROM HB 5912. | 1.70 | 493.00 |
| 16 | 04/27/2022 | SKB | REVIEW AND REVISE DECLARATION REGARDING MORTGAGE LOAN PAYMENTS FROM HB 5912. | 0.40 | 116.00 |
| 17 | 04/29/2022 | SKB | REVIEW Q1 INVOICES TO DRAFT NARRATIVE FOR Q1 STATUS REPORT. | 0.50 | 145.00 |
| 18 | 05/02/2022 | SKB | FINALIZE DECLARATION AND ACCOMPANYING EXHIBITS REGARDING MORTGAGE LOAN PAYMENTS AND PROCEEDS. | 1.90 | 551.00 |
| 19 | 05/02/2022 | MMD | ATTEND TO DECLARATION RE MORTGAGE. | 2.30 | 667.00 |
| 20 | 06/03/2022 | SKB | RESEARCH AND ADDRESS FOLLOW-UP EMAILS FROM CONNOR HEALEY REGARDING OTHER HEARTLAND BANK ACCOUNTS. | 0.70 | 203.00 |
| 21 | 06/15/2022 | SKB | T/C WITH CONNOR HEALEY TO ADDRESS QUESTIONS REGARDING BANK RECONSTRUCTION PROCESS. | 0.60 | 174.00 |

                                                                                  6,757.00
                                                                                  6,757.00

EXPENSES

| | | | | |
|---|---|---|---|---|
| 04/30/2022 | EXP | SHAREFILE - APRIL 2022 | | 2.92 |
| 04/30/2022 | EXP | PACER - APRIL 2022 | | 18.00 |
| 05/05/2022 | EXP | ACTIONABLE INTELLIGENCE TECHNOLOGIES - INV 2775 - MAY 2022 | | 62.80 |
| 05/31/2022 | EXP | SHAREFILE - MAY 2022 | | 2.91 |
| 05/31/2022 | EXP | PACER - MAY 2022 | | 11.50 |
| 06/03/2022 | EXP | OPENVOICE (CONFERENCE CALL) - JUNE 2022 | | 14.19 |
| 06/30/2022 | EXP | SHAREFILE - JUNE 2022 | | 2.90 |

                                                                                  115.22
                                                                                  115.22

                                          Total amount of this invoice          $6,872.22

Invoice payable upon receipt.  Thank you for this opportunity to be of service.