**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION,** ) ) ) ) | |
| Plaintiff, ) | Civil Action No. 1:19-CV-08454 |
| ) | |
| v. ) | Hon. Andrea R. Wood |
| ) | |
| **TODAYS GROWTH CONSULTANT INC. (d/b/a THE INCOME STORE),** ) ) ) | |
| and ) | |
| ) | |
| **KENNETH D. COURTRIGHT, III,** ) ) | |
| Defendants. ) ) | |

**[REVISED PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART**
**RECEIVER'S TENTH INTERIM FEE APPLICATION**

THIS CAUSE came before the Court upon the *Receiver's Tenth Application for an Order Approving and Authorizing Payment of Fees and Expenses of Receiver and Her Professionals* dated August 15, 2022 (the "Application") [ECF No. 223]. The Court, having reviewed the Application and the SEC's Position on the Application dated September 9, 2022 [ECF No. 230], noting that the Receiver and the Securities and Exchange Commission have agreed that certain fees and costs reflected in the Application reflect work done in support of the Ancillary Actions, which are subject to the Stipulation and Order Concerning the Receiver's Payment of Expenses in the Ancillary Actions dated September 1, 2022 [ECF No. 228], and finding that the remaining fees and costs sought by the Application are reasonable, necessary and commensurate with the skills and experience required for the activities performed and described in the Application, and are

consistent with the limits on fees and costs established by Paragraph 25 of the Stipulation and Order ("September 1, 2022 Stipulation and Order") [ECF No. 196], and otherwise being fully advised in the matter, finds good cause to grant in part and deny in part the Application, as set forth below.

Accordingly, it is **ORDERED** as follows:

1. The Application is granted in part and denied in part as set forth herein.

2. The total amount of fees and costs that the Receiver's Illinois Counsel, Rachlis Duff & Peel, LLC, incurred in assisting the Receiver to fulfill her duties during the Application Period in the amount of $1,322.00 is hereby **APPROVED.**

3. The Receiver is **AUTHORIZED** to use the Estate's funds to pay the Receiver's Illinois Counsel, Rachlis Duff & Peel, LLC, in the amount of $1,057.60 (comprising $1,057.60 in fees (80% of $1,322) and no costs) for work performed in assisting the Receiver to fulfill her duties during the Application Period.

4. The fees totaling $2,871 that the Receiver's Forensic Accountant, Kapila Mukamal, LLP, incurred in assisting the Receiver to fulfill her duties during the Application Period, reflected in entries 10, 12, 14, 15, 16, 17, 18, and 19 of Exhibit D to the Application [ECF No. 223-4, ECF No. 230, Ex. A (enumerating the entries)], and costs totaling $115.22, are hereby **APPROVED.**

5. The Receiver is **AUTHORIZED** to use the Estate's funds to pay to her Forensic Accountant, Kapila Mukamal, LLP, in the amount of $2,368.82 (comprising $2,296.80 in fees (80% of $2,871) and $115.22 in costs).

6. Because the remaining entries in the invoice of Kapila Mukamal, LLC, attached as Exhibit D to the Application [ECF No. 223-4, ECF No. 230, Ex. A], pertain to the various ancillary actions that the Receiver is prosecuting, pursuant to the parties' September 1, 2022

Stipulation and Order [ECF No. 228], the Receiver will advance those fees and cost, and seek reimbursement when the Receiver files to approve the settlement of each related ancillary action, or in a separate motion following an adjudication resulting in a recovery in each related ancillary action. *See* ECF No. 228 at p. 7. Therefore, the Receiver's request to approve and grant authority to pay the fees for the work described in entries 1, 2, 3, 4, 5, 6, 7, 8, 9, 11, 13, 20, and 21 of Exhibit D to the Application is denied without prejudice.

7. The Court reserves final approval of the fees and costs incurred by the Receiver and her Lead Counsel, Damian & Valori LLP, in fulfilling the Receiver's duties during the Application Period until such time as the Receiver is discharged of her duties in this matter and/or final disbursement of funds held by the Estate.

**DONE AND ORDERED**, this _____ day of September, 2022, in the Northern District of Illinois.

_____
ANDREA R. WOOD
UNITED STATES DISTRICT COURT JUDGE