# Damian & Valori LLP

1000 Brickell Ave
Ste 1020
Miami, FL 33131-3014
Ph. (305) 371-3960
Fax. 305-371-3965
mdhanji@dvllp.com

**To:**
Securities and Exchange Commission
801 Brickell Ave.
Ste. 1800
Miami, FL 33131

# Invoice

| | |
|---|---|
| Invoice Date: | 9/27/2022 |
| Invoice No: | 22275 |
| Due Date: | Due Upon Receipt |

| Matter: | MME1576 | Memo: | MME1576 Securities and Exchange Commission, Polacheck Claims - Securities Exchange Commission v. Today's Growth Consultant, Inc. |
|---|---|---|---|

## Costs & Expenses

| Date | Description | Amount |
|---|---|---|
| 4/29/2022 | FEDEX. Invoice 14977. Claims Manager, Arch Insurance Company. 4.29.22 | $36.30 |
| 8/31/2022 | Kapila Mukamal Invoice 9134, Services Rendered Through 8.31.22 | $551.00 |

## ATTORNEY/PARALEGAL SUMMARY

| Name | Initials | Hours | Rate | Amount |
|---|---|---|---|---|

| | |
|---|---|
| Invoice Amount: | $587.30 |
| Other Outstanding Balances: | $0.00 |
| All Invoices Amount: | $587.30 |
| Potential Amount Applied: | $0.00 |
| **Potential Balance Due:** | **$587.30** |

CLICK TO PAY

Visit: https://rapidpay.us
Ref: **220119773160**

**Payments Since Last Invoice**

| Date | Description | Amount |
|---|---|---|

## EXHIBIT B



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 7-751-14977 | May 10, 2022 | 4106-0632-1 | 2 of 3 |

## FedEx Express Shipment Detail By Payor Type (Original)

**Ship Date:** Apr 29, 2022  **Cust. Ref.:** SeC v TGC- Polachek  **Ref.#2:**
**Payor:** Shipper  **Ref.#3:**

The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 9204.73
Fuel Surcharge - FedEx has applied a fuel surcharge of 20.75% to this shipment.
Distance Based Pricing, Zone 6

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Jeannette Serna | Claims Manager | |
| Tracking ID | 776733540399 | Damian & Valori LLP | Arch Insurance Company | |
| Service Type | FedEx Standard Overnight | 1000 Brickell Ave., Ste. 1020 | 1299 Farnam Street | |
| Package Type | FedEx Envelope | MIAMI FL 33131 US | OMAHA NE 68102 US | |
| Zone | 06 | | | |
| Packages | 1 | | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | Transportation Charge | | 45.54 |
| Declared Value | USD 1.00 | Earned Discount | | -10.93 |
| Delivered | May 02, 2022 09:18 | Automation Bonus Discount | | -4.55 |
| Svc Area | A1 | Fuel Surcharge | | 6.24 |
| Signed by | C.DADREN | Declared Value Charge | | 0.00 |
| FedEx Use | 000000000/244/_ | **Total Charge** | **USD** | **$36.30** |

**Ship Date:** Apr 29, 2022  **Cust. Ref.:** SEED  **Ref.#2:**
**Payor:** Shipper  **Ref.#3:**

## FedEx® Billing Online

FedEx Billing Online allows you to efficiently manage and pay your FedEx invoices online. It's free, easy and secure. FedEx Billing Online helps you streamline your billing process. With all your FedEx shipping information available in one secure online location, you never have to worry about misplacing a paper invoice or sifting through reams of paper to find information for past shipments. Go to fedex.com to sign up today!



**CPAs, Forensic and Insolvency Advisors**
1000 S. Federal Highway, Suite 200
Fort Lauderdale, FL 33316
Phone - 954-761-1011   F - 954-761-1033   www.kapilamukamal.com
EIN #46-5394135

SEC V. TODAYS GROWTH CONSULTANT, ET AL
C/O MELANIE E. DAMIAN, RECEIVER
DAMIAN & VALORI LLP
VIA EMAIL: MDAMIAN@DVLLP.COM;
KMURENA@DVLLP.COM;
JSERNA@DVLLP.COM

Invoice: 9134

08/31/2022

Client ID: 90144

For Professional Services Rendered Through August 31, 2022

| DATE | STAFF | DESCRIPTION | HRS | AMOUNT |
|---|---|---|---|---|
| **LAW OFFICE OF MICHAEL POLACHEK** | | | | |
| 06/13/2022 | SKB | PREPARE DAMAGE ANALYSIS FOR THE PERIOD BETWEEN JUNE 16, 2016 TO JULY 15, 2019 FOR USE IN CLAIMS AGAINST FORMER COUNSEL, POLACHEK. | 1.90 | 551.00 |
| | | | | 551.00 |
| | | | Total | 551.00 |
| | | | Total amount of this invoice | $551.00 |

Invoice payable upon receipt.  Thank you for this opportunity to be of service.