UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> TODAYS GROWTH CONSULTANT, INC. : <br> (dba THE INCOME STORE) : <br> : <br> and : <br> : <br> KENNETH D. COURTRIGHT, III, : <br> : <br> Defendants. : | Civil Action No. 1:19-CV-08454 |

**JOINT STATUS REPORT PURSUANT TO COURT**
**ORDER DATED NOVEMBER 2, 2022 [ECF NO. 235]**

Melanie E. Damian, as Receiver ("Receiver") for Todays Growth Consultant Inc. ("TGC"), Plaintiff Securities and Exchange Commission ("SEC"), and Defendant Kenneth D. Courtright, III ("Mr. Courtright"), pursuant to Court Order dated November 2, 2022 [ECF No. 235], file this joint status report setting forth each of the parties' discovery requests made to date in this action (the "Enforcement Action") and listing all of the ancillary actions brought by Receiver.

On November 2, 2022, following a status hearing on that date, the Court issued a Minute Entry ordering the Receiver, the SEC, and Mr. Courtright (jointly, the "Parties") to file a joint status report setting forth, "(1) all discovery requests that have been issued by the Parties under this Case Number [in the Enforcement Action], identifying the type of discovery, upon whom it was issued, and when it was issued; and (2) a list of all ancillary proceedings that have been

instituted by the Receiver pursuant to the receivership order." ECF No. 235. In accordance with this Court's Order, the Parties provide the following information:

**SEC's Document Requests, Subpoenas, and Other Discovery Requests**

To date, the SEC has served the following Rule 34 Document Requests and Rule 45 Document Subpoenas on third parties under the caption of this Enforcement Proceeding. The SEC has served no Interrogatories, Requests for Admission, or Deposition Notices or Subpoenas to date.

**SEC's Rule 34 Document Requests**

1/17/2020 – Issued to TGC

2/7/2020 – Issued to TGC

2/13/2020 – Issued to TGC

**SEC's Rule 45 Subpoenas for Documents**

1/10/2020 – Issued to Heartland Bank and Trust Company

1/10/2020 – Issued PNC Bank

1/16/2020 – Issued to American Express

1/16/2020 – Issued to Barclays Bank Delaware

1/16/2020 – Issued to Federal Reserve Bank of NY

1/16/2020 – Issued to JP Morgan Chase Bank, N.A.

1/16/2020 – Issued to Wells Fargo Bank, N.A.

1/30/2020 – Issued to Bank Financial Corp.

1/30/2020 – Issued to BMO Harris Bank N.A.

1/30/2020 – Issued to Fifth Third Bank

1/30/2020 – Issued to Landmark Credit Union

    1/30/2020 – Issued Mastercard Worldwide

    1/30/2020 – Issued Shorewood Bank & Trust

    1/30/2020 – Issued to U.S. Bank N.A.

    2/10/2020 – Issued to David Conklin, Conklin Media, Conklin & Courtright LLC, and Conklin Web Properties LLC

    2/26/2020 – Issued to Bank of America, N.A.

    2/26/2020 – Issued to BankFinancial N.A.

    2/26/2020 – Issued to Coinbase, Inc.

    2/26/2020 – Issued to David Corbin

The SEC served Notices of Intent to Issue Subpoenas on all Parties (including counsel for the Receiver and then counsel for Mr. Courtright) in advance of serving all of the above-listed subpoenas. In its Mandatory Initial Discovery Responses dated July 20, 2020, the SEC identified all documents received in response to the foregoing Rule 34 Requests for Production and Rule 45 Document Subpoenas. On September 30, 2020, the SEC produced all such documents to Mr. Courtright and, on October 6, 2020, in response to the Receiver's request for only certain documents identified in the SEC's Mandatory Initial Discovery Responses, the SEC produced the requested documents to the Receiver.

**Receiver's Document Requests, Subpoenas, and Other Discovery Requests in the Enforcement Action**

To date, the Receiver has served the following Subpoenas on third parties under the caption of this Enforcement Proceeding, pursuant to her authority under the Court's Order Appointing Receiver [ECF No. 19] and Minute Entry dated August 7, 2020 [ECF No. 94] and ruling on the Government's Motion to Intervene and Stay in Part Civil Proceedings at the August 7, 2020 Status

3

Conference. The Receiver has not served Requests for Production, Interrogatories, or Requests for Admission.

**Receiver's Rule 45 Subpoenas for Documents in Enforcement Action**

1/23/2020, 4/1/2022 – Issued to Michael Polachek

1/23/2020, 4/1/2022– Issued to SmithAmundsen, LLC

2/25/2020, 3/10/2020 – Issued to JP Morgan Chase

3/24/2020, 3/10/2020 – Issued to American Express

3/25/2020 – Issued to FE International

3/25/2020 – Issued to PENSCO Trust Company

3/25/2020 – Issued to Sunwest Trust, Inc.

6/12/2020, 4/1/2022 – Issued to Barbara Libowitz

6/12/2020 – Messiah Lutheran

12/1/2020 – Joliet Catholic Academy

6/12/2020, 1/5/2021 – Issued to BMF Capital

6/12/2020 – Issued to Click Intelligence

6/12/2020 – Issue to Conklin Media

6/12/2020 – Issued to Conklin Web Properties, LLC

6/12/2020 – Issued to Mike Engstrom

6/12/2020 – Issued to Escrow.com

6/12/2020 – Issued to Paypal, Inc.

6/16/2020 – Issued to Barclays Bank Delaware

6/16/2020, 9/11/2020, 10/27/20 – Issued to Heartland Bank and Trust Company

6/16/2020 – Issued to Landmark Credit Union

    6/16/2020 – Issued to Macy's American Express

    6/16/2020, 8/5/2020 – Issued to Mastercard Black Luxury Card

    6/16/2020, 9/11/2020, 10/27/2020 – Issued to PNC Bank

    6/16/2020 – Issued to U.S. Bank

    6/16/2020, 12/22/2020, 2/11/2021 – Issued to Deutsche Bank

    6/16/2020, 9/14/2020 – Issued to Bill.com

    12/1/2020 – Issued to Ottawa Bank and Savings

    6/16/2020, 4/1/2022 – Issued to Michael Tunney

    6/16/2020 – Issued to BMF Capital

    6/16/2020 – Issued to Fox Capital

    6/16/2020, 1/5/21 – Issued to FundKite LLC

    12/1/2020, 1/5/2021 – Issued to High Five

    4/1/2022 – Issued to Core Financial Outsourcing of Chicago LLC

The Receiver has confirmed that notice of many of the foregoing Subpoenas was served on SEC counsel and on Mr. Courtright or his counsel (prior to counsel's withdrawal on August 7, 2020) but has been unable to locate copies of notices to the parties for every Subpoena. Any failure to serve the parties with copies of the Subpoenas was inadvertent and the result of miscommunications between paralegals and counsel for the Receiver regarding who was tasked with serving copies of the Subpoenas to the parties while working from their respective homes due to remote work imposed as a result of the COVID-19 pandemic. The Receiver has since provided full access to all of the Estate's databases and other records to Mr. Courtright through his criminal counsel and remains willing to provide copies of the subpoenaed documents upon request. As such, the Receiver does not believe that any party has been prejudiced by any inadvertent lack of

notice though she genuinely regrets the confusion this issue has created. The Receiver will serve on the SEC and Mr. Courtright copies of all Subpoenas for which she is unable to confirm service on such parties, and the Receiver will provide copies of the documents she received in response to the Subpoenas upon request by any party.

**Receiver's Rule 45 Subpoena for Deposition in the Enforcement Action**

10/26/22 – Issued to Kerri Courtright (withdrawn).

**Courtright Document Requests, Subpoenas, and Other Discovery Requests in the Enforcement Action**

To date, Mr. Courtright has served the following discovery requests under the caption of this Enforcement Proceeding.

**Courtright's Rule 34 Document Requests in the Enforcement Action**

1/18/2020 – Issued to TGC

2/11/2020 – Issued to TGC

4/15/2020 – Issued to TGC

**Receiver's Ancillary Actions**

To date, the Receiver has commenced the following ancillary actions, as authorized by the Order Appointing Receiver dated December 30, 2019 (ECF No. 19), and as subsequently confirmed by the Orders dated November 5, 2020 and September 1, 2022 (ECF Nos. 103 and 228). These ancillary actions were previously identified to the Court on August 25, 2022, at ECF No. 225-1, except for one that was filed August 31, 2022.

- o 12/30/20 - Mike Engstrom; Case No. 1:20-cv-07087; Venue in the United States District Court for the Northern District of Illinois

- On September 7, 2021, the Court entered an order approving the Receiver's settlement with Michael Engstrom.

o 12/30/20 - Conklin Web Properties, LLC d/b/a Conklin Media, Conklin Media, LLC, Prospect MX, LLC, Dave Conklin, Jodi Conklin, Emily Lasko, and Haley Hirthler; Case No. 5:20-cv-06297; Venue in the United States District Court for the Eastern District of Pennsylvania
  - On April 5, 2021, the Receiver voluntarily dismissed her claims against Jodi Conklin, Emily Lasko, and Haley Hirthler.
  - On February 15, 2022, the Court entered an Order approving the Receiver's settlement with Dave Conklin, Conklin Web Properties, LLC d/b/a Conklin Media, Conklin Media LLC and Conklin & Courtright LLC.

o 12/30/20 - William Courtright and Courtright Consulting, Inc.; Case No. 2:20-cv-01012; United States District Court for the Northern District of Illinois

o 12/30/20 - Empire Flippers, LLC and CMS United, Inc.; Case No. 1:20-cv-07811; United States District Court for the Northern District of Illinois
  - On May 7, 2021, this Court entered an Order approving the Receiver's settlement with CMS United, Inc. and Empire Flippers.

o 12/30/20 - Don Shire Ministries, Joliet Catholic Academy, Legacy Families, and Messiah Lutheran Church; Case No. 1:20-cv-07817; Venue in the United States District Court for the Northern District of Illinois
  - On May 7, 2021, the Court entered an order approving the Receiver's settlement with Don Shire Ministries.
  - On November 17, 2021, the Court entered an order approving the Receiver's settlement with Joliet Catholic.
  - On March 28, 2022 the Receiver obtained a Default Final Judgment against Legacy Families.

o 12/30/20 - Heartland Bank & Trust Company and PNC Bank N.A.; Case No. 1:20-cv-07819; United States District Court for the Northern District of Illinois
  - PNC Bank N.A. was dismiss from the action with prejudice on December 15, 2021

o 12/30/20 - Click Intelligence, Ltd.; Case No. 1:20-cv-11066; United States District Court for the Southern District of New York
  - On February 11, 2022, the Court presiding over this matter entered an Order granting the Defendant's Motion to Dismiss for Lack of Jurisdiction and for Forum Non Conveniens because the Defendant is based in and operates from the United Kingdom. The Receiver determined that it would not be cost effective or in the best interest of the Estate to commence an action against Defendant in the United Kingdom.

o 12/30/20 - William Longcore; Case No. 5:20-cv-06538; United States District Court for the Eastern District of Pennsylvania
  - On May 7, 2021, the Court entered an order approving the Receiver's

settlement with William Longcore.

- 12/30/20 - Asher Milgrom, Danial Giordano, Daniel Meyer, and JDS Consulting, LLC; Case No. 5:20-cv-06546; United States District Court for the Eastern District of Pennsylvania
  - On March 16, 2021, the Receiver voluntarily dismissed her claims against Asher Milgrom.
  - On March 23, 2021, the Receiver voluntarily dismissed her claims against Daniel Giordano.
  - On April 26, 2021, the Receiver voluntarily dismissed her claims against Daniel Meyer.
  - On August 9, 2022, the Receiver obtained a Default Final Judgment against JDS Consulting.

- 12/30/20 - Ronald Fossum; Case No. 2:20-cv-01868; United States District Court for the Western District of Washington
  - On June 21, 2022, the Receiver voluntarily dismissed this action.

- 3/24/21 - Pepperdine University; Case No. 2:21-cv-02575; United States District Court for the Central District of Washington
  - Dismissed without prejudice (with leave to amend) on March 29, 2021

- 4/2/21 - EIN Cap, Inc., Alpha Capital Source, Inc., BMF Capital, LLC, FundKite, LLC, AKF, Inc., World Global Capital, LLC, Fox Capital Group, Inc., High Five Group, LLC, and Sutton Funding NY, Inc.; Case No. 21-cv-01792; Venue in the United States District Court for the Northern District of Illinois
  - On September 9, 2021, the Court entered an Order approving the Receiver's settlement with Sutton Funding NY, Inc.

- 5/3/21 – Pepperdine University; Case No. 1:21-cv-02371; United States District Court for the Northern District of Illinois

- 8/19/21 - Cody Neer and Bucks of America; Case No. 8:21-cv-1999; United States District Court for the Middle District of Florida, Tampa

- 5/27/22 - SmithAmundsen, LLC; Case No. 1:22-cv-02830; United States District Court for the Northern District of Illinois

- 8/31/22 - Core Financial Outsourcing of Chicago LLC; Case No. 1:22-cv-4671; United States District Court for the Northern District of Illinois

Respectfully submitted,

| | |
|---|---|
| */s/ Kenneth Dante Murena* <br> Kenneth Dante Murena, Esq. <br> Damian & Valori LLP <br> 1000 Brickell Ave., Ste. 1020 <br> Miami, FL 33131 <br> kmurena@dvllp.com <br> *Counsel for Melanie E. Damian,* <br> *as Receiver of Defendant* <br> *Todays Growth Consultant Inc.* | Date: November 9, 2022 |
| */ Suzanne J. Romajas* <br> Suzanne J. Romajas, Esq. <br> Securities and Exchange Commission <br> 100 F Street, NE <br> Washington, DC 20549-5971 <br> RomajasS@sec.gov <br> *Counsel for the Securities* <br> *and Exchange Commission* | Date: November 9, 2022 |
| */ Kenneth D. Courtright* <br> Kenneth D. Courtright, III <br> *Pro Se* | Date: November 9, 2022 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via electronic transmission via this Court's CM/ECF filing system on November 9, 2022 on all counsel or parties who have appeared in the above-styled action.

/s/Kenneth Dante Murena
Kenneth Dante Murena,
*Counsel for Melanie E. Damian,*
*Court-Appointed Receiver*

9