UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>TODAYS GROWTH CONSULTANT, INC.<br>(dba THE INCOME STORE)<br><br>and<br><br>KENNETH D. COURTRIGHT, III,<br><br>Defendants. | Civil Action No. 1:19-CV-08454 |

**RECEIVER'S SUPPLEMENT TO JOINT STATUS REPORT [ECF NO. 236]
PURSUANT TO COURT ORDER DATED NOVEMBER 2, 2022 [ECF NO. 235]**

Melanie E. Damian, as Receiver ("Receiver") for Todays Growth Consultant Inc. ("TGC"), files this Supplement to the Joint Status Report Pursuant to Court Order Dated November 2, 2022 [ECF No. 235] filed by the Receiver, Plaintiff the Securities and Exchange Commission ("SEC"), and Defendant Kenneth D. Courtright, III ("Mr. Courtright") on November 9, 2022 [ECF No. 236] (the "Joint Status Report"), setting forth an updated list of the Rule 45 subpoenas the Receiver has issued in the above-captioned enforcement action (the "Enforcement Action"), and states:

In the Joint Status Report, the Receiver listed, among other things, the subpoenas she believed she had issued in this Enforcement Action since its inception, pursuant to her authority under the Court's Order Appointing Receiver [ECF No. 19] and Minute Entry dated August 7, 2020 [ECF No. 94] and ruling on the Government's Motion to Intervene and Stay in Part Civil Proceedings at the August 7, 2020 Status Conference. After the Joint Status Report was filed, the

Receiver and her team worked on confirming that the listed subpoenas had in fact been issued and determined that several of those subpoenas had not been issued.[1]

Therefore, the Receiver provides the following updated list of the subpoenas she issued pursuant to Rule 45 under the caption of this Enforcement Action:

> 3/10/2020 – Issued to American Express
> 3/25/2020 – Issued to FE International
> 3/25/2020 – Issued to PENSCO Trust Company
> 3/25/2020 – Issued to Sunwest Trust, Inc.
> 6/12/2020, 1/5/2021 – Issued to BMF Capital
> 6/12/2020 – Issued to Click Intelligence
> 6/12/2020 – Issued to Conklin Media and Conklin Web Properties, LLC
> 6/12/2020 – Issued to Mike Engstrom
> 6/12/2020 – Issued to Escrow.com
> 6/12/2020, 4/1/2022 – Issued to Barbara Libowitz
> 6/12/2020 – Issued PayPal, Inc.
> 6/16/2020 – Issued to Barclays Bank Delaware
> 6/16/2020, 9/11/2020, 10/27/20 – Issued to Heartland Bank and Trust Company
> 6/16/2020 – Issued to Landmark Credit Union
> 6/16/2020 – Issued to Macy's American Express
> 6/16/2020 – Issued to Mastercard Black Luxury Card
> 6/16/2020, 9/11/2020, 10/27/2020 – Issued to PNC Bank
> 6/16/2020 – Issued to U.S. Bank
> 9/14/2020 – Issued to Bill.Com, LLC
> 12/1/2020, 1/5/2021 – Issued to Fox Capital Group
> 12/1/2020, 1/5/2021 – Issued to High Five Group
> 12/1/2020 – Issued to Ottawa Savings Bank
> 12/2/2020 – Issued to Virtual CFOS
> 12/22/2020, 2/11/2021 – Issued to Deutsche Bank
> 1/5/2021 – Issued to Fundkite, LLC
> 2/25/2021 – JP Morgan Chase
> 4/1/2022 – Issued to Core Financial
> 4/1/2022 – Issued to Michael Polachek
> 4/1/2022 – Issued to Smith Amundsen, LLC
> 4/1/2022 – Michael Tunney

---

[1] The Receiver had not in fact issued the following 14 subpoenas included on the list of Receiver's subpoenas in the Joint Status Report: Michael Polachek (1/23/2020); SmithAmundsen, LLC (1/23/20200); JP Morgan Chase (2/25/2020); JP Morgan Chase (3/10/2020); American Express (3/24/2020); Messiah Lutheran (6/12/2020); Joliet Catholic Academy (12/1/2020); Mastercard Black Luxury Card (8/5/2020); Deutsche Bank (6/16/2020); Bill.com (6/16/2020); Michael Tunney (6/16/2020); BMF Capital (6/16/2020); Fox Capital (6/16/22); FundKite LLC (6/16/2020).

The Receiver served the majority of these Subpoenas on SEC counsel and Mr. Courtright or his prior counsel soon after they were issued. After filing the Joint Status Report, the Receiver confirmed that the following Subpoenas had not been served on SEC counsel and Mr. Courtright or his prior counsel at the time they were issued:

      6/16/2020 – Issued to Barclays Bank Delaware
      6/16/2020 – Issued to Heartland Bank and Trust Company
      6/16/2020 – Issued to Landmark Credit Union
      6/16/2020 – Issued to Macy's American Express
      6/16/2020 – Issued to Mastercard Black Luxury Card
      6/16/2020 – Issued to PNC Bank
      6/16/2020 – Issued to U.S. Bank
      12/1/2020, 1/5/2021 – Issued to Fox Capital Group
      12/1/2020, 1/5/2021 – Issued to High Five Group
      12/1/2020 – Issued to Ottawa Savings Bank
      12/2/2020 – Issued to Virtual CFOS
      12/22/2020, 2/11/2021 – Issued to Deutsche Bank
      1/5/2021 – Issued to Fundkite, LLC

Therefore, on November 18, 2022, the Receiver served (via email) copies of the foregoing Subpoenas on SEC counsel and Mr. Courtright. The Receiver will provide copies of the documents she received in response to the Subpoenas upon request by any party.

Date: December 12, 2022

                                                      Respectfully submitted,

                                                      /s/ Kenneth Dante Murena
                                                      Kenneth Dante Murena, Esq.
                                                      Damian & Valori LLP
                                                      1000 Brickell Ave., Ste. 1020
                                                      Miami, FL 33131
                                                      kmurena@dvllp.com
                                                      *Counsel for Melanie E. Damian,*
                                                      *as Receiver of Defendant*
                                                      *Todays Growth Consultant Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via electronic transmission via this Court's CM/ECF filing system on December 12, 2022 on all counsel or parties who have appeared in the above-styled action.

                                                                                  */s/Kenneth Dante Murena*
                                                                                  Kenneth Dante Murena, Esq.