Melanie E. Damian, Esq., as Receiver
DAMIAN & VALORI, LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
STANDARDIZED FUND ACCOUNTING REPORT
CIVIL – RECEIVERSHIP FUND FOR SEC v. TODAY'S GROWTH CONSULTANT, INC, ET AL.
Reporting Period 10/1/2022 to 12/31/2022

|   |   | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (As of 10/1/2022): | $ - | $ - | $429,624.92 |
|  | **Increases in Fund Balance:** |  |  |  |
| Line 2 | Business Income | $ - | $ - | $ - |
| Line 3 | Cash and Securities [1] | $ 976,598.79 | $ 976,598.79 | $ 976,598.79 |
| Line 4 | Interest/Dividend Income [1] | $ 15.71 | $ 15.71 | $ 15.71 |
| Line 5 | Business Asset Liquidation |  | $ - | $ - |
| Line 6 | Personal Asset Liquidation | $ - | $ - | $ - |
| Line 7 | Third-Party Litigation Income | $ - | $ - | $ - |
| Line 8 | Miscellaneous - Other | $ - | $ - | $ - |
|  | **Total Funds Available (Lines 1-8):** |  |  | $ 1,406,239.42 |
|  | **Decreases in Fund Balance:** |  |  |  |
| Line 9 | Disbursements to Investors |  |  |  |
| Line 10 | Disbursements for Business Operations [1] | $ 21,900.04 | $ 21,900.04 | $ 21,900.04 |
| Line 10a | Disbursements to Receiver or Other Professionals - Contingency Fee Arrangement per Court Order dated November 5, 2020 [ECF No. 103] | $ 292,815.50 | $ 292,815.50 | $ 292,815.50 |
| Line 10b | Disbursements to Receiver or Other Professionals | $ - | $ - | $ - |
| Line 10c | Personal Asset Expenses: | $ - | $ - | $ - |
| Line 10d | Investment Expenses | $ - | $ - | $ - |
| Line 10e | Third-Party Litigation | $ - | $ - | $ - |
| Line 10f | Tax Administrator Fees and Bonds | $ - | $ - | $ - |
| Line 10g | Federal and State Tax Payments | $ - | $ - | $ - |
|  | **Total Disbursements for Receivership Operations** |  |  | $ 314,715.54 |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: | $ - | $ - | $ - |
| Line 11a | Distribution Plan Development Expenses: | $ - | $ - | $ - |

**EXHIBIT A**

| Line 11b | Distribution Plan Implementation Expenses: | $ - | $ - | $ - |
|---|---|---|---|---|
| **Line 12** | Disbursements to Court/Other | $ - | $ - | $ - |
| Line 12a | Investment Expenses/Court Registry Investment System (CRIS) Fees | $ - | $ - | $ - |
| Line 12b | Federal Tax Payments | $ - | $ - | $ - |
| | **Total Disbursements to Court/Other** | | | |
| | **Total Funds Disbursed (Lines 9-11)** | | | $ 314,715.54 |
| Line 13 | **Ending Balance (As of December 31, 2022)** | | | $ 1,091,523.88 |
| Line 14 | **Ending Balance of Fund – Net Assets:** | | | |
| Line 14a | Cash & Cash Equivalents | | | $ 1,091,523.88 |
| Line 14b | Investments | | | $ - |
| Line 14c | Other Assets or Uncleared Funds | | | |
| | **Total Ending Balance of Fund – Net Assets** | | | $ 1,091,523.88 |

[1] Funds were received into the Receivership accounts for Today's Growth Consultant, Inc at City National Bank and PNC Bank. See Receipts attached hereto as Exhibit 1.

[1] Funds were disbursed to administer the receivership estate and its assets. See Expenses attached hereto as Exhibit 1.

Respectfully submitted,

Damian & Valori LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone: 305-371-3960
Facsimile: 305-371-3965

/s/ Melanie E. Damian
Melanie E. Damian
*Court-Appointed Receiver*

**Attachment 1 to Exhibit A to Receiver's Report**
**Sec v. Today's Growth Consultant, et al. - Receipts of Fiduciary Account**

| Date of Check | Check # | Amount | From |
|---|---|---|---|
| 10/28/2022 | 604750 | $ 53.21 | Sheet Music Plus |
| 12/5/2022 | | $ 1,500.00 | Click Alpha LLC |
| 12/6/2022 | | $ 31.58 | State of Nevada |
| 11/30/2022 | 207388 | $ 920.00 | PNC |
| 12/2/2022 | | $ 974,094.00 | Arch Insurance |
| | | $ 976,598.79 | |

**City National Bank Interest**

| Date | Explanation | Amount |
|---|---|---|
| 10/31/2022 | interest | $ 5.42 |
| 11/30/2022 | interest | $ 5.17 |
| 12/31/2022 | interest | $ 5.12 |
| Total | | $ 15.71 |

**Sec v. Today's Growth Consultant, et al. - Expenses of Fiduciary Account**

| Date | Payable | Amount | Description | |
|---|---|---|---|---|
| 10/4/2022 | Google | $ 604.20 | | |
| 10/6/2022 | Mini-cubes LLC | $ 300.00 | | 1598 |
| 10/6/2022 | KD Technologies | $ 465.60 | | 1599 |
| 10/6/2022 | Teris | $ 6,641.00 | | 1600 |
| 11/4/2022 | Google | $ 607.24 | | |
| 11/14/2022 | Teris | $ 6,641.00 | | 1601 |
| 12/19/2022 | Teris | $ 6,641.00 | | 1602 |
| | | $ 21,900.04 | | |

**Professional Fee Continigency Fee Schedule**

| Matter | Settlement Amt | DVLLP @ 30% | Costs | Total DVLLP |
|---|---|---|---|---|
| Polacheck | $974,094.00 | $ 292,228.20 | $ 587.30 | $ 292,815.50 |