IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMISSION, | ) ) ) | |
| Plaintiff, | ) ) ) | No. 19-cv-08454 |
| v. | ) ) | Judge Andrea R. Wood |
| TODAY'S GROWTH CONSULTANT, INC. et al., | ) ) ) | |
| Defendants. | ) | |

**ORDER GRANTING RECEIVER'S MOTION TO APPROVE SETTLEMENT
AND RELEASE AGREEMENTS WITH CERTAIN PROFESSIONALS
AND TO AUTHORIZE PAYMENT OF THE
<u>CONTINGENCY FEE AND COSTS TO RECEIVER'S COUNSEL</u>**

This matter came before the Court upon the Receiver's Motion to Approve Settlement and Release Agreements with Certain Professionals, and to authorize payment of the contingency fee and costs to Receiver's counsel [ECF No. 231] (the "Motion"). The Court, having considered the Motion and the record of this receivership case and being otherwise duly advised in the premises, hereby finds and orders as follows:

1. The Receiver's Motion [ECF No. 231] is GRANTED.

2. The Court finds that the Settlement and Release Agreement attached as Exhibit A, (the "Settlement Agreement") is in the best interest of the Receivership Estate and, as such, the Settlement Agreement is APPROVED.

3. The Court authorizes the Receiver to enter into the Settlement Agreement.

4. The Court authorizes the Receiver to make payment to Damian & Valori LLP in the amount of:

      a)      **$292,815.50** (comprising the $292,228.20 contingency fee (30% of $974,094.00), $587.30 in costs.

5.      This Court approves the provision in the Settlement Agreement providing that this Court, shall retain exclusive jurisdiction over all matters concerning the Settlement Agreement, including without limitation the enforcement thereof.

DONE AND ORDERED in the Northern District of Illinois on this 28th day of February 2023 [*nunc pro tunc* December 13, 2022], in the Northern District of Illinois.

_____
ANDREA R. WOOD
UNITED STATES DISTRICT JUDGE