# Damian | Valori | Culmo

1000 Brickell Ave
Ste 1020
Miami, FL 33131-3014
Ph. (305) 371-3960
Fax. 305-371-3965
mdhanji@dvllp.com

**To:**
Securities Exchange Commission

# Invoice

| | |
|---|---|
| Invoice Date: | 6/6/2023 |
| Invoice No: | 23160 |
| Due Date: | Due Upon Receipt |

Matter: 101214.11

Memo: 101214.11 Securities Exchange Commission, Charities Action - Securities Exchange Commission v. Today's Growth Consultant, Inc. Messiah Lutheran Church

**Costs & Expenses**

| Date | Description | Amount |
|---|---|---|
| 04/21/2022 | Motion for Leave to Appear Pro Hac Vice filing fee. 4.21.22 | $150.00 |
| 05/31/2022 | Lexis Nexis Advance Legal Research Fee | $256.84 |
| 08/31/2022 | Pacer/ Court Documents | $6.60 |
| 08/31/2022 | Lexis Nexis Advance Legal Research Fee | $20.35 |
| 09/30/2022 | Illinois Northern District Court. Pro Hac Vice Application filing fee for Jonathan Groth. 9.30.22 | $150.00 |
| 10/31/2022 | Lexis Nexis Advance Legal Research Fee | $1.67 |
| 12/31/2022 | Lexis Nexis Advance Legal Research Fee. | $27.92 |
| 04/30/2023 | Lexis Nexis Advance Legal Research Fee | $24.65 |
| 05/31/2023 | Lexis Nexis Advance Legal Research Fee | $27.88 |
| 05/31/2023 | Photocopies | $1.26 |
| | | **$667.17** |

-

**Exhibit B**

| | |
|---:|---:|
| Invoice Amount: | $667.17 |
| Other Outstanding Balances: | $0.00 |
| All Invoices Amount: | $667.17 |
| Amount Applied: | $0.00 |
| **Balance Due:** | **$667.17** |



CLICK TO PAY    Visit: https://rapidpay.us
Ref: **220183850167**

**Payments Since Last Invoice**

| Date | Description | Amount |
|---|---|---|
| | | |



# Kapila Mukamal

**CPAs, Forensic and Insolvency Advisors**

EIN #46-5394135

---

**SEC V. TODAYS GROWTH CONSULTANT, ET AL**
**Client ID: 90144**
**Messiah Lutheran Invoice #10008 - 06/07/23**

## TIME SUMMARY BY STAFF

| **Staff** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| SKB - SURUCHI BANEZ - PRINCIPAL CPA, CIRA, CFE | 2.10 | 396.00 | 831.60 |
| MMD - MELISSA DAVIS - PARTNER CPA, CIRA, CFE | 6.80 | 550.00 | 3,740.00 |
| FDD - FRANK DIAZ-DRAGO - CONSULTANT | 1.10 | 290.00 | 319.00 |
| TOTAL | 10.00 | | $4,890.60 |
| **BLENDED RATE** | | **$290.00** | |

| | | |
|---|---|---|
| TOTAL AMOUNT OF THIS INVOICE | | $4,890.60 |
| Current Invoice | | $4,890.60 |
| 1/8 Share of Ponzi Analysis Invoice #9707 | | 4,088.70 |
| Amount Due | | $8,979.30 |

---

**OPTIONAL WIRE/ACH INSTRUCTIONS**

| | |
|---|---|
| Bank Name: | The Northern Trust Company<br>1100 East Las Olas Blvd.<br>Fort Lauderdale, FL 33301-2387<br>Phone: 954-768-4053<br>Fax: 954-768-4017 |
| Bank ABA Routing: | 071000152 |
| Swift Code: | CNORUS44 |
| Account Name: | KAPILAMUKAMAL, LLP |
| Account Number: | 1171120036 |

---

Kapila Building • 1000 South Federal Highway • Suite 200 • Fort Lauderdale FL 33316
• Broward 954-761-1011 • Dade 786-517-5771
Affiliated Office in London, England
www.kapilamukamal.com





**CPAs, Forensic and Insolvency Advisors**
1000 S. Federal Highway, Suite 200
Fort Lauderdale, FL 33316
Phone - 954-761-1011  F - 954-761-1033  www.kapilamukamal.com
EIN #46-5394135

SEC V. TODAYS GROWTH CONSULTANT, ET AL
C/O MELANIE E. DAMIAN, RECEIVER
VIA EMAIL:  MDAMIAN@DVLLP.COM;
KMURENA@DVLLP.COM;
JSERNA@DVLLP.COM;
MDHANJI@DVLLP.COM

Invoice: 10008

06/07/2023

Client ID: 90144

| DATE | STAFF | DESCRIPTION | HRS | AMOUNT |
|---|---|---|---|---|
| **MESSIAH LUTHERAN** | | | | |
| | | LITIGATION SUPPORT | | |
| 10/18/2022 | SKB | PREPARE EXPERT REPORT AND ACCOMPANYING EXHIBITS FOR MESSIAH LUTHERAN, ET. AL. | 0.90 | 356.40 |
| 10/19/2022 | SKB | CONTINUE TO PREPARE EXPERT REPORT AND ACCOMPANYING EXHIBITS FOR MESSIAH LUTHERAN, ET. AL. | 1.00 | 396.00 |
| 11/04/2022 | MMD | PREPARE EXPERT REPORT. | 1.00 | 520.50 |
| 12/15/2022 | SKB | T/C WITH K. MURENA AND M. DAVIS REGARDING FINALIZING MESSIAH LUTHERAN REPORT. | 0.20 | 79.20 |
| 12/19/2022 | FDD | EXTRACT DOCUMENTS TO PRODUCE FOR EXPERT REPORT | 1.10 | 319.00 |
| 12/19/2022 | MMD | COMPILE DOCUMENTS TO PRODUCE FOR EXPERT REPORT. | 0.50 | 260.25 |
| 03/02/2023 | MMD | ATTEND DEPO | 2.20 | 1,228.37 |
| 03/02/2023 | MMD | PREPARE FOR DEPO. | 2.00 | 1,116.70 |
| 04/27/2023 | MMD | REVIEW DEPOSITION TRANSCRIPT. | 1.00 | 558.35 |
| 05/01/2023 | MMD | SEND ERRATA SHEET TO COURT REPORTER. | 0.10 | 55.83 |
| | | | | 4,890.60 |
| | | | | 4,890.60 |

**KapilaMukamal, LLP**  Invoice #10008   6/7/2023   Page 2 of 2

|  |  |
|---|---|
| Total amount of this invoice | $4,890.60 |
| Current Invoice | $4,890.60 |
| 1/8 Share of Ponzi Analysis Invoice #9707 | 4,088.70 |
| Amount Due | $8,979.30 |

| OPTIONAL WIRE/ACH INSTRUCTIONS | |
|---|---|
| Bank Name: | The Northern Trust Company<br>1100 East Las Olas Blvd.<br>Fort Lauderdale, FL  33301-2387<br>Phone:  954-768-4053<br>Fax:      954-768-4017 |
| Bank ABA Routing: | 071000152 |
| Swift Code: | CNORUS44 |
| Account Name: | KAPILAMUKAMAL, LLP |
| Account Number: | 1171120036 |

Invoice payable upon receipt.  Thank you for this opportunity to be of service.