UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> TODAYS GROWTH CONSULTANT INC. : <br> (dba THE INCOME STORE), : <br> : <br> and : <br> : <br> KENNETH D. COURTRIGHT, III, : <br> : <br> Defendants. : <br> : | Civil Action No. 1:19-cv-08454 |

**ORDER GRANTING RECEIVER'S UNOPPOSED MOTION
TO APPROVE SETTLEMENT AND RELEASE AGREEMENT WITH
MESSIAH LUTHERAN CHURCH AND TO AUTHORIZE PAYMENT
OF CONTINGENCY FEE AND COSTS TO RECEIVER'S COUNSEL**

This matter came before the Court upon the Receiver's Unopposed Motion to Approve Settlement and Release Agreement with Messiah Lutheran Church and to Authorize Payment of Contingency Fee and Costs to Receiver's Counsel [ECF No. \_\_\_\_] (the "Motion"). The Court, having considered the Motion and the record of this receivership case and being otherwise duly advised in the premises, hereby finds and orders as follows:

1. The Motion [ECF No. \_\_\_\_] is GRANTED.

2. The Court finds that the Settlement and Release Agreement, attached as Exhibit A to the Motion, is in the best interest of the Receivership Estate.

3. The Court authorizes the Receiver to enter into the Settlement and Release Agreement.

**Exhibit C**

4. Damian Valori Culmo, without further order of this Court, is entitled to a payment of:

    A. $61,710.00 in fees (33% of the $187,000.00 Initial Payment due under the Settlement and Release Agreement) immediately upon receiving that payment from Messiah Lutheran Church;

    B. $9,746.97 in costs (comprising $767.67 in costs incurred by the Receiver and $8,979.30 for the work of the Receiver's expert) as soon as the Estate has received from Messiah Lutheran Church a total of $290,954.33 such that the Estate's net recovery is $194,939.40 and the $9,746.97 in costs amounts to 5% of that net recovery;

    C. 33% of each payment (after the Initial Payment) by Messiah Lutheran Church towards the $300,000.00 or $400,000.00 judgment amount, immediately upon receiving each such payment from Messiah Lutheran Church.

5. The Court shall retain exclusive jurisdiction over all matters concerning the Settlement and Release Agreement, including without limitation the enforcement thereof.

DONE AND ORDERED in the Northern District of Illinois on this \_\_\_\_ day of _____, 2023.

_____
UNITED STATES DISTRICT COURT JUDGE