Melanie E. Damian, Esq., as Receiver
DAMIAN & VALORI, LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
STANDARDIZED FUND ACCOUNTING REPORT
CIVIL – RECEIVERSHIP FUND FOR SEC v. TODAY'S GROWTH CONSULTANT, INC, ET AL.
Reporting Period 4/1/2023 to 6/30/2023

|   |   | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| **Line 1** | Beginning Balance (As of 4/1/2023): | $ - | $ - | **$1,067,953.33** |
|   | **Increases in Fund Balance:** |   |   |   |
| **Line 2** | Business Income | $ - | $ - | $ - |
| **Line 3** | Cash and Securities [1] | $ 905,264.00 | $ 905,264.00 | $ 905,264.00 |
| **Line 4** | Interest/Dividend Income [1] | $ 42.07 | $ 42.07 | $ 42.07 |
| **Line 5** | Business Asset Liquidation |   | $ - | $ - |
| **Line 6** | Personal Asset Liquidation | $ - | $ - | $ - |
| **Line 7** | Third-Party Litigation Income | $ - | $ - | $ - |
| **Line 8** | Miscellaneous - Other | $ - | $ - | $ - |
|   | **Total Funds Available (Lines 1-8):** |   |   | $ 1,973,259.40 |
|   | **Decreases in Fund Balance:** |   |   |   |
| **Line 9** | Disbursements to Investors |   |   |   |
| **Line 10** | Disbursements for Business Operations [1] | $ 19,941.00 | $ 19,941.00 | $ 19,941.00 |
| Line 10a | Disbursements to Receiver or Other Professionals - Contingency Fee Arrangement per Court Order dated November 5, 2020 [ECF No. 103] | $ 334,672.45 | $ 334,672.45 | $ 334,672.45 |
| Line 10b | Disbursements to Receiver or Other Professionals | $ - | $ - | $ - |
| Line 10c | Personal Asset Expenses: | $ - | $ - | $ - |
| Line 10d | Investment Expenses | $ - | $ - | $ - |
| Line 10e | Third-Party Litigation | $ - | $ - | $ - |
| Line 10f | Tax Administrator Fees and Bonds | $ - | $ - | $ - |
| Line 10g | Federal and State Tax Payments | $ - | $ - | $ - |
|   | **Total Disbursements for Receivership Operations** |   |   | $ 354,613.45 |
| **Line 11** | Disbursements for Distribution Expenses Paid by the Fund: | $ - | $ - | $ - |
| Line 11a | Distribution Plan Development Expenses: | $ - | $ - | $ - |

**EXHIBIT A**

| Line 11b | Distribution Plan Implementation Expenses: | $ - | $ - | $ - |
|---|---|---|---|---|
| **Line 12** | Disbursements to Court/Other | $ - | $ - | $ - |
| Line 12a | Investment Expenses/Court Registry Investment System (CRIS) Fees | $ - | $ - | $ - |
| Line 12b | Federal Tax Payments | $ - | $ - | $ - |
| | **Total Disbursements to Court/Other** | | | |
| | **Total Funds Disbursed (Lines 9-11)** | | | $ 354,613.45 |
| **Line 13** | **Ending Balance (As of June 30, 2023)** | | | $ 1,618,645.95 |
| **Line 14** | **Ending Balance of Fund – Net Assets:** | | | |
| Line 14a | Cash & Cash Equivalents | | | $ 1,618,645.95 |
| Line 14b | Investments | | | $ - |
| Line 14c | Other Assets or Uncleared Funds | | | |
| | **Total Ending Balance of Fund – Net Assets** | | | $ 1,618,645.95 |

[1] Funds were received into the Receivership accounts for Today's Growth Consultant, Inc at City National Bank. See Receipts attached hereto as Exhibit 1.

[1] Funds were disbursed to administer the receivership estate and its assets. See Expenses attached hereto as Exhibit 1.

Respectfully submitted,

Damian & Valori LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone: 305-371-3960
Facsimile: 305-371-3965

/s/ Melanie E. Damian
Melanie E. Damian
*Court-Appointed Receiver*

Attachment 1 to Exhibit A to Receiver's Report
Sec v. Today's Growth Consultant, et al. - Receipts of Fiduciary Account

| Date of Che | Check # | Amount | From |
|---|---|---|---|
| 5/10/2023 | 207948358 | $ 255.00 | Teris |
| 5/19/2023 | 70991732 | $ 9.00 | Networx Systems |
| 6/2/2023 | | $ 170,000.00 | Pepperdine University |
| 6/23/2023 | 600013696 | $ 735,000.00 | Berkley Insurance Company |
| Total | | $ 905,264.00 | |

City National Bank Interest

| Date | Explanation | Amount | |
|---|---|---|---|
| 4/30/2023 | interest | $ | 12.26 |
| 5/31/2023 | interest | $ | 14.35 |
| 6/30/2023 | interest | $ | 15.46 |
| Total | | $ | 42.07 |

**GRAND TOTAL OF RECEIPTS**     $     905,306.07

Sec v. Today's Growth Consultant, et al. - Expenses of Fiduciary Account

| Date | Payable | Amount | Description |
|---|---|---|---|
| 4/7/2023 | Teris | $ 6,729.00 | |
| 5/2/2023 | Teris | $ 6,738.00 | |
| 6/19/2023 | Teris | $ 6,474.00 | |
| Total | | $ 19,941.00 | |

Professional Fee

| Date | Payable | Amount | Description |
|---|---|---|---|
| 6/3/2023 | Damian & Valori LLP | $ 62,197.00 | |
| 6/28/2023 | Damian & Valori LLP | $ 267,172.50 | |
| 6/30/2023 | Rachlis Duff & Peel LLC | $ 1,223.20 | 3/31/2023 |
| 6/30/2023 | Kapila Mukamal | $ 4,079.75 | 3/31/2023 |
| Total professional fees | | $ 334,672.45 | |

**GRAND TOTAL EXPENSES**     $     354,613.45