UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Securities and Exchange Commission

Plaintiff,

v.

Case No.: 1:19−cv−08454
Honorable Andrea R. Wood

Todays Growth Consultant Inc., et al.

Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 13, 2023:

MINUTE entry before the Honorable Andrea R. Wood: For docket administration purposes, the motion at Dkt. No. [282] is terminated as moot in light of the order at Dkt. No. [300] addressing the disposition of Mr. Courtright's property owned through 405 N. Wabash 5109−10 LLC. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.