# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Securities and Exchange Commission

                         Plaintiff,

v.　　　　　　　　　　　　　　　　　　　Case No.: 1:19–cv–08454
　　　　　　　　　　　　　　　　　　　　Honorable Andrea R. Wood

Todays Growth Consultant Inc., et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 8, 2023:

      MINUTE entry before the Honorable Andrea R. Wood: Receiver Melanie Damian's motion for nunc pro tunc extension of time to file the Receiver's fifteenth status report [302] is granted. Mailed notice (lma, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.