UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Securities and Exchange Commission

                          Plaintiff,

v.                                                     Case No.: 1:19−cv−08454
                                                   Honorable Andrea R. Wood

Todays Growth Consultant Inc., et al.

                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, November 16, 2023:

      MINUTE entry before the Honorable Andrea R. Wood: Due to a change in the Court's trial schedule, the telephonic status hearing set for 11/16/2023 is stricken and reset for 12/6/2023 at 12:30 PM. As the Receiver's fifteenth application for an order approving and authorizing payment of fees and expenses [305] is indicated as unopposed, the Court will determine if the motion can be ruled upon without a hearing; otherwise, the motion will be addressed at the 11/16/2023 status hearing. Mailed notice (aw,)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.