## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Securities and Exchange Commission

                         Plaintiff,

v.                                         Case No.: 1:19–cv–08454
                                         Honorable Andrea R. Wood

Todays Growth Consultant Inc., et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 22, 2025:

      MINUTE entry before the Honorable Andrea R. Wood. Telephone status hearing held 5/22/25 and continued to 8/21/25 at 9:00 a.m. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. The call–in number is (650) 479–3207 and the access code is 1808131170. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court–issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. For reasons stated on the record and without objection, Receiver's Unopposed Twenty–First Application for an Order Approving and Authorizing Payment of Fees and Expenses of Receiver and Her Professionals [351] is granted. Enter Order. The Receiver's next status report is due 7/30/25. The Receiver's next application for an order approving and authorizing payment of fees and expenses is due by 8/14/25. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.